AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| MARILYN JONES, ROBIN PHILLIPS, TERESA WEST, ALLISON PHILLIPS, J.R.W. (a minor), and F.E.W. (a minor), | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  1:23-cv-21481-KMW |
| CELEBRITY CRUISES, INC., A FOREIGN PROFIT CORPORATION, | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  By serving DEFENDANT, Celbrity Cruises, Inc.'s Registered Agent:

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacob J. Munch, Esquire - Email: jake@munchandmunch.com
Catherine M. Saylor, Esquire - Email: casey@munchandmunch.com
MUNCH AND MUNCH, PA
600 S. Magnolia Avenue, Suite 325, Tampa, FL 33606
Phone: 813-254-1557 / Fax: 813-254-5172

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____4/20/2023_____

Angela E. Noble
Clerk of Court

*s/ Nadhege Augustin*
_____
Deputy Clerk
U.S. District Courts