UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-CV-21481-KMW

MARILYN JONES, ROBIN PHILLIPS,
TERESA WEST, ALLISON PHILLIPS,
TERESA WEST on behalf of J.R.W. (a minor),
and TERESA WEST on behalf of F.E.W. (a minor),

    *Plaintiffs*,

v.

CELEBRITY CRUISES, INC.,
A FOREIGN PROFIT CORPORATION,

    *Defendant*.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    **Marilyn Jones**
    **Robin Phillips**
    **Teresa West**
    **Allison Phillips**
    **Teresa West on behelf of J.R.W**
    **Teresa West on behalf of F.E.W.**
    **Munch and Munch, P.A.**
    **Jacob J. Munch, Esquire**
    **Catherine M. Saylor, Esquire**
    **Carey Leisure & Neal**
    **Thomas W. Carey, Esquire**
    **Celebrity Cruises, Inc.**

2. The name of every other entity whose publicly-trade stock, equity, or debt may be substantially affected by the outcome of the proceeding:

**None**

3. The name of every other entity, which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None**

4. The name of each victim (individual or Corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Marilyn Jones**
**Robin Phillips**
**Teresa West**
**Allison Phillips**
**Teresa West on behelf of J.R.W**
**Teresa West on behalf of F.E.W.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case.

Dated this 27th day of April 2023.

*/s/ Jacob J. Munch*
JACOB J. MUNCH
E-mail: jake@munchandmunch.com
Florida Bar Number 376523
CATHERINE M. SAYLOR
E-mail: casey@munchandmunch.com
Florida Bar Number 115593
MUNCH and MUNCH, P.A.
600 South Magnolia Avenue – Suite 325
Tampa, Florida 33606
Ph: (813) 254-1557 / Fax: (813) 254-5172

and

CAREY LEISURE & NEAL

Thomas W. Carey, Esquire
FBN:276066
CAREY LEISURE & NEAL
622 Bypass Drive, Suite 100
Clearwater, Florida 33764
Phone: 727-677-5476
Fax 727-674-4433
Email: tcarey@tcarey.com
*Attorneys for Plaintiff*