UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, *et al.*,

       *Plaintiffs*,

v.                           CASE NO.: 1:23-CV-21481-KMW

CELEBRITY CRUISES, INC.,

       *Defendant*.

_____/

**PLAINTIFFS' EXHIBIT LIST**

| PRESIDING JUDGE:<br>Honorable Kathleen Williams | | | | PLAINTIFFS'<br>ATTORNEY:<br>Jacob J. Munch, Esq.<br>Catherine M. Saylor, Esq. | | DEFENDANT'S<br>ATTORNEY:<br>Curtis J. Mase, Esq.<br>Thomas A. Briggs, Esq.<br>Jeffrey A. Caisse, Esq. | |
| TRIAL DATES:<br>July 15, 2024 | | | | COURT REPORTER: | | COURT ROOM DEPUTY: | |
| Pltf.<br>No. | Def.<br>No. | Date<br>Offered | Objections | Marked | Admitted | Description of Exhibit | Witness |
|---|---|---|---|---|---|---|---|
| 1 | | | A, I, R, H,<br>UP | | | Medical Records for Teresa<br>West of Anne Hooten | Teresa<br>West |
| 2 | | | A, I, R, H,<br>UP | | | Medical Records of Teresa<br>West of HCA Florida West | Teresa<br>West |
| 3 | | | A, I, R, H,<br>UP | | | Shipboard Medical Records<br>of Robert Jones | Dr. Ortiz |
| 4 | | | A, I, R, H,<br>UP | | | Photo W1P-1.jpg | Taylor<br>Holley |
| 5 | | | A, I, R, H,<br>UP | | | Photo W1P-2.jpg | Taylor<br>Holley |
| 6 | | | A, I, R, H,<br>UP | | | Photo W2P-1.jpg | Taylor<br>Holley |
| 7 | | | A, I, R, H,<br>UP | | | Photo W2P-2.jpg | Taylor<br>Holley |
| 8 | | | A, I, R, H,<br>UP | | | Photo W2P-3.jpg | Taylor<br>Holley |
| 9 | | | A, I, R, H,<br>UP | | | Photo IMG8987.PNG | Taylor<br>Holley |
| 10 | | | A, I, R, H,<br>UP | | | Photo IMG8988.PNG | Taylor<br>Holley |

| 11 | | | A, I, R, H, UP | | | Photo IMG8989.PNG | Taylor Holley |
|---|---|---|---|---|---|---|---|
| 12 | | | A, I, R, H, UP | | | Photo IMG8990.PNG | Taylor Holley |
| 13 | | | A, I, R, H, UP | | | Photo IMG8991.PNG | Taylor Holley |
| 14 | | | A, I, R, H, UP | | | Photo IMG8992.PNG | Taylor Holley |
| 15 | | | A, I, R, H, UP | | | Photo IMG8993.PNG | Taylor Holley |
| 16 | | | A, I, R, H, UP | | | Photo IMG8994.PNG | Taylor Holley |
| 17 | | | A, I, R, H, UP | | | Photo IMG8995.PNG | Taylor Holley |
| 18 | | | A, I, R, H, UP | | | Defendant's Responses to Plaintiff's Interrogatories | Amanda Campos |
| 19 | | | A, I, R, H, UP | | | Defendant's Responses to Plaintiff's Request for Production | Amanda Campos |
| 20 | | | A, I, R, H, UP | | | Defendant's Supplemental Responses to Plaintiff's Request for Production | Amanda Campos |
| 21 | | | A, I, R, H, UP | | | Defendant's Responses to Plaintiff's 2nd Interrogatories | Amanda Campos |
| 22 | | | A, I, R, H, UP | | | Defendant's Responses to Plaintiff's 2nd Request for Production | Amanda Campos |
| 23 | | | A, I, R, H, UP | | | Defendant's Responses to Plaintiff's 3rd Interrogatories | Amanda Campos |
| 24 | | | A, I, R, H, UP | | | Defendant's Responses to Plaintiff's Request for Admissions | Amanda Campos |
| 25 | | | A, I, R, H, UP | | | Defendant's Responses to Plaintiff's 3rd Request for Production | Amanda Campos |
| 26 | | | A, I, R, H, UP | | | Defendant's Responses to Plaintiff's 4th Request for Production | Amanda Campos |
| 27 | | | N | | | Singer – 2-24-2024 Report | Dr. A. Singer |
| 28 | | | N | | | Singer – 1-16-2024 Report | Dr. A. Singer |
| 29 | | | A, I, R, H, UP | | | Morgue Manuel | Rene Basulto |

