AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, et al,

    Plaintiff,

CASE NO.: 23-cv-21481-WILLIAMS/REID

vs.

CELEBRITY CRUISES, INC.,

    Defendant.

**DEFENDANT'S EXHIBIT LIST**

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | PLAINTIFF'S ATTORNEY<br>**Jacob J. Munch**<br>**Catherine M. Saylor** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**Thomas A. Briggs**<br>**Jeffrey A. Caisse** |
|---|---|---|
| TRIAL DATE(S)<br>**July 15, 2024-July 26, 2024** | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
|  | 1. |  | A, I, R, H, UP |  |  | Exemplar Guest Ticket Contract and Confirmation of Acceptance of Ticket Contract | Jones |
|  | 2. |  | A, I, R, H, UP |  |  | Ship Medical Records | Campos; Ship's Physicians and Nurses*[1] |
|  | 3. |  | A, I, R, H, UP |  |  | USCG 2692 Report of Marine Casualty, Commercial Diving Casualty, or OCS-Related Casualty | Campos |
|  | 4. |  | A, I, R, H, UP |  |  | Email Communication with Plaintiffs | Campos; Hilt |
|  | 5. |  | A, I, R, H, UP |  |  | Broward County Sheriff's Office Incident/Investigation Report | COB |
|  | 6. |  | A, I, R, H, UP |  |  | Policy – Medical - 13.01 Death Onboard | Campos; Ship's Physicians and Nurses* |
|  | 7. |  | A, I, R, H, UP |  |  | Policy – Medical - 13.02 Notification of a Death Onboard | Campos; Ship's Physicians |

---

[1] * These witnesses are individually identified on Defendant's Witness List, including Dr. Ana Victoria Urrea Ortiz, Dr. Gonzalo Javier Barrientos, Dr. Isrish Anne Trasadas Cuenca, Nurse John Rick Jabat Finiquito, Nurse Madeleen Nel, and Nurse Nicolene Luus.

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, et al,

    Plaintiff,

CASE NO.: 23-cv-21481-WILLIAMS/REID

vs.

CELEBRITY CRUISES, INC.,

    Defendant.

**DEFENDANT'S EXHIBIT LIST**

| PRESIDING JUDGE<br>Honorable Kathleen M. Williams | PLAINTIFF'S ATTORNEY<br>Jacob J. Munch<br>Catherine M. Saylor | DEFENDANT'S ATTORNEY<br>Curtis J. Mase<br>Thomas A. Briggs<br>Jeffrey A. Caisse |
|---|---|---|
| TRIAL DATE(S)<br>July 15, 2024-July 26, 2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| | | | | | | | and Nurses* |
| | 8. | | A, I, R, H, UP | | | Policy – Medical - 13.03 Handling of the Body | Campos; Ship's Physicians and Nurses* |
| | 9. | | A, I, R, H, UP | | | Policy – Medical - 3.04 Referral to the local Medical Examiner, Coroner or Pathologist | Campos; Ship's Physicians and Nurses* |
| | 10. | | A, I, R, H, UP | | | Policy – Medical - 13.05 Notification of Local Embassy | Campos; Ship's Physicians and Nurses* |
| | 11. | | A, I, R, H, UP | | | Policy – Medical - 13.06 Repatriation of Remains | Campos; Ship's Physicians and Nurses* |
| | 12. | | A, I, R, H, UP | | | Policy – CareTeam Manual - 1.05 Death Onboard procedure | Campos; Hilt |
| | 13. | | A, I, R, H, UP | | | Policy – CareTeam Manual - 1.08 Port Agent Requests and Financial Responsibilities | Campos; Hilt |
| | 14. | | A, I, R, H, UP | | | Gangway Record & Verification | Campos; Finiquito; Parambath |
| | 15. | | A, I, R, | | | Celebrity Equinox Medical Center | Campos; |

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, et al,

    Plaintiff,

CASE NO.: 23-cv-21481-WILLIAMS/REID

vs.

CELEBRITY CRUISES, INC.,

    Defendant.

**DEFENDANT'S EXHIBIT LIST**

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | PLAINTIFF'S ATTORNEY<br>**Jacob J. Munch**<br>**Catherine M. Saylor** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**Thomas A. Briggs**<br>**Jeffrey A. Caisse** |
|---|---|---|
| TRIAL DATE(S)<br>**July 15, 2024-July 26, 2024** | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
|  |  |  | H, UP |  |  | Morgue Checklist (August 2022) | Ship's Physicians and Nurses* |
|  | 16. |  | A, I, R, H, UP |  |  | Celebrity Equinox Medical Center Morgue Checklist (July 2021-September 2022) | Campos; Ship's Physicians and Nurses* |
|  | 17. |  | A, I, R, H, UP |  |  | Ship's Diagrams - Route of Transport | Campos; Ship's Physicians and Nurses*; Kanavaros; |
|  | 18. |  | A, I, R, H, UP |  |  | Guest Service Log Report | Campos |
|  | 19. |  | A, I, R, H, UP |  |  | Morgue Manuel | Campos; Finiquito; Parambath, CEABIS |
|  | 20. |  | A, I, R, H, UP |  |  | Emails/Text Messages produced by Plaintiffs | Plaintiffs |
|  | 21. |  | A, I, R, H, UP |  |  | Medical records and bills of Absolute Physical & Aquatic Therapy, LLC, including exam records, notes, x-ray films, MRI films and records of all laboratory and all other tests performed on Plaintiff, Marilyn Jones | COB, Jones, Singer |
|  | 22. |  | A, I, R, H, UP |  |  | Medical records and bills of Bonifay Rural Health Clinic, including exam records, notes, x-ray films, MRI films and records of all | COB, Jones, Singer |

