UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, *et al.*,

    *Plaintiffs*,

v.    CASE NO.: 1:23-CV-21481-KMW

CELEBRITY CRUISES, INC.,

    *Defendant*.

_____/

**PLAINTIFFS' WITNESS LIST**

| PRESIDING JUDGE: Honorable Kathleen Williams | PLAINTIFFS' ATTORNEY: Jacob J. Munch, Esq. Catherine M. Saylor, Esq. | | DEFENDANT'S ATTORNEY: Thomas Briggs, Esq. Jeffrey Caisse, Esq. | |
|---|---|---|---|---|
| TRIAL DATES: July 15, 2024 | COURT REPORTER: | | COURT ROOM DEPUTY: | |

| Pltf. No. | Def. No. | Live or by Deposition | Direct | Cross | Address | Description of Witness | Exhibit |
|---|---|---|---|---|---|---|---|
| 1 | | Live | (1.0 hour) | | c/o Munch and Munch, PA | Plaintiff, Marilyn Jones Will testify about her suffering after the inability to have a proper burial for her husband | |
| 2 | | Live | (1.0 hour) | | c/o Munch and Munch, PA | Plaintiff, Teresa West Will testify about her suffering regarding the mishandling of her father's remains | 1,2 |
| 3 | | Live | (1.0 hour) | | c/o Munch and Munch, PA | Plaintiff, Robin Phillips Will testify about her suffering regarding the mishandling of her father's remains | |
| 4 | | Live | (.5) | | c/o Munch and Munch, PA | Plaintiff, Allison Phillips Will testify about her suffering regarding the mishandling of her grandfather's remains | |
| 5 | | Live | (1.5) | | 245 West 107th Street, New York, NY 10025 | Dr. Lawrence Amsel, MD Plaintiff's Expert | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | regarding severe emotional distress of the plaintiffs | |
| 6 | | Live | (.5) | | 2719 Hollywood Blvd., Suite 5016, Hollywood, FL | Gregory Pressman Plaintiff's Refrigeration Engineering Expert regarding the lack of preventative maintenance on the morgue unit and failure to have a manual on board the ship | |
| 7 | | Live | (1.0) | | 7045 Parkridge Parkway, Swartz Creek, MI 48473 | Mark Evely, Esq. Plaintiff's Mortuary Expert- caring for human remains and the importance of monitoring the human remains when in a morgue unit- the timeline proposed by the cruise line does not add up | |
| 8 | | Live | (.5) | | c/o Defendant, Celebrity Cruises, Inc. | Amanda Campos Celebrity's Corporate Representative- lack of preventative maintenance, loss of the daily log | 18-26 |
| 9 | | Deposition | (1.0) | | c/o Defendant, Celebrity Cruises, Inc. | Dr. Gonzalo Javier Barrientos, MD Junior Celebrity Shipboard Physician- handling of the body-lack of training of handling of the remains | |
| 10 | | Deposition | (1.0) | | c/o Defendant, Celebrity Cruises, Inc. | Dr. Urrea Ortiz, MD Senior Celebrity Shipboard Physician- lack of training for human remains, keeping a log, morgue failing | 3 |
| 11 | | Deposition | (1.0) | | c/o Defendant, Celebrity Cruises, Inc. | John Rick Jabat Finiquito, RN Celebrity Shipboard Nurse, morgue failing, lost log book/sheet, lack of training | |

| 12 | | Deposition | (1.0) | | c/o Defendant, Celebrity Cruises, Inc. | Nel Madeleen, RN Celebrity Shipboard Chief Nurse, log missing, lack of training, unit failing | |
|---|---|---|---|---|---|---|---|
| 13 | | Deposition | (.5) | | c/o Defendant, Celebrity Cruises, Inc. | Nicole Luus, RN Celebrity Shipboard Nurse – handling of remains, lack of training | |
| 14 | | Deposition | (1.0) | | c/o Defendant, Celebrity Cruises, Inc. | Rajesh Parambath Celebrity Refrigeration Engineer, no preventative maintenance, no manual, morgue failure | |
| 15 | | Deposition | (1.0) | | c/o Defendant, Celebrity Cruises, Inc. | Stamatios Kanavaros Celebrity HVAC Engineer, no training, no manual, lack of preventative maintenance | |
| 16 | | Deposition | (.5) | | c/o Defendant, Celebrity Cruises, Inc. | Wendy Hilt Celebrity Care Team Specialist, handling the remains | |
| 17 | | Deposition | (.5) | | 201 W. Pennsylvania Ave., Bonifay, FL 32425 | Jon Sims Funeral Home Director, desecration of the body, lack of funeral available | |
| 18 | | Live | (.5) | | 900 NW 5th Ave, Fort Lauderdale, FL 33311 | Taylor Holley Funeral Home Employee of Barbara Falowski Home, condition of body, embalming the body | 4-17 |
| 19 | | Live | (.5) | | 2925 PGA Blvd., Suite 100, Palm Beach Gardens, FL 33410 | Rene Basulto, P.E. Celebrity's Expert Mechanical Engineer- run to fail and lack of preventative maintenance, treating morgue like a blender | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **May 24, 2024,** that I electronically filed the foregoing document with the Clerk of Court using CM/ECF which sends an emailed notice to the foregoing:

3

**Thomas A. Briggs, Esquire**, **Curtis J. Mase, Esquire and Jeffrey Caisse, Esquire**, Mase, Seitz, Briggs, PA, 2601 S. Bayshore Drive, suite 800, Miami, FL 33133.

/s/ Catherine Saylor
JACOB J. MUNCH
E-mail: jake@munchandmunch.com
Florida Bar Number 376523
CATHERINE M. SAYLOR
E-mail: casey@munchandmunch.com
Florida Bar Number 115593
MUNCH and MUNCH, P.A.
600 South Magnolia Avenue – Suite 325
Tampa, Florida 33606
Ph: (813) 254-1557 / Fax: (813) 254-5172
*Attorneys for Plaintiff*

and

CAREY LEISURE & NEAL
Thomas W. Carey, Esquire
FBN:276066
CAREY LEISURE & NEAL
622 Bypass Drive, Suite 100
Clearwater, Florida 33764
Phone: 727-677-5476
Fax 727-674-4433
Email: tcarey@tcarey.com
*Attorneys for Plaintiff*

4