AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, et al,

    Plaintiff,

vs.

CELEBRITY CRUISES, INC.,

    Defendant.

CASE NO.: 23-cv-21481-WILLIAMS/REID

**DEFENDANT'S WITNESS LIST**

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | PLAINTIFF'S ATTORNEY<br>**Jacob J. Munch**<br>**Catherine M. Saylor** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**Thomas A. Briggs**<br>**Jeffrey A. Caisse** |
|---|---|---|
| TRIAL DATE(S)<br>**July 15, 2024-July 26, 2024** | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | LIVE OR BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
|---|---|---|---|---|---|---|---|
| | 1. | Live | 2 hrs. | 1 hr. | c/o Plaintiffs' counsel | Marilyn Jones<br><br>Expected to testify regarding the incident and the surrounding circumstances and events leading up to and following the incident. | 1, 20-28, 36, 40 |
| | 2. | Live | 2 hrs. | 1 hr. | c/o Plaintiffs' counsel | Robin Phillips<br><br>Expected to testify regarding the incident and the surrounding circumstances and events leading up to and following the incident. | 20, 29-31, 38, 42 |
| | 3. | Live | 2 hrs. | 2 hrs. | c/o Plaintiffs' counsel | Teresa West<br><br>Expected to testify regarding the incident and the surrounding circumstances and events leading up to and following the incident. | 20, 32-35, 39, 43 |
| | 4. | Live | 2 hrs. | 1 hr. | c/o Plaintiffs' counsel | Allison Phillips<br><br>Expected to testify regarding the incident and the surrounding circumstances and events leading up to and following the incident. | 20, 37, 41 |

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, et al,

    Plaintiff,

CASE NO.: 23-cv-21481-WILLIAMS/REID

vs.

CELEBRITY CRUISES, INC.,

    Defendant.

**DEFENDANT'S WITNESS LIST**

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | | | PLAINTIFF'S ATTORNEY<br>**Jacob J. Munch**<br>**Catherine M. Saylor** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**Thomas A. Briggs**<br>**Jeffrey A. Caisse** | |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>**July 15, 2024-July 26, 2024** | | | COURT REPORTER | COURTROOM DEPUTY | |

| PLF. NO. | DEF. NO. | LIVE OR BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
|---|---|---|---|---|---|---|---|
| | 5. | Live | 1 hr. | 1 hr. | c/o Plaintiffs' counsel | Jarrett West<br><br>Expected to testify as to Plaintiffs' damages. | |
| | 6. | Deposition | 2 hrs. | | Carrera 75DA 1 Sur 140, Apt 803 Mirador del Rodeo Medellin Medellin, Antioquia Colombia | Dr. Ana Victoria Urrea Ortiz, Ship's Physician<br><br>Expected to testify regarding the event alleged in the operative complaint, including Robert Jones's medical treatment onboard the ship and subsequent events involving the care, treatment and/or storage of his body. | 2, 6-11, 15-17 |
| | 7. | Deposition | 1 hr. | | 6 La Plaza Street Aoiz Spain | Dr. Gonzalo Javier Barrientos, Ship's Physician<br><br>Expected to testify regarding the event alleged in the operative complaint, including Robert Jones's medical treatment onboard the ship and subsequent events involving the care, treatment and/or storage of his body. | 2, 6-11, 15-17 |
| | 8. | Live | 30 min | | Unit 17CD Tower 1 The Saint FR Shangri La Place | Dr. Irish Anne Trasadas Cuenca, Ship's Physician<br><br>Expected to testify regarding the event alleged in the operative complaint, | 2, 6-11, 15-17 |

2

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, et al,

    Plaintiff,

CASE NO.: 23-cv-21481-WILLIAMS/REID

vs.

CELEBRITY CRUISES, INC.,

    Defendant.