| 30 | | | A, I, R, H, UP | | | Photo – Morgue Control Panel | Rene Basulto |
|---|---|---|---|---|---|---|---|
| 31 | | | A, I, R, H, UP | | | Photo – Morgue Cooler | Rene Basulto |
| 32 | | | A, I, R, H, UP | | | Photo - Morgue | Rene Basulto |
| 33 | | | A, I, R, H, UP | | | Photo – middle drawer of morgue | Richard Callahan |
| 34 | | | A, I, R, H, UP | | | Photo – new cooler | Richard Callahan |
| 35 | | | A, I, R, H, UP | | | Morgue check, temp off | Richard Callahan |
| 36 | | | A, I, R, H, UP | | | SMS 13.04 – referral to local medical examiner | Richard Callahan |
| 37 | | | A, I, R, H, UP | | | SMS 13.03 – handling of a body | Richard Callahan |
| 38 | | | A, I, R, H, UP | | | SMS 13.06 – repatriation of body | Dr. Barrientos |
| 39 | | | A, I, R, H, UP | | | Deck logbook | Dr. Barrientos |
| 40 | | | A, I, R, H, UP | | | Defibrillator full disclosure report | Dr. Barrientos |
| 41 | | | A, I, R, H, UP | | | Defibrillator Incident Log | Dr. Barrientos |
| 42 | | | A, I, R, H, UP | | | Guest Landed Report | Dr. Barrientos |
| 43 | | | A, I, R, H, UP | | | Nassau gangway records | Dr. Barrientos |
| 44 | | | A, I, R, H, UP | | | Notice of Death | Dr. Barrientos |
| 45 | | | A, I, R, H, UP | | | Shipboard medical records | Dr. Barrientos |
| 46 | | | A, I, R, H, UP | | | Ship's diagram | Dr. Barrientos |
| 47 | | | A, I, R, H, UP | | | Photo – from inside cooler, bag rip | Dr. Urrea |
| 48 | | | A, I, R, H, UP | | | SEACARE 1-43 | Kanavaros |
| 49 | | | A, I, R, H, UP | | | Photo – new freezer | Kanavaros |
| | | | | | | Any and all exhibits listed in the exhibit list of defendant | |

Plaintiffs' reserve the right to supplement its exhibit list.

**INDEX TO OBJECTIONS:**

A      Authenticity.
I       Contains inadmissible matter.
R      Relevancy.
H      Hearsay.
UP    Unduly prejudicial-probative value outweighed by undue prejudice.
P      Privileged.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **May 24, 2024,** that I electronically filed the foregoing document with the Clerk of Court using CM/ECF which sends an emailed notice to the foregoing:

**Thomas A. Briggs, Esquire**, **Curtis J. Mase, Esquire and Jeffrey Caisse, Esquire**, Mase, Seitz, Briggs, PA, 2601 S. Bayshore Drive, suite 800, Miami, FL 33133.

/s/ Catherine Saylor
JACOB J. MUNCH
E-mail: jake@munchandmunch.com
Florida Bar Number 376523
CATHERINE M. SAYLOR
E-mail: casey@munchandmunch.com
Florida Bar Number 115593
MUNCH and MUNCH, P.A.
600 South Magnolia Avenue – Suite 325
Tampa, Florida 33606
Ph: (813) 254-1557 / Fax: (813) 254-5172
*Attorneys for Plaintiff*

and

CAREY LEISURE & NEAL
Thomas W. Carey, Esquire
FBN:276066
CAREY LEISURE & NEAL
622 Bypass Drive, Suite 100
Clearwater, Florida 33764
Phone: 727-677-5476
Fax 727-674-4433
Email: tcarey@tcarey.com

*Attorneys for Plaintiff*