3

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, et al,

    Plaintiff,

CASE NO.: 23-cv-21481-WILLIAMS/REID

vs.

CELEBRITY CRUISES, INC.,

    Defendant.

**DEFENDANT'S EXHIBIT LIST**

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | | | | PLAINTIFF'S ATTORNEY<br>**Jacob J. Munch**<br>**Catherine M. Saylor** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**Thomas A. Briggs**<br>**Jeffrey A. Caisse** | |
|---|---|---|---|---|---|---|
| TRIAL DATE(S)<br>**July 15, 2024-July 26, 2024** | | | | COURT REPORTER | COURTROOM DEPUTY | |
| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
| | | | | | | laboratory and all other tests performed on Plaintiff, Marilyn Jones | |
| | 23. | | A, I, R, H, UP | | | Medical records and bills of Coastal Skin and Dermatology, including exam records, notes, x-ray films, MRI films and records of all laboratory and all other tests performed on Plaintiff, Marilyn Jones | COB, Jones, Singer |
| | 24. | | A, I, R, H, UP | | | Medical records and bills of Dothan Medical Associate, including exam records, notes, x-ray films, MRI films and records of all laboratory and all other tests performed on Plaintiff, Mailyn Jones | COB, Jones, Singer |
| | 25. | | A, I, R, H, UP | | | Medical records and bills of HCA Florida Gulf Coast Hospital, including exam records, notes, x-ray films, MRI films and records of all laboratory and all other tests performed on Plaintiff, Marilyn Jones | COB, Jones |
| | 26. | | A, I, R, H, UP | | | Medical records and bills of Holmes County Doctors Memorial, including exam records, notes, x-ray films, MRI films and records of all laboratory and all other tests performed on Plaintiff, Marilyn Jones | COB, Jones, Singer |
| | 27. | | A, I, R, H, UP | | | Medical records and bills of Wiregrass Clinic-Primecare Dothan, including exam records, notes, x-ray films, MRI films and records of | COB, Jones, Singer |

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, et al,

    Plaintiff,

vs.

CELEBRITY CRUISES, INC.,

    Defendant.

CASE NO.: 23-cv-21481-WILLIAMS/REID

**DEFENDANT'S EXHIBIT LIST**

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | PLAINTIFF'S ATTORNEY<br>**Jacob J. Munch**<br>**Catherine M. Saylor** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**Thomas A. Briggs**<br>**Jeffrey A. Caisse** |
|---|---|---|
| TRIAL DATE(S)<br>**July 15, 2024-July 26, 2024** | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| | | | | | | all laboratory and all other tests performed on Plaintiff, Marilyn Jones | |
| | 28. | | A, I, R, H, UP | | | Medical records and bills of Women's Healthcare of Dothan, including exam records, notes, x-ray films, MRI films and records of all laboratory and all other tests performed on Plaintiff, Marilyn Jones | COB, Jones, Singer |
| | 29. | | A, I, R, H, UP | | | Medical records and bills of Ascension Sacred Heart Pensacola, including exam records, notes, x-ray films, MRI films and records of all laboratory and all other tests performed on Plaintiff, Robin Phillips | COB, Phillips, Singer |
| | 30. | | A, I, R, H, UP | | | Medical records and bills of Dr. Lanway Ling, including exam records, notes, x-ray films, MRI films and records of all laboratory and all other tests performed on Plaintiff, Robin Phillips | COB, Robin Phillips, Singer |
| | 31. | | A, I, R, H, UP | | | Medical records and bills of HCA Florida Medical Center Clinic, including exam records, notes, x-ray films, MRI films and records of all laboratory and all other tests performed on Plaintiff, Robin Phillips | COB, Robin Phillips, Singer |
| | 32. | | A, I, R, H, UP | | | Medical records and bills of Adult and Child Mental Health Care, including exam records, notes, x-ray films, MRI films and records of | COB, West, Singer |

5

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, et al,

    Plaintiff,

CASE NO.: 23-cv-21481-WILLIAMS/REID

vs.

CELEBRITY CRUISES, INC.,

    Defendant.