**DEFENDANT'S WITNESS LIST**

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | | | | | | PLAINTIFF'S ATTORNEY<br>**Jacob J. Munch**<br>**Catherine M. Saylor** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**Thomas A. Briggs**<br>**Jeffrey A. Caisse** |
|---|---|---|---|---|---|---|---|
| TRIAL DATE(S)<br>**July 15, 2024-July 26, 2024** | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF.<br>NO. | DEF.<br>NO. | LIVE OR BY<br>DEPOSITION | DIRECT<br>(est.) | CROSS<br>(est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
| | | | | | Barangay Wack Mandaluyong, Philippines | including Robert Jones's medical treatment onboard the ship and subsequent events involving the care, treatment and/or storage of his body. | |
| | 9. | Deposition | 2 hrs. | | 23E Block 5 Lot 2A Spruce Street, Greenwood Executive Village, San Andres, Cainta, Rizal, Philippines | John Rick Jabat Finiquito RN, Ship's Nurse<br><br>Expected to testify regarding the event alleged in the operative complaint, including Robert Jones's medical treatment onboard the ship and subsequent events involving the care, treatment and/or storage of his body. | 2, 6-11, 15-17, 19 |
| | 10. | Deposition | 2 hrs. | | Zandwijk Estate, 7 Sharon Cres Langeberg Ridge, Western Cape, South Africa | Madeleen Nel RN, Ship's Nurse<br><br>Expected to testify regarding the event alleged in the operative complaint, including Robert Jones's medical treatment onboard the ship and subsequent events involving the care, treatment and/or storage of his body. | 2, 6-11, 15-17 |
| | 11. | Deposition | 1 hr. | | 12 Roy Right Avenue Saircor Village Umlcumaas Durban South Africa | Nicolene Luus RN, Ship's Nurse<br><br>Expected to testify regarding the event alleged in the operative complaint, including Robert Jones's medical treatment onboard the ship and subsequent events involving the care, treatment and/or storage | 2, 6-11, 15-17 |

3

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, et al,

    Plaintiff,

CASE NO.: 23-cv-21481-WILLIAMS/REID

vs.

CELEBRITY CRUISES, INC.,

    Defendant.

**DEFENDANT'S WITNESS LIST**

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | | | | | | PLAINTIFF'S ATTORNEY<br>**Jacob J. Munch**<br>**Catherine M. Saylor** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**Thomas A. Briggs**<br>**Jeffrey A. Caisse** |
|---|---|---|---|---|---|---|---|
| TRIAL DATE(S)<br>**July 15, 2024-July 26, 2024** | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | LIVE OR BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
| | | | | | | of his body. | |
| | 12. | Deposition | 2 hrs. | | 1 Mavromichali Str, Perama Piraeus, Athens Greece | Stamatios Kanavaros, A/C Engineer<br><br>Expected to testify regarding the incident and the surrounding circumstances and events leading up to and following the incident, including use of the morgue, the malfunction, and the repair. | 17 |
| | 13. | Deposition | 1.5 hrs. | | 18 Suehr, East Bloor, India | Rajesh Parambath, Refrigerator Engineer<br><br>Expected to testify regarding the event alleged in the operative complaint, including Robert Jones's medical treatment onboard the ship and subsequent events involving the care, treatment and/or storage of his body. | 14, 19 |
| | 14. | Live | 30 min | | Diagnoal 81 I no 76 B-04 Bogota Columbia | Carolina Ramirez, Ship Guest Relations Director<br><br>Expected to testify regarding the incident and the surrounding circumstances and events leading up to and following the incident. | |
| | 15. | Live | 30 min | | 70B St. John's Hill London, | Luca Balzano, Assistant Front Desk Manager | |

4

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, et al,

    Plaintiff,

CASE NO.: 23-cv-21481-WILLIAMS/REID

vs.

CELEBRITY CRUISES, INC.,

    Defendant.

**DEFENDANT'S WITNESS LIST**

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | | | | | | PLAINTIFF'S ATTORNEY<br>**Jacob J. Munch**<br>**Catherine M. Saylor** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**Thomas A. Briggs**<br>**Jeffrey A. Caisse** |
| --- | --- | --- | --- | --- | --- | --- | --- |
| TRIAL DATE(S)<br>**July 15, 2024-July 26, 2024** | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | LIVE OR BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
| | | | | | England SW11 1SF | Expected to testify regarding the incident and the surrounding circumstances and events leading up to and following the incident. | |
| | 16. | Live | 30 min | | Via G. B. Brunelli, 16 35042 Este PD, Italy | Corporate Representative of CEABIS<br><br>Expected to testify regarding the morgue unit. | 19 |
| | 17. | Live | 1.5 hrs. | | c/o Celebrity Cruises, Inc. 1050 Caribbean Way Miami, FL 33132 | Amanda Campos, Corporate Representative of Celebrity Cruises, Inc.<br>Expected to testify about the alleged incident, policies and procedures, affirmative defenses, and other factual or procedural issues. | 2, 3, 4, 6-19 |
| | 18. | Deposition | 1 hr. | | c/o Celebrity Cruises, Inc. 1050 Caribbean Way Miami, FL 33132 | Wendy Hilt | 4, 12, 13 |
| | 19. | Deposition | 2 hrs. | | 201 West Pennsylvania Avenue Bonifay, FL | John Sims | |

5

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, et al,

    Plaintiff,

vs.