**DEFENDANT'S EXHIBIT LIST**

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | | | | PLAINTIFF'S ATTORNEY<br>**Jacob J. Munch**<br>**Catherine M. Saylor** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**Thomas A. Briggs**<br>**Jeffrey A. Caisse** | |
|---|---|---|---|---|---|---|
| TRIAL DATE(S)<br>**July 15, 2024-July 26, 2024** | | | | COURT REPORTER | COURTROOM DEPUTY | |
| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
| | | | | | | all laboratory and all other tests performed on Plaintiff, Teresa West | |
| | 33. | | A, I, R, H, UP | | | Medical records and bills of Dr. Lanway Ling, including exam records, notes, x-ray films, MRI films and records of all laboratory and all other tests performed on Plaintiff, Teresa West | COB, West, Singer |
| | 34. | | A, I, R, H, UP | | | Medical records and bills of Dr. Warren Scott-Lakeview Medical including exam records, notes, x-ray films, MRI films and records of all laboratory and all other tests performed on Plaintiff, Teresa West | COB, West, Singer |
| | 35. | | A, I, R, H, UP | | | Medical records and bills of HCA Florida West Hospital, including exam records, notes, x-ray films, MRI films and records of all laboratory and all other tests performed on Plaintiff, Teresa West | COB, West, Singer |
| | 36. | | A, I, R, H, UP | | | Plaintiff, Marilyn Jones', Response to Request for Admissions | Jones |
| | 37. | | A, I, R, H, UP | | | Plaintiff, Allison Phillips', Response to Request for Admissions | Allison Phillips |
| | 38. | | A, I, R, H, UP | | | Plaintiff, Robin Phillips', Response to Request for Admissions | Robin Phillips |

6

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, et al,

    Plaintiff,

CASE NO.: 23-cv-21481-WILLIAMS/REID

vs.

CELEBRITY CRUISES, INC.,

    Defendant.

**DEFENDANT'S EXHIBIT LIST**

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | PLAINTIFF'S ATTORNEY<br>**Jacob J. Munch**<br>**Catherine M. Saylor** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**Thomas A. Briggs**<br>**Jeffrey A. Caisse** |
|---|---|---|
| TRIAL DATE(S)<br>**July 15, 2024-July 26, 2024** | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| | 39. | | A, I, R, H, UP | | | Plaintiff, Teresa West's, Response to Request for Admissions | West |
| | 40. | | A, I, R, H, UP | | | Plaintiff, Marilyn Jones', Answers to Defendant's Interrogatories | Jones |
| | 41. | | A, I, R, H, UP | | | Plaintiff, Allison Phillips', Answers to Defendant's Interrogatories | Allison Phillips |
| | 42. | | A, I, R, H, UP | | | Plaintiff, Robin Phillips', Answers to Defendant's Interrogatories | Robin Phillips |
| | 43. | | A, I, R, H, UP | | | Plaintiff, Teresa West's, Answers to Defendant's Interrogatories | West |
| | 44. | | A, I, R, H, UP | | | CV of Rene Basulto | Basulto |
| | 45. | | A, I, R, H, UP | | | CV of Richard Callahan | Callahan |
| | 46. | | A, I, R, H, UP | | | CV of Dr. Allen Singer | Dr. Singer |
| | 47. | | A, I, R, H, UP | | | Reports/Affidavits prepared and any and all documents, photographs, tangible things, or exhibits of any kind relied upon by Rene Basulto (EXPERT) in formulating her opinions in this cause of action | Basulto |
| | 48. | | A, I, R, H, UP | | | Reports/Affidavits prepared and any and all documents, photographs, tangible things, or | Callahan |

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, et al,

    Plaintiff,

CASE NO.: 23-cv-21481-WILLIAMS/REID

vs.

CELEBRITY CRUISES, INC.,

    Defendant.

**DEFENDANT'S EXHIBIT LIST**

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | PLAINTIFF'S ATTORNEY<br>**Jacob J. Munch**<br>**Catherine M. Saylor** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**Thomas A. Briggs**<br>**Jeffrey A. Caisse** |
|---|---|---|
| TRIAL DATE(S)<br>**July 15, 2024-July 26, 2024** | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| | | | | | | exhibits of any kind relied upon by Richard Callahan (EXPERT) in formulating his opinions in this cause of action | |
| | 49. | | A, I, R, H, UP | | | Reports/Affidavits prepared and any and all documents, photographs, tangible things, or exhibits of any kind relied upon by Dr. Allen Singer (EXPERT) in formulating his opinions in this cause of action | Dr. Singer |

Defendant reserves the right to amend and supplement its exhibit list upon proper notice to Plaintiffs.

INDEX TO OBJECTIONS

| | | | |
|---|---|---|---|
| A. | Authenticity | UP. | Prejudice outweighs probative |
| I. | Contains Inadmissible Matter | P. | Privileged |
| R. | Relevancy | N. | No objection. |
| H. | Hearsay | C. | Cumulative |