CELEBRITY CRUISES, INC.,

    Defendant.

CASE NO.: 23-cv-21481-WILLIAMS/REID

**DEFENDANT'S WITNESS LIST**

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | | | | | PLAINTIFF'S ATTORNEY<br>**Jacob J. Munch**<br>**Catherine M. Saylor** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**Thomas A. Briggs**<br>**Jeffrey A. Caisse** |
|---|---|---|---|---|---|---|
| TRIAL DATE(S)<br>**July 15, 2024-July 26, 2024** | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | LIVE OR BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
| | | | | | 32425 | | |
| | 20. | Live | 1.5 hr. | | 2925 PGA Blvd., Suite 100 Palm Beach Gardens, FL 33410 | Rene Basulto, P.E., MSEM, CGC, CFEI (Engineer)<br><br>His testimony will be based on his review of testimony, pleadings, and discovery in this case, in addition to his own experience and training. His opinion is based on his inspection of the ship, morgue, and cooler and review of any relevant discovery, codes, statutes, regulations, any and all exhibits, documents produced by the parties and witnesses in this case and other materials. He will testify consistently with his report and in addition, he may offer opinions based on additional records. In addition to his individual training, knowledge, education and experience in his field, Mr. Basulto will base his opinions on his review of the case materials, including deposition testimony, discovery responses, photographs, videos. Mr. Basulto may provide rebuttal expert opinions concerning the opinions rendered by Plaintiff's expert(s). | 44, 47 |
| | 21. | Live | 1.5 hr. | | 411 Walnut St., #19425 Green Cove | Richard Callahan (Funeral Director & Embalming expert) | 45, 48 |

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, et al,

    Plaintiff,

vs.

CELEBRITY CRUISES, INC.,

    Defendant.

CASE NO.: 23-cv-21481-WILLIAMS/REID

**DEFENDANT'S WITNESS LIST**

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | | | | | | PLAINTIFF'S ATTORNEY<br>**Jacob J. Munch**<br>**Catherine M. Saylor** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**Thomas A. Briggs**<br>**Jeffrey A. Caisse** |
| --- | --- | --- | --- | --- | --- | --- | --- |
| TRIAL DATE(S)<br>**July 15, 2024-July 26, 2024** | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | LIVE OR BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
| | | | | | Springs, Florida 32043 | His testimony will be based on his review of testimony, pleadings, and discovery in this case, in addition to his own experience and training. His opinion is based on and review of relevant discovery, codes, statutes, regulations, any and all exhibits, documents produced by the parties and witnesses in this case and other materials. He will testify consistently with his report and in addition, he may offer opinions based on additional records. In addition to his individual training, knowledge, education and experience in his field, Mr. Callahan will base his opinions on his review of the case materials, including deposition testimony, discovery responses, photographs, videos. Mr. Callahan may provide rebuttal expert opinions concerning the opinions rendered by Plaintiff's expert(s). | |
| | 22. | Live | 4 hrs. | | 7800 Red Road, Suite 800 South Miami, FL 33143 | Dr. Allen Singer (Psychiatrist)<br><br>Dr. Allen Singer performed psychiatric interviews and examinations of Plaintiffs. He will testify regarding his examinations and interviews of Plaintiffs and review of Plaintiffs' medical records, testimony, pleadings, and discovery in this case. He will testify consistently with his report. He | 21-35, 46, 49 |

7

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARILYN JONES, et al,

    Plaintiff,

CASE NO.: 23-cv-21481-WILLIAMS/REID

vs.

CELEBRITY CRUISES, INC.,

    Defendant.

**DEFENDANT'S WITNESS LIST**

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | | | | | | PLAINTIFF'S ATTORNEY<br>**Jacob J. Munch**<br>**Catherine M. Saylor** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**Thomas A. Briggs**<br>**Jeffrey A. Caisse** |
|---|---|---|---|---|---|---|---|
| TRIAL DATE(S)<br>**July 15, 2024-July 26, 2024** | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | LIVE OR BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
| | | | | | | may offer opinions based on additional records. He may discuss the relationship of Plaintiffs' alleged injuries to the date of the alleged incident and the cause of the alleged injury. Dr. Singer may provide rebuttal expert opinions concerning the opinions rendered by Plaintiffs' expert(s). | |