**Page 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-CV-21481-KMW

MARILYN JONES, et al.,

   Plaintiffs,

-vs-

CELEBRITY CRUISES, INC.,

   Defendant.

_____/

**VIDEO RECORDED DEPOSITION OF
ANA VICTORIA URREA ORTIZ, M.D.**

LOCATION:   Remote Audio-Video Communication

DATE:   Tuesday, January 11, 2024

TIME:   Commenced at 9:05 a.m.
Concluded at 11:15 a.m.

Pages 1 through 99

Stenographically Reported By:

Teresa R. Cruise, RPR, CRR, FPR-C
Registered Professional Reporter
Certified Realtime Reporter
Florida Professional Reporter
Notary Public, State of Florida

**Page 2**

REMOTE APPEARANCES:

On Behalf of the Plaintiffs:

JACOB J. MUNCH, ESQUIRE OF:

Munch and Munch, P.A.
600 South Magnolia Avenue
Tampa, FL 33606
(813) 254-1557
Jake@munchandmunch.com

On Behalf of the Defendant:

JEFFREY A. CAISSE, JR., ESQUIRE and
THOMAS D.A. BRIGGS, ESQUIRE OF:

Mase Seitz Briggs, P.A.
2601 South Bayshore Drive
Suite 800
Miami, FL 33133
(305) 377-3770
Jcaisse@maselaw.com
Tbriggs@maselaw.com

Also Remotely Present:
Oliver Lee, Videographer

**Page 3**

INDEX OF PROCEEDINGS

Deposition of ANA VICTORIA URREA ORTIZ, M.D.   Page

Direct Examination by Mr. Munch             6
Stipulations                               94
Certificate of Oath                        95
Certificate of Reporter                    96
Jurat Page                                 97
Witness Review Letter                      98
Errata Sheet (To be forwarded upon execution)   99

**Page 4**

INDEX TO EXHIBITS

PLAINTIFFS' EXHIBITS:

NO.  DESCRIPTION                           PAGE
1   Medical-RCL,
    13.03 Handling of the Body.............   12
2   Photograph,
    (Morgue).............................   32
3   Photograph,
    (Morgue Drawers)....................   32
4   Photograph,
    (Morgue Control Panel)..............   22
5   SeaCare Entry by Madeleen Nel, R.N......   24
6   Photograph,
    (Decomposition)......................   75
7   Photograph,
    (Decomposition)......................   75
8   Photograph,
    (Provisions Cooler)..................   65
9   Photograph,
    (Body Board)........................   71
10  SeaCare, Celebrity Equinox Medical Center,
    Notice of Death......................   14
11  Shipboard Medical Records..............   15
12  Medical-RCL, 13.04 Referral to the local
    Medical Examiner/Coroner/Pathologist...   89

(STENOGRAPHER'S NOTE: Plaintiffs' Exhibit No. 9 was
retained by Mr. Munch and is not attached to the
deposition transcript.)

DEFENDANT'S EXHIBITS:

NO.  DESCRIPTION                           PAGE

(NO EXHIBITS MARKED)

**5**

1  The deposition of ANA VICTORIA URREA ORTIZ, M.D.
2  was taken pursuant to notice by counsel for the
3  Plaintiffs on Thursday, January 11, 2024,
4           commencing at 9:05 a.m.
5  Said deposition was reported remotely by
6  Teresa R. Cruise, RPR, CRR, FPR-C,
7  Notary Public, State of Florida at Large.
8          - - - - - - - - -
9       THE STENOGRAPHER:  Will the witness
10  kindly present his government-issued
11  identification by holding it up to the
12  camera for verification?
13      (Witness presents government-issued
14  identification and identity verified.)
15      THE VIDEOGRAPHER:  Okay.  In the case
16  styled Marilynn Jones, et al, versus
17  Celebrity Cruises, Inc., Case Number
18  123-CV-21481-KMW, this is the video
19  recorded deposition of Dr. Ana Victoria
20  Urrea Ortiz, M.D.
21      This deposition is taking place via
22  Teams on January 11, 2024.
23      The time is now 9:05 a.m. Eastern
24  time.
25      Our videographer is Oliver Lee.

**6**

1       Counsel will state their appearances
2  for the record after which our court
3  reporter, Teresa Cruise, will swear in the
4  witness.
5       MR. MUNCH:  Jake Munch for the
6  Plaintiffs.
7       MR. CAISSE:  Jeff Caisse for the
8  Defendant.
9       THE STENOGRAPHER:  Doctor, would you
10  please raise your right hand?
11      THE WITNESS:  I couldn't hear you
12  properly.
13      Could you repeat?
14      (A discussion off the record was
15  held.)
16      THE STENOGRAPHER:  Doctor, would you
17  please raise your right hand?
18      Do you swear or affirm the testimony
19  you're about to give will be the truth, the
20  whole truth, and nothing but the truth, so
21  help you God?
22      THE WITNESS:  Yes.
23      THE STENOGRAPHER:  You can put your
24  hand down.
25      We are on the record.

**7**

1  THEREUPON:
2       ANA VICTORIA URREA ORTIZ, M.D.,
3  having been first duly sworn, was examined and
4  testified as follows:
5           DIRECT EXAMINATION
6  BY MR. MUNCH:
7       Q.   Good morning.
8            Please state your name.
9       A.   My name is Ana Victoria Urrea Ortiz.
10      Q.   And what is your home address,
11  Dr. Ortiz?
12      A.   Actually, my last name is Urrea.  The
13  first last name is Urrea.
14           My address, my home address is Carrera
15  75DA 1Sur 140, Apartment 803, Medellin, Columbia.
16      Q.   Okay.  I heard a lot of that.
17           So, essentially, you live in Medellin,
18  Columbia, correct?
19      A.   Yes, I live in Medellin.
20      Q.   And -- and where are you currently
21  located?
22      A.   At this moment, we are on board
23  SYMPHONY OF THE SEAS.  We are at sea on the way to
24  Bahamas, Nassau, Bahamas.
25      Q.   And what is your position on SYMPHONY

**8**

1  OF THE SEAS?
2       A.   I'm the Senior Doctor.
3       Q.   And how long have you worked for Royal
4  or Celebrity?
5       A.   I have been with Royal Caribbean
6  15 years, almost 16.
7       Q.   Before -- and all of that time, was it
8  as a doctor?
9       A.   Yes.
10      Q.   How many years have you been a chief
11  doctor?
12      A.   Since 2017.
13      Q.   And what are the job responsibilities
14  of a chief doctor?
15      A.   As a senior doctor, I have to
16  coordinate all the medical facility, I have
17  dependent of all the requirements for the medical
18  facility, all the audits.
19           Also, taking care of -- of the
20  patients and seeing and coordinating the job of the
21  nurses and doctors on board the -- in the medical
22  facility.
23      Q.   Is there a standard number of doctors
24  that's on a Royal or Celebrity ship?  Is that a
25  uniform number?

**9**

1          MR. CAISSE:  Form.

2          THE WITNESS:  Could you please repeat?

3    BY MR. MUNCH:

4          Q.   On the ships that you're working for,

5    on either Royal or Celebrity, is there a standard

6    number of doctors on board each ship?

7          MR. CAISSE:  Form.

8          THE WITNESS:  There is a standard

9          number of doctors.  Depends of the size of

10         the ship.

11         Right now, in this ship, it is -- is

12         one of the biggest, we are five doctors and

13         three nurses.  Most of the ships, they have

14         two doctors and three nurses.

15   BY MR. MUNCH:

16         Q.   And what about -- and we're here

17   regarding an incident involving a Mr. Jones back in

18   August of 2022 on the EQUINOX.

19         A.   Uh-huh.

20         Q.   When you were on the EQUINOX, what was

21   your position?

22         A.   I was Senior Doctor at that time.

23         Q.   And how many doctors were on the

24   EQUINOX?

25         A.   At that time, because that was after

**10**

1    pandemic, we were three doctors and three to four

2    nurses.

3          Q.   And you were the senior doctor?

4          A.   Yes, I was senior doctor.

5          Q.   Do you remember who the other doctors

6    were on that ship, the EQUINOX?

7          A.   I don't remember.

8          Q.   How long have you been a doctor?

9          A.   23 years.  I graduated on December of

10   2000.

11         Q.   And where did you graduate from

12   medical school?

13         A.   In Columbia.

14         Q.   And are you licensed to practice

15   medicine in the country of Columbia?

16         A.   Yes.  My license is from Columbia.

17         Q.   Do you have any other licenses from

18   any other countries?

19         A.   No.

20         Q.   Do you have a specialty within the

21   medical field?

22         A.   No.  I'm a general practitioner.

23         Q.   Have you worked for any other cruise

24   lines, other than Royal and Celebrity?

25         A.   No.

**11**

1          Q.   Have you worked ashore before coming

2    to work for Royal and Celebrity?

3          A.   Yes, I was working in Medellin,

4    Columbia.

5          Q.   And what type of practice did you have

6    in Medellin?

7          A.   I was work -- I work in the ER and I

8    also work for an ambulance group.

9          Q.   Do you have any specialized training

10   regarding the handling of corpses?

11         A.   No, I don't.

12         Q.   And when I say -- I say, "specialized

13   training," I mean any training regarding embalming

14   a corpse?

15         A.   The only training that I have is the

16   training that is -- for us, that is the -- the one

17   that is in the SQM.  That is what we have to know.

18         Q.   The training that is where, Doctor?

19         A.   In the SQM.  That is of the System

20   Quality Management for the company.

21         Q.   That's the ship's safety management

22   system?

23         A.   Yes.

24         Q.   Are you able to see --

25         A.   Yes, I see it.

**12**

1          MR. MUNCH:  I've marked this as

2    Exhibit Number 1.

3          (Plaintiff's Exhibit No. 1 was marked

4    for identification.)

5    BY MR. MUNCH:

6          Q.   Is this the -- this says,

7    "MEDICAL-RCL, Death on Board," "Handling of a

8    body --"

9          A.   Uh-huh.

10         Q.   -- and it appears to be a two-page

11   document.

12         Is this what you're referring to, the

13   SQM?

14         A.   Yes.

15         Q.   Is this -- tell me how -- the training

16   that you received.

17         A.   The training that we receive is just

18   we have to read and check and then check the area

19   that the policies has.

20         Q.   Read and uncheck -- I'm sorry --

21   read --

22         A.   We need to read it --

23         Q.   Read --

24         A.   We need to read it, learn it, and be

25   aware of all the updates of the policies.

13

1  **Q.**  And this is just a standard question.
2  Has your medical license ever been
3  suspended or revoked?
4  **A.  No, never.**
5  **Q.**  Okay.  How long is your contract for
6  the SYMPHONY?
7  In other words, how long are you going
8  to stay on the ship?
9  **A.  This contract is only two months.  I**
10  **will sign off on January 23rd.**
11  **Q.**  And how long are you off contract
12  before you go back?
13  **A.  At this moment, I don't know how long**
14  **it's going to be.  Usually, it's between two, two**
15  **and a half months.**
16  **Q.**  Two to two and a half months ashore?
17  **A.  Yes, at home, home vacation.**
18  **Q.**  Thank you.
19  On August 15, 2022, were you the chief
20  doctor on board the CELEBRITY EQUINOX when
21  Mr. Jones passed away?
22  MR. CAISSE:  Form.
23  You -- you can answer when I say form,
24  Doctor.  Just -- that's just an objection,
25  legal objection.

14

1  THE WITNESS:  Yes, I was the senior
2  doctor.
3  MR. MUNCH:  Are you able to see what
4  I've marked as -- it's marked as exhibit --
5  I'm going to call it 10.
6  That's the "Notice of Death."
7  THE WITNESS:  Yes, I'm seeing it.
8  MR. MUNCH:  Can you see that?
9  THE WITNESS:  Yes, I'm seeing it.
10  (Plaintiff's Exhibit No. 10 was marked
11  for identification.)
12  BY MR. MUNCH:
13  **Q.**  And is that your signature on it,
14  Doctor --
15  **A.  Yes.**
16  **Q.**  -- Dr. Urrea?
17  **A.  Yes, I'm seeing that.**
18  **Q.**  Yeah.
19  And what was the cause of Mr. Jones'
20  death?
21  **A.  According to the document, "Cardiac**
22  **Arrest."**
23  **Q.**  Do you have any participation of the
24  treatment of Mr. Jones before he passed away?
25  **A.  Yes, he was -- he was a Celebrity Star**

15

1  Code.
2  **Q.**  Say that again?
3  **A.  He was a Star code.  That is a**
4  **medical --**
5  **Q.**  So what does that mean?
6  **A.  That means a medical emergency.**
7  **Q.**  Did you go to his room and participate
8  in any resuscitation efforts?
9  **A.  Yes, I was.**
10  MR. MUNCH:  I'm going to show you
11  what's Exhibit Number 11.
12  Can you see that, Dr. Urrea?
13  THE WITNESS:  Yes, I'm seeing it.
14  (Plaintiffs' Exhibit No. 11 was marked
15  for identification.)
16  BY MR. MUNCH:
17  **Q.**  And these are just the medical records
18  that have been produced to me by Celebrity.  It
19  looks like there's -- it says, "1 of 7 pages."
20  **A.  Uh-huh.**
21  **Q.**  Do these look like the records?
22  They're marked on the bottom.  You can see the...
23  And if I'm going too fast, let me
24  know.
25  Do those look like the shipboard

16

1  medical records?
2  **A.  Yes, that looks like the ship medical**
3  **records.**
4  **Q.**  Can you tell from the -- the records
5  when -- what time Mr. Jones passed away?
6  **A.  Well, I cannot see them properly, the**
7  **time, but it has to be there in the records of what**
8  **time he was pronounced.**
9  **Q.**  This says here -- are you able to see
10  this or should I try to blow it up a little bit?
11  **A.  Just a little bit, please.**
12  **Q.**  This says, "06:20 hours, 15
13  August 2022, after 29 minutes of ACLS."
14  What is ACLS?
15  **A.  Advanced Cardiac Life Support.**
16  **Q.**  "There was no return of spontaneous
17  circulation, patient --" I can't see "-- was not
18  breathing, no pulse, fully dilated, not reactive.
19  Resuscitation was discontinued and he
20  was declared dead with final diagnosis of cardiac
21  arrest."
22  **A.  Uh-huh.**
23  **Q.**  So does that look like the time that
24  he passed away?
25  **A.  Yes.**

**17**

1   **Q.**  And then it says --
2   **A.**  **Or the time is also in the notice of**
3   **death.**
4   **Q.**  Oh, okay.  I'll go look at that in a
5   second again.
6       It says, "06:21 hours, 15 August,
7   post-mortem care initiated."
8       Do you see that?
9   **A.**  **Yes, it's in the bottom between the**
10  **right.**
11  **Q.**  What does the -- what does, "The
12  post-mortem care initiated" means?
13  **A.**  **Post-mortem care initiated means that**
14  **we wrap the body in a sheet or a blanket at the**
15  **room, we place it on the stretcher, and we move the**
16  **body to the medical facility to place it in the**
17  **morgue, to clean it and place it in the morgue.**
18  **Q.**  Were you present when Mr. Jones died?
19  **A.**  **Yes, I was in the resuscitation.**
20  **Q.**  And do you remember who else was
21  present?
22  **A.**  **I don't know who else was present, but**
23  **if it was a Star Code, it was the medical team.**
24  **Q.**  Would that have been all the doctors?
25  **A.**  **Yes.**

**18**

1   **Q.**  Do you remember if Mrs. Jones was
2   present in the room when you were resuscitating or
3   attempting resuscitation?
4   **A.**  **I don't remember.**
5   **Q.**  Do you remember this medical care
6   given to Mr. Jones?
7   **A.**  **The medical care given to Mr. Jones?**
8   **Q.**  I'm seeing if you remember this man,
9   this incident?
10  **A.**  **No, basically, I don't remember the --**
11  **the full incident.**
12  **Q.**  Since this time -- since this time,
13  have you had other people pass away on the ships
14  that you've been serving?
    *18:12-19:10*
    *Irrelevant,*
    *Speculation,*
15  MR. CAISSE:  Form.
    *Prejudicial*
16  You can answer if you know.
17  THE WITNESS:  On the -- on this ship
18  that I'm now?
19  BY MR. MUNCH:
20  **Q.**  No.  You made the statement that you
21  didn't remember this incident --
22  **A.**  **Yeah.**
23  **Q.**  -- so I'm just wondering how -- since
24  August 15th of 2022, have you had other passengers
25  die on ships that you've been serving?

**19**

1   MR. CAISSE:  Form.
2   You can answer.
3   THE WITNESS:  Well, we had a -- we
4   have dead on board this now in SYMPHONY,
5   maybe two weeks ago.
6   BY MR. MUNCH:
7   **Q.**  When you were on the EQUINOX, other
8   than Mr. Jones passing away, did anybody else pass
9   away?
10  **A.**  **I don't remember.**
11  **Q.**  How many times have you served aboard
12  the EQUINOX?
13  **A.**  **On board the EQUINOX, was as a second**
14  **doctor long time ago.**
15      **And, then, since 2021, I think so, I**
16  **was the senior doctor for two or three more**
17  **contracts.**
18      **The last one was at the beginning of**
19  **2023.**
20  **Q.**  How long does one of your contracts
21  normally last?
22  **A.**  **Four months.**
23  **Q.**  Is one of your duties, as the chief
24  doctor on board the EQUINOX, maintaining the morgue
25  in the medical facility?

**20**

1   MR. CAISSE:  Form.
2   THE WITNESS:  No.
3   BY MR. MUNCH:
4   **Q.**  Whose job is it to maintain the
5   morgue?
6   **A.**  **The nurses check the morgue monthly,**
7   **as I remember, and the one charge of maintenance is**
8   **the AC refrigerator engineer.**
9   **Q.**  Do you remember who that was --   *20:9-18*
                                                 *Irrelevant,*
10  **A.**  **No, I don't remember.**   *Confusing*
11  **Q.**  -- on the EQUINOX at the time?
12  **A.**  **No, I don't remember.**
13  **Q.**  Do you have any responsibilities with
14  respect to checking whether or not the morgue was
15  functioning aboard the EQUINOX before it's used?
16  **A.**  **Before use?**
17  **Q.**  Yeah.
18      In other words, it -- on board the
19  EQUINOX, is the morgue on on all the time, cold, or
20  is it shut off?
21  **A.**  **No.  It's -- in all the ships, the**
22  **morgue is usually off; and when we need to turn it**
23  **on, we need to call the one in charge.**
24      **In Celebrity, is the AC refrigerator;**
25  **in Royal, is the refrigeration engineer.**

21

1    **Q.**  Okay.  So if this is -- this was a
2  Celebrity ship, right?
3    **A.**  **Yes, AC engineers are the one in**
4  **charge to turn it on.**
5    **Q.**  Do you do any sort of monthly or any
6  type of periodic checks of the morgue?
7    **A.**  **The nurses do it.**
8        MR. CAISSE:  Form.
9  BY MR. MUNCH:
10   **Q.**  The nurses?
11       And what is the periodic check that
12  is -- is done on the morgue?
13   **A.**  **I don't exactly remember, but it is**
14  **monthly, but I really do not remember.**
15   **Q.**  And what are they supposed to do?
16   **A.**  **Check the -- the temperature and then**
17  **it can be turn on.**
18   **Q.**  Does the nurse turn on the
19  temperature?
20   **A.**  **The nurse check if it's working or**
21  **not, is the only thing that they check.**
22   **Q.**  How -- how does the nurse check it?
23   **A.**  **With the thing outside the monitor and**
24  **checking that.**
25   **Q.**  Does the nurse turn on the machine or

22

1  does she get an AC --
2    **A.**  **They need --**
3    **Q.**  -- engineer to turn it on?
4    **A.**  **They need to call the AC engineer.**
5    **Q.**  So, the nurse would call the AC
6  engineer, the AC engineer would turn on the
7  machine, the morgue, and then what does the nurse
8  do?
9    **A.**  **They check the temperature outside --**
10   **Q.**  When you say --
11   **A.**  **-- with the monitor that is outside.**
12   **Q.**  Okay.  When you say check it outside,
13  I'm going to show you what I've marked as Exhibit
14  Number 4.
15       Can you see that?
16       (Plaintiffs' Exhibit No. 4 was marked
17       for identification.)
18   **A.**  **Yes, I can see it.**
19   **Q.**  If I represent to you that this is a
20  picture of the control panel on the morgue of the
21  CELEBRITY EQUINOX, does this look like the control
22  panel?
23   **A.**  **Yes, it looks like.**
24   **Q.**  And the nurse would just read the
25  number, the digital display?

23

1    **A.**  **Yes.**
2    **Q.**  Does the nurse or anybody else -- and
3  I have this marked as Exhibit Number 4 -- does the
4  nurse or anybody else check to see if the
5  temperature inside the morgue is actually whatever
6  is being displayed on the outside of the morgue?
7    **A.**  **Not that I know.**
8    **Q.**  Do you understand what I mean?
9    **A.**  **Yes.**
10   **Q.**  In other words --
11   **A.**  **Yes.**
12   **Q.**  -- do they open -- open the morgue and
13  stick any type of temperature recording or
14  displaying device inside of the morgue to see if
15  actually it is, for example, 2 degrees Celsius, if
16  it's reading 2 degrees Celsius outside is it really
17  2 degrees inside?
18       MR. CAISSE:  Form.
19       THE WITNESS:  No.
20  BY MR. MUNCH:
21   **Q.**  Okay.
22   **A.**  **It is only the temperature that**
23  **thermometer is showing.**
24   **Q.**  Have you seen the nurses do these
25  monthly checks aboard the EQUINOX?

24

1    **A.**  **I don't remember.**
2    **Q.**  Do the nurses make a record of these
3  monthly checks?
4    **A.**  **It should be in SeaCare with the**
5  **monthly equipment check.**
6    **Q.**  And what is SeaCare?
7    **A.**  **SeaCare is our system where we have**
8  **all the medical records and all the equipment to**
9  **check, and all the inventory that we have in the**
10  **medical facility.**
11   **Q.**  I've marked Exhibit Number 5.
12       This is the SeaCare entry.  It looks
13  like it was completed by "Nurse Madeleen Nel" on
14  August 20th.
15       Can you see that, Doctor?
16       (Plaintiffs' Exhibit No. 5 was marked
17       for identification.)
18   **A.**  **Yes, I see it.**
19   **Q.**  Can -- can you take a minute to review
20  that?
21   **A.**  **Yes.**
22   **Q.**  Have you ever seen that document
23  before?
24   **A.**  **It's in SeaCare, yes.**
25   **Q.**  Is this the record that you were

25

1  talking about --
2      A.  Yes, those are the records.
3      Q.  -- where they make -- where they make
4  a monthly check?
5      A.  Yes, those are the records.
6      Q.  Were you consulted by Nurse Nel on
7  August 20th about the morgue not working.
8      A.  Yes, they call me.  I don't remember
9  if it was Madeleen, but they call me for that.
10     Q.  And who was it that called you?
11     A.  I don't remember who was the one
12  that -- that call me.
13         I remember that they call me late at
14  night because the morgue was not working.
15     Q.  This says "August 2022 at
16  23:50 hours."
17     A.  Yes.
18     Q.  So is that local time on the ship?
19     A.  Yes, that's the local time of the
20  ship.  That's the "UTC-4:00," yes.
21     Q.  So, that would have been 11:50, just
22  before midnight?
23     A.  Yes.
24     Q.  When you received the call, what did
25  you do?

26

1      A.  I went to check.  I went to the
2  medical facility to check.
3      Q.  Were you in bed at that point in time?
4      A.  I don't remember.  Probably, yes.
5      Q.  Yeah, I don't know if you stand a
6  watch or -- or not?
7      A.  Well, we are on on call all the time,
8  but I really don't remember what happened that day.
9         They just call me, I went to the
10  medical facility.
11     Q.  Okay.  All right.  All right.  I'm
12  going to take you back in time.
13         And did the other doctors and the
14  nurses that were aboard the EQUINOX report to you?
15     A.  Yes.
16     Q.  In other words, you were their --
17  their boss on the ship --
18     A.  Yes.
19     Q.  -- their supervisor?
20     A.  Yes, I'm their supervisor.
21     Q.  And do you know who it was that
22  prepared Mr. Jones after he was brought back to
23  the -- and he's died at this point.
24     A.  Uh-huh.
25     Q.  So we saw that he died and he's

27

1  brought back to the medical facility.
2         What is done at the medical facility
3  to get him ready to be placed into the morgue?
4      A.  The nurses are the one in charge of
5  that process.
6      Q.  Does the doctor supervise him?
7      A.  No, the nurses are the one in charge
8  always.
9      Q.  Do you know what they do to prepare
10  the body to be placed inside the morgue?
11     A.  They clean the body.  We don't remove
12  any kind -- we don't remove -- if we place a tube
13  or if we place any AED pads or the IV lines, we
14  don't remove any of those stuff.
15         They just clean the body, wrap it in a
16  sheet or a blanket and then they just place it in
17  mortuary bag.
18     Q.  Did you do any sort of inspection of
19  Mr. Jones before he was placed into the mortuary
20  bag?
21     A.  I don't remember.
22     Q.  Do you know what time Mr. Jones was
23  placed into the mortuary bag?
24     A.  I don't remember.
25     Q.  Is there a record on the ship of when

28

1  that would have occurred or is that part of the
2  medical record?
3      MR. CAISSE:  Form.
4      THE WITNESS:  It may be part of the
5  medical record, but I don't remember.
6  BY MR. MUNCH:
7      Q.  If we go back to Exhibit Number 11,
8  can you see that?
9      A.  Yes, I'm seeing it.
10     Q.  Do we know where it would be on the
11  document to see if it would show when he was placed
12  into the --
13     A.  Nurses notes, nurses notes.  But...
14     Q.  I didn't see anything in the record --
15  did you? -- about when he was placed into the
16  morgue?
17     A.  Uh-huh.
18     Q.  Nothing?
19     A.  No, I didn't see.
20     Q.  Okay.  Is there any separate record
21  for the morgue that's maintained aboard the
22  EQUINOX?
23     A.  Any separate records?
24     Q.  Correct.
25         In other words -- I think it was Nurse

29

1  Jon Finiquito.  Do you know who Nurse Finiquito
2  is?
3      A.  Yes.
4      Q.  He was aboard the EQUINOX, and he said
5  that there was a -- a separate page that was a -- a
6  record that was maintained to show the temperature
7  reading of the morgue.
8      A.  Uh-huh.
9      Q.  Have you seen that when you were in
10 the medical facility aboard the EQUINOX?
11     MR. CAISSE:  Form.
12     You can answer if you know.
13     THE WITNESS:  I don't remember.
14     And it's not mandatory to do those
15     checks.
16 BY MR. MUNCH:
17     Q.  My question really isn't whether it
18 was mandatory or not.
19     My question is whether or not you
20 viewed a written log that was maintained regarding
21 the temperature reading of the morgue?
22     A.  I don't remember.
23     Q.  Whose responsibility was it to verify
24 whether or not the morgue was maintaining the
25 proper temperature when it had somebody's remains

30

1  in it?
2      A.  Nurses.
3      Q.  Who gave them instructions about how
4  often to check the morgue to maintain the
5  temperature?
6      A.  The chief nurse.
7      Q.  And who was it that assigned the chief
8  nurse that responsibility?
9      A.  Who was what?  Sorry.
10     Q.  Who -- who told the chief nurse to --
11 to dole out this responsibility and do this
12 checking of the morgue.  Was it one of the doctors?
13     A.  No.
14     Q.  Do you know what happened to the
15 written log, which showed the temperatures that
16 were being maintained or recorded of morgue
17 temperatures of the EQUINOX, during the time that
18 Mr. Jones was in the morgue?
19     A.  I don't know.  I don't remember.
20     Q.  Are there places that written records
21 of kept?
22     A.  No.
23     MR. CAISSE:  Form.
24 BY MR. MUNCH:
25     Q.  During the time that Mr. Jones was in

31

1  the morgue, did you ever inspect Mr. Jones' body?
2      A.  Not that I remember.
3      Q.  Is it the policy of Celebrity to
4  inspect the body once it's placed into the morgue
5  to make sure that it is not decomposing?
6      A.  No.
7      MR. CAISSE:  Form.
8      THE WITNESS:  Not part of the policy.
9  BY MR. MUNCH:
10     Q.  Did you make it part of your practice
11 to have either yourself or one of your nurses or
12 other doctors inspect the body on a daily basis to
13 see whether or not the morgue was properly
14 maintaining the body from decomposing?
15     A.  The body, no, but the temperature,
16 yes.
17     Q.  And why not inspect the body?
18     A.  Because when we open them -- if we
19 open the morgue, it's like any normal refrigerator,
20 the temperature is going to increase.
21     Q.  How long would an inspection of the
22 body take?
23     A.  Depends of the size of the morgue and
24 depends of the door of the morgue.
25     Q.  On this morgue -- do you see Exhibit

32

1  Number 2 I've marked? -- does this look like the
2  morgue on the EQUINOX?
3      (Plaintiffs' Exhibit No. 2 was marked
4      for identification.)
5      A.  Yes.
6      Q.  And there were three, I'm going to
7  call it drawers or bays.
8      Does that sound right?
9      A.  Yes, that's right.
10     Q.  Do you remember which one Mr. Jones
11 was placed in?
12     A.  I don't remember.
13     Q.  I'm going to show you what's marked as
14 Exhibit Number 3.  This is the middle drawer of the
15 morgue opened.
16     Does -- does that, in fact, look like
17 the drawer on the EQUINOX?
18     (Plaintiffs' Exhibit No. 3 was marked
19     for identification.)
20     A.  I -- I really don't remember.
21     Q.  Have you -- okay.
22     Have you ever opened the middle drawer
23 on the EQUINOX of the morgue?
24     MR. CAISSE:  Form.
25     THE WITNESS:  Yes.

33

1  BY MR. MUNCH:
2      Q.   Is it a simple procedure to open the
3  drawer if you wanted to check it?
4      A.   It's hard to open.
5           And if we have a body there, it's
6  going to expose the whole body.
7      Q.   Does the tray here that I'm showing
8  you, does that slide in to the morgue --
9      A.   I don't -- I really don't remember if
10 it's easy to slide or it's really hard to slide.  I
11 don't remember.
12     Q.   How many times have you had bodies
13 in -- in the morgue on the EQUINOX since you have
14 been a doctor on the EQUINOX?          33:12-24 Irrelevant,
15         MR. CAISSE:  Form.             Speculation
16         THE WITNESS:  I don't remember how
17 many times.
18 BY MR. MUNCH:
19     Q.   Is it more than ten?  Less than ten?
20     A.   I don't remember.  I only can guess.
21         Usually, we have only one death per
22 cruise -- per contract, but I really don't remember
23 how many times I use the morgue in the -- in the
24 EQUINOX.  I don't remember.
25     Q.   Other than checking the temperature on

34

1  the out -- it's the outside monitor, the external
2  monitor, is there anything else that is done to
3  verify whether or not the morgue is maintaining its
4  temperature to prevent the body from decomposing?
5      A.   No.
6      Q.   Did anybody aboard the ship tell you
7  not to open the drawer of the morgue to inspect a
8  body to make sure it was not decomposing?
9      A.   Not that I remember.
10     Q.   Other than that one page of --
11 actually, maybe it was a page and a half or two
12 pages -- of training that you told us about, the
13 SMS or SQM training, was there any other training
14 on how to preserve and make sure the body was not
15 decomposing when it's placed inside a morgue?
16     A.   No.  There is no more training besides
17 the one that I receive in the medical school.
18     Q.   What training did you receive in
19 medical school regarding preservation or handling
20 of human remains?
21     A.   It's only the forensic studies.
22 That's it.  No more than that.
23         I only need to know about -- I only
24 need to know about the temperature to preserve the
25 body and that's it.  No more than that.

35

1      Q.   And what were you taught in medical
2  school about the temperature necessary to preserve
3  the body?
4      A.   2 to 4 Celsius degree.
5      Q.   Were you taught how long a body can be
6  maintained in a morgue before it starts to
7  decompose?                             35:5-17 Irrelevant,
8      A.   I don't remember.             Opinion, Speculation,
                                          Prejudicial
9      Q.   Were you taught or do you know at what
10 temperature a body starts to decompose?
11         MR. CAISSE:  Form.
12         THE WITNESS:  No, not that I remember.
13 BY MR. MUNCH:
14     Q.   Do you know how quickly a body can
15 decompose?
16     A.   If it's not in the proper temperature,
17 it will decompose in one week.
18     Q.   When you were in medical school, did
19 you receive any training on handling of the human
20 remains, other than just the temperature --
21     A.   No.
22     Q.   -- to keep it at 2 to 4 --
23     A.   No, no more that training, no.
24     Q.   Were you ever given the operation
25 manual for the morgue when you were on the EQUINOX?

36

1      A.   No.
2      Q.   Were you ever trained by somebody
3  aboard the EQUINOX or from Celebrity on the use of
4  the morgue?
5      A.   No, because we are not the one turning
6  on.
7      Q.   Did you ever receive any training on
8  the use of the morgue from anybody representing the
9  manufacturer of the morgue?
10     A.   No, never.
11     Q.   Do you know whether or not the morgue
12 on the EQUINOX had any type of temperature alarm
13 function?
14         MR. CAISSE:  Form.
15         THE WITNESS:  Not that I remember.
16 BY MR. MUNCH:
17     Q.   Did anybody ever talk with you about
18 setting an alarm to sound if the temperature read
19 too high?                              36:21-25 Asked and
20     A.   No.                           answered
21     Q.   Do you even know if the morgue had
22 that function available to it?
23         MR. CAISSE:  Form.
24         THE WITNESS:  No, no, not that I
25 remember.

37

BY MR. MUNCH:
2       Q.   Did you personally make any checks on
3  Mr. Jones' body when it was in the morgue?
4            MR. CAISSE:  Form.
5            THE WITNESS:  No.
6  BY MR. MUNCH:
7       Q.   And why not?
8       A.   That's not part of the -- no.
9       Q.   It's not part of it?
10      A.   That's not part of our -- of -- that's
11  not a part of our job.  That's not -- that's not
12  part of our checklist.
13      Q.   What is the checklist that you're
14  referring to?
15      A.   The checklist of what is written in
16  the SQM of the -- the handle of the body.
17      Q.   Was anybody supposed to check on
18  the -- on the body when it was in the morgue?
19      A.   No.
20           MR. CAISSE:  Form.
21  BY MR. MUNCH:
22      Q.   Were you aware if any of the nurses
23  that were involved with Mr. Jones' body were
24  actually checking on Mr. Jones himself or whether
25  they were just reading a temperature gauge on the

38

1  outside?
2            MR. CAISSE:  Form.
3            THE WITNESS:  I don't remember.
4  BY MR. MUNCH:
5       Q.   Do you know if Mr. Jones was the only
6  person in the morgue when he was aboard -- when his
7  body was on board the EQUINOX?
8       A.   I really don't remember.
9       Q.   Were you the one that physically put
10  Mr. Jones' body into the morgue?
11      A.   No.
12      Q.   Do you know who did it?
13      A.   The nurses, with the help of security.
14      Q.   Were you present when that happened?
15      A.   I don't remember.
16      Q.   Do you know whether or not anybody
17  made a check of the actual temperature inside of
18  the morgue before the body was placed there?
19      In other words, did they check to see
20  if it's showing 2 degrees on the digital readout,
21  was it actually -- actually 2 degrees inside?
22      A.   They checked that it was cold before
23  to place the body.
24      Q.   And who checked?
25      A.   The nurses.

39

1       Q.   Do you know which one?
2       A.   No, not that I remember.
3       Q.   And how did they check to see if it
4  was cold?
5       A.   Physically.
6       Q.   How physically?
7       A.   Just checking the -- not with a
8  thermometer, but checking that the -- it feels cold
9  and with the thermometer outside.
10      Q.   When you say "feels cold," how -- did
11  you give any instructions on how they should check
12  to see if it was cold?
13      A.   We don't receive any training about
14  that, and the AC refrigerator engineer has to be
15  there when we open the morgue after they turn it
16  on.
17      Q.   When you say the AC refrigeration
18  engineer needs to be there, what do you mean?
19      A.   They turn on the -- they turn on
20  the -- the morgue and then they check that the
21  temperature out -- that is showing outside is the
22  same that is showing -- that is -- that is going to
23  be inside.
24      Q.   Were you present when that was done
25  here with Mr. Jones?

40

1       A.   Not that I remember.
2       Q.   Have you personally heard that anybody
3  made this check before Mr. Jones' body was placed
4  inside the morgue?
5       A.   I don't remember.
6       Q.   Did you have any discussions with
7  Mr. Jones's wife, Marilynn Jones, before Mr. Jones
8  was placed in the morgue?
9       A.   I don't remember.
10      Q.   Do you remember who Mrs. Jones is?
11      A.   Mrs. Jones the wife of Mr. Jones, but
12  I don't remember her physically.
13      Q.   Okay.  Do you know how often the
14  temperature checks are supposed to be made on the
15  morgue?
16           MR. CAISSE:  Form.
17           THE WITNESS:  It's not part of the --
18      it's not mandatory to do it.
19           It's not part of the checklist for the
20      nurses to do it.
21  BY MR. MUNCH:
22      Q.   So, as far as you know, then,
23  Dr. Urrea, Celebrity requires no temperature checks
24  of the morgue; is that what you're telling me?
25      A.   Yes.

41

1      MR. CAISSE:  Form.

2      THE WITNESS:  After -- after we

3   place -- after we place a body, it's not a

4   requirement to check the temperature of the

5   morgue.

6   BY MR. MUNCH:

7      Q.   And is that training that you've

8   received from Celebrity?

9      A.   Yes, it's -- it's in the SQM.

10     Q.   So, once -- once the body is placed in

11   the morgue, that -- that's it until the body gets

12   removed --

13     A.   Yes.

14     Q.   -- is that what you're telling me?

15     A.   Yes.

16     Q.   And I've put Exhibit 1 back up.

17        Are you able to see that that --

18     A.   Yes, I'm seeing it.

19     Q.   -- Dr. Urrea?  Okay.

20     A.   Yes, I'm seeing it.

21     Q.   And I -- I was just looking at it.

22        I don't see anything about checking

23   the -- the temperature or inspecting the body at

24   all when it's in the morgue --

25     A.   That's correct.

42

1      Q.   -- is that your -- is that your

2   reading of the SQM also?

3      A.   Yes, that's correct.

4      Q.   Are there any other documents or

5   directives that you're aware of, which Celebrity

6   provides training to its crew members, on the

7   handling of human remains that are within the

8   morgue?

9      A.   No, only the one that is the SQM.

10     Q.   Did you have any participation in the

11   decision as to whether or not Mr. Jones' body was

12   going to remain on the ship and go back to Fort

13   Lauderdale or whether it would be sent ashore with

14   Mrs. Jones in another port?

15     A.   Not that I remember.

16     Q.   You -- you understand what I'm saying?

17     A.   Yes, yes.

18     Q.   In other words, there was a -- if I

19   tell you --

20     A.   To land the body -- to land the body

21   in any other port.

22     Q.   Right.

23     A.   No.

24     Q.   Did you have any discussions with her?

25     A.   Not that I remember.

43

1      Q.   Did you have any discussions with any

2   other crew members, including the captain or staff

3   captain, about putting the body ashore?

4      A.   Not that I remember.

5      Q.   Do you remember who the staff captain

6   was at that time?

7      A.   I don't remember his name.

8      Q.   Did you have any discussion with --

9   with Mrs. Jones about whether or not the body

10   should remain on the ship and return to Fort

11   Lauderdale?

12     A.   Not that I remember.

13     Q.   Same question:  Did you have any

14   discussion with anybody else from the crew,

15   including the staff captain or captain, or other

16   crew members, about whether or not the -- the body

17   should remain on the ship to return to Fort

18   Lauderdale?

19     A.   Not that I remember.          43:20-44:4 Irrelevant, Confusing

20     Q.   Did there come a point in time where

21   people from the Bahamas went to inspect Mr. Jones'

22   body?

23     A.   When was?  Excuse me.

24     Q.   Did there come a point in time, when

25   the ship got into the Bahamas --

44

1      A.   Uh-huh.

2      Q.   -- that Bahamian officials came aboard

3   the EQUINOX to inspect the body of Mr. Jones and

4   the morgue?

5      MR. MUNCH:  Hold on a minute, Doctor,

6   you're breaking up for me.

7      MR. CAISSE:  Yeah, same here.  You

8   froze for me.

9      (A pause in the deposition.)

10     THE WITNESS:  It's okay now?

11     MR. MUNCH:  Yes.  Let me try the

12   question again.

13     THE WITNESS:  Okay.

14   BY MR. MUNCH:

15     Q.   It's my understanding, from the

16   logbooks of the ship, that the ship docked in the

17   Bahamas and that there was some Bahamian government

18   officials that came on to the vessel?

19     A.   Yes, they came on board.

20     Q.   So, my question is:  Do you know why

21   they came on board to look at the -- the body?

22     A.   That's a normal -- that's a normal

23   procedure when we have a dead on board.

24        They usually come on board to check

25   the -- the body to see that the person that we

45

1 declared that is dead is the same person that is in
2 the morgue.
3 Q. Were you present when the Bahamian
4 officials came on board?
5 A. The only thing that I remember is that
6 they were late, that I was out of the ship and I --
7 I brought them to the medical facility.
8 But I really don't remember if I was
9 exactly there in the morgue when they opened the
10 morgue and they came -- and they checked the body.
11 Q. So you -- you brought the government
12 officials to the morgue itself?
13 A. Because they were late, yes.
14 And we were trying to obtain the
15 clearance of the ship. So, I accompany, because
16 they cannot be walking alone in the ship. I escort
17 them to the medical facility.
18 Q. When you brought the Bahamian
19 officials to the medical facility, were you there
20 when they opened the morgue's drawer?
21 A. I don't remember.
22 Q. Did you discuss the findings of the
23 Bahamian officials with them at any point in time?
24 A. They didn't -- as I remember, they
25 didn't mention anything. They just check the body

46

1 and then they went out.
2 I just escort them to go out of the
3 ship and they cleared the ship. That's it.
4 Q. Do they unzip the body?
5 A. In other words --
6 A. I don't --
7 Q. -- the body is in a body bag, right?
8 A. Yes, a body bag.
9 I don't remember. I really don't
10 remember because I don't -- I not even remember if
11 I was present when they checked the body.
12 Q. Do you remember if there was a smell
13 when the body was being inspected in the Bahamas?
14 A. No, there was no smell.
15 Q. Well, you said that you weren't
16 present --
17 A. But they --
18 Q. -- or you didn't remember if you were
19 present?
20 A. But my office is -- is close to the
21 morgue. So if there was a smell, I could feel
22 [sic] it.
23 Q. How close --
24 A. I was in the medical facility.
25 Q. Okay. How close was your office to

47

1 the morgue?
2 A. If they open, if there is any smell, I
3 can feel it.
4 But how close I cannot say 10 meters
5 or I really -- no.
6 Q. Is your office directly next to the
7 morgue or is it so many offices away?
8 A. No, it's just the -- let me see --
9 office, ER and then the morgue.
10 Q. Do you happen how long the inspection
11 took in the Bahamas?
12 A. I don't remember.                    <span style="color:red">47:13-25 Irrelevant, Speculation</span>
13 Q. Do you know if the body bag was ripped
14 when they were inspecting it in the Bahamas?
15 A. I really don't remember.
16 Q. Did you or anybody else contact
17 Mrs. Jones or somebody in the family and notify
18 them that Mr. Jones' remains had been inspected by
19 the Bahamian officials?
20 A. No, not that I remember.
21 Q. Is there a reason why any contact
22 wouldn't be made with Mrs. Jones?
23 A. There's no reason to be the -- to
24 contact her because that's a regular procedure by
25 all the authorities in any single port.

48

1 Q. When did you first understand that
2 there was a problem with the morgue?
3 A. Late night, that day when we were
4 sailing from Bahamas to Fort Lauderdale.
5 Q. How did you become aware?
6 A. Because one of the nurses call me.
7 Q. Who called you?
8 A. I don't remember who was the nurse who
9 call me.
10 Q. And what was the information that you
11 learned?
12 A. That the -- there was a smell in the
13 medical facility and we need to check if it's -- if
14 it's the morgue working or not.
15 Q. Did the nurse describe this -- this
16 facility smell?
17 A. It was just some a bad smell, not a
18 strong smell, not just a putrefaction, just a bad
19 smell.
20 Q. A body smell?
21 A. Bad smell.
22 Q. Oh, bad --
23 A. Bad --
24 Q. -- B-A-D?
25 A. -- B-A-D.

**49**

1  Q.  Have you smelled what a decomposing
2  body smells like ever?
3      MR. CAISSE:  Form.
4      THE WITNESS:  Yes.
5  BY MR. MUNCH:
6      Q.  When you got this call, were you in
7  your cabin or were you in the medical facility?
8      A.  No, I was in my cabin.
9      Q.  Did you come down to the medical
10 facility when you got that call?
11     A.  Yes.
12     Q.  What did you smell?
13     A.  Just bad smell.  Not a really a
14 strong, not putrefaction, just bad smell.
15     Q.  And when you -- when you got the call
16 and you went down and you -- you noticed this bad
17 smell yourself, what did you do to investigate this
18 bad smell?
19     A.  Sorry, could you please repeat?
20     Q.  So, somebody's called you and said,
21 hey, doctor, there's a bad smell --     *49:20-24 Hearsay*
22     A.  Yes.
23     Q.  -- in the medical facility.
24     A.  Yes.
25     Q.  So, then, you get up and you go to the

**50**

1  medical facility, right?
2      A.  Yes.
3      Q.  And what did you notice?
4      A.  When I did that, just the bad smell.
5      And, then, we check all around the
6  medical facility there was something else that can
7  produce that smell.
8      And then we check the -- the morgue,
9  the temperature outside was -- was correct.  Then
10 we open the -- the morgue to check the temperature
11 inside and then we realize that temperature inside
12 was not the correct one.
13     Q.  What would you describe the smell
14 like?
15     A.  Not strong, not putrefaction, just a
16 simple body smell.
17     Q.  Did it smell like a body decomposing?
18     A.  No, it was just -- it was just simple
19 bad smell that --
20     Q.  Did --
21     A.  It -- it can see -- it can be any
22 other stuff.  That's the reason we look all around
23 the medical facility.
24     Q.  Did you, when you got up that evening
25 and went down to the morgue, did you personally

**51**

1  open the drawer of the morgue?
2      A.  I don't remember.
3      Q.  Did somebody else open the drawer of
4  the morgue when you were there, in your presence?
5      A.  I really don't remember.  We check and
6  then we realize that.
7      But I really don't remember if it was
8  the nurses that discover it or if it was me with
9  the nurse, I don't remember.
10     Q.  Was it obvious that the morgue was not
11 maintaining its temperature when you were there
12 that evening?
13     A.  When we -- when was open it -- as I
14 say, I don't remember if it was me or the -- all
15 the nurses -- or the nurses that is covering.  Then
16 I check, and it was hot inside, not too -- not
17 really too hot.
18     But then we check and it was not the
19 proper temperature.
20     Q.  When you -- when you checked the
21 temperature inside, what was the temperature?
22     A.  I don't remember.
23     Q.  Do you know the temperature that a
24 body starts to decompose at?
25     A.  No, I don't know the temperature.

**52**

1  Q.  When the morgue was open -- in other
2  words, the drawer opened -- did you have an
3  opportunity to smell the body itself?
4      A.  We smell but, again, it was not a
5  strong smell.  It was not putrefaction, it was just
6  a simple bad smell.
7      Q.  You said a second word, it was not a
8  strong smell, it was not --
9      A.  Putrefaction.  Like, decomposed --
10 decomposed body.  That's putrefaction.
11     Q.  Is that putrefaction?
12     A.  Yeah.
13     Q.  Or not decomposing?
14     A.  Uh-huh.
15     Q.  Did you actually, physically look at
16 the body itself at some point in time?
17     In other words, did you open the bag
18 to see if -- if the body was decomposing when you
19 went down there --     *52:25 – 53:18 Argumentative,*
20     A.  I don't --       *Speculation, Confusing*
21     Q.  -- I guess it was the night of the
22 20th?
23     A.  I don't remember if we open the bag.
24 I don't remember.
25     Q.  Do you think that would have been a

**53**

1   good idea to see if, in fact, the body was
2   decomposing or not?
3                    MR. CAISSE:  Form.
4                    THE WITNESS:  Could you please repeat?
5   BY MR. MUNCH:
6        Q.   Do you think that would have been
7   proper that evening to see if the body was
8   decomposing?
9        A.   Uh-huh.
10                   MR. CAISSE:  Form.
11   You can if you knew -- know.
12                   THE WITNESS:  No, no.
13   BY MR. MUNCH:
14        Q.   What's that?
15        A.   What would you like -- I really don't
16   have an answer for that.
17        Q.   No answer.  Okay.
18        A.   Uh-huh.
19        Q.   How was it determined -- or who
20   determined that the temperature was not being
21   maintained?
22        A.   Well, the --
23                   MR. CAISSE:  Form.
24                   THE WITNESS:  -- the temperature, as
25   it was showing the proper temperature and

**54**

1   the temperature inside was not the correct
2   one, was not cold.
3   BY MR. MUNCH:
4        Q.   How do you know?
5        A.   Because we could not feel that it was
6   cold.
7        Q.   Did you feel it -- how did you feel
8   it?  Did you put your hand in?
9        A.   Yeah.
10        Q.   You put your hand in?
11                   Did you touch anything?
12        A.   I not really -- I don't -- I don't
13   remember if it was me.
14                   But usually when you open the morgue,
15   you can feel that -- that it's cold inside; and
16   when we open it, it was not cold.
17        Q.   Do you remember if you did that?
18        A.   No, I don't remember.
19        Q.   Do you remember if somebody told you
20   that?
21        A.   I don't remember.
22        Q.   So, how do you know, then, if -- if it
23   wasn't cold inside, if you didn't do it and you
24   don't remember if anybody told you?
25        A.   Well, I don't remember if someone --

**55**

1   if someone told me that, I don't remember if it was
2   me.  I just remember that the temperature was not
3   the correct inside.
4        Q.   And what I'm saying is how do you
5   remember that?
6        A.   That's the only thing that I remember
7   of that, of all -- of -- of everything that
8   happened that night.
9        Q.   Who did you notify that the
10   temperature was not correct?
11        A.   The AC engineer.
12        Q.   And do you remember who that was?
13        A.   No, I don't remember.
14        Q.   Was it a man or a woman?
15        A.   I don't remember.
16        Q.   And did the AC engineer come up to
17   the -- up or down, whatever, I don't know where his
18   cabin is -- did the AC engineer show up in the
19   morgue at the medical facility on the EQUINOX that
20   evening of August 20th?
21        A.   Yes.
22        Q.   And were you there when the AC
23   engineer was present?
24        A.   I don't remember.                     55:25-56:6 Hearsay
25        Q.   Do you know what the AC engineer did

**56**

1   when he went on the morgue?
2        A.   I do remember when he was checking,
3   but then I remember that he told me that -- that
4   the thermometer outside was not working properly.
5        Q.   The AC engineer told that to you?
6        A.   Yes.
7        Q.   Do you know how he determined that it
8   wasn't working?
9                   Did you see him do any testing?
10        A.   I -- no, I don't -- I don't remember
11   and I -- no.
12        Q.   Who made the decision to move
13   Mr. Jones' body out of the morgue?
14        A.   Well, if the morgue was not working,
15   AC engineer say that they cannot fix it
16   immediately.
17                   So I just say to them, I need a place
18   to preserve the body in the correct temperature,
19   and then -- to the staff captain and him.
20        Q.   You told it to the AC engineer and the
21   staff captain?
22        A.   Yes.
23        Q.   And you told me you don't remember who
24   the AC engineer is.
25        A.   No.

57

1　　　　Q.　Do you remember who was the staff
2　captain that you told that to?
3　　　　A.　No, I also don't remember who was the
4　staff captain then.
5　　　　Q.　When the morgue was determined to not
6　be working, and you made the decision that the body
7　had to be moved to another location, did you
8　inspect Mr. Jones body at all?
9　　　　A.　I don't remember.
10　　　　Q.　Do you remember if you unzipped the
11　body?
12　　　　A.　Unzip the body?
13　　　　Q.　Unzip the body bag?
14　　　　A.　I really don't remember.  No, I don't
15　remember if we open it or not.  I really don't
16　remember.
17　　　　Q.　Do you remember if you saw if the body
18　bag was ripped when you were about to move the
19　body?
20　　　　A.　No, the body bag was okay when we move
21　it.
22　　　　Q.　You told me that there was the staff
23　captain and the AC engineer present.
24　　　　　　Was anybody else on the ship notified
25　that body needed to be moved?

58

1　　　　A.　The medical team and the security,
2　because we need to clear the I-95 to move the body.
3　　　　Q.　I-95 is a thoroughfare?
4　　　　A.　It's a -- it's a corridor, it's a
5　hallway, a big hallway, that we have on board the
6　ships.  That is where all the crew members are
7　moving all around, so we need to clear before to
8　move the body.
9　　　　Q.　Is that below -- is the deck below the
10　medical facility or above?
11　　　　A.　No, no, it's the same -- the same
12　deck.
13　　　　Q.　Same deck.
14　　　　　　When the decision was made by you to
15　remove the body to another facility on board the
16　ship, did you discuss with either the refrigeration
17　engineer, your medical team or the staff captain
18　the need to contact Mrs. Jones, the -- the wife of
19　the decedent -- that body was going to be moved to
20　somewhere else?
21　　　　A.　Not that I remember.
22　　　　　　And it was late at night, and we
23　arrive Fort Lauderdale, like, 6:30 in the morning.
24　　　　Q.　Is there a reason you can think of why
25　there was no discussion with Mrs. Jones about the

59

1　body being moved?
2　　　　MR. CAISSE:  Form.
3　　　　THE WITNESS:  Well, it was late at
4　night, it was like -- late, early in the
5　morning, it was, like, maybe 1:00 a.m.
6　　　　　　And then we arrive at Fort Lauderdale
7　6:00 a.m., 6:30 in the morning, so we
8　didn't want to disturb anybody at that
9　time.
10　BY MR. MUNCH:
11　　　　Q.　Was there a discussion to call
12　Mrs. Jones in the morning --
13　　　　A.　I --
14　　　　Q.　-- to tell her what had happened?
15　　　　A.　I don't remember.  I really don't
16　remember.
17　　　　Q.　Do you remember any discussion, from
18　you to the refrigeration engineer or the staff
19　captain to you, saying we need to call Mrs. Jones
20　to let her know that the morgue malfunctioned and
21　her husband's body had to be moved?
22　　　　A.　No, I don't remember.
23　　　　Q.　Did you get permission from anybody
24　from the family to move Mr. Jones' body?
25　　　　A.　Not that I remember.

60

1　　　　Q.　Did you call anybody from Celebrity or
2　Royal ashore, a contact person, to notify them that
3　the morgue had malfunctioned and that you were
4　moving Mr. Jones' body?
5　　　　MR. CAISSE:  Form.
6　　　　THE WITNESS:  No, I don't remember to
7　contact.  I really don't remember if I sent
8　an e-mail or -- I don't remember.
9　BY MR. MUNCH:
10　　　　Q.　Is there a reason why you would not
11　have contacted anybody ashore from Royal to advise
12　them that the morgue had malfunctioned and that you
13　needed to move Mr. Jones' body?
14　　　　A.　Well, we needed to take a -- we -- we
15　need to take a rapid decision because we needed to
16　preserve the body.
17　　　　　　But I don't remember if I contact
18　someone, if I sent a message, I don't remember.
19　　　　Q.　Based on your training that you
20　received from Celebrity, should a message have been
21　sent regarding the moving of the body?
22　　　　MR. CAISSE:  Form.
23　　　　THE WITNESS:  Not -- wait, for the
24　moving the body?  Not that I -- no.
25　　　　　　But the malfunctions, I have to fill

60:19-61:8
Irrelevant,
Speculation

61

1    out the -- the SEAVENT, that is also
2    something from the company.
3    BY MR. MUNCH:
4        Q.   Did you fill out a SEAVENT?
5        A.   I don't remember if I did it, I really
6    don't remember.  But the record that you showed me,
7    Madeleen wrote that I did it, so probably I did it,
8    but I don't remember.
9        Q.   Do you know where the body was moved
10   to?
11       A.   That was moved to the provision area,
12   to one of the coolers in provision area.
13       Q.   When you say, "provision," what do you
14   mean provision?
15       A.   Provision area is the place where all
16   the provisions for the ship are kept.
17       Q.   Provisions, you mean food?
18       A.   It means food, it means beverage, it
19   means all the other stuff.
20       Q.   And what deck was that on?
21       A.   Deck 0.
22       Q.   And what deck is the medical staff on?
23       A.   Deck 2.
24       Q.   Was there any discussion with the
25   captain, staff captain or other crew members about

62

1    the -- where to move the body?
2        A.   Yes.  It was a discussion with the AC
3    engineer, staff captain and me, just saying we need
4    to -- I need to present the body in the correct
5    temperature, so we need a place to keep the body.
6        Q.   And you said that -- that there needed
7    to be a rapid decision to preserve the body.
8             How rapidly does the body start to
9    decompose --

62:6-14 Asked and answered, Speculation

10       MR. CAISSE:  Form.
11   BY MR. MUNCH:
12       Q.   -- if it's not preserved at the proper
13   temperature?  Do you know that?
14       A.   No, I don't.  I don't remember this.
15       Q.   The next day, when you got into Fort
16   Lauderdale or Port Everglades, did you contact
17   somebody ashore about what happened --
18       A.   I don't remember.
19       Q.   -- with the morgue?
20            Did you contact -- when you got into
21   Fort Lauderdale or Port Everglades the next
22   morning, did you contact somebody ashore from
23   Celebrity regarding the fact that Mr. Jones' body
24   had to be moved?
25       A.   I don't remember if I contact

63

1    somebody.  I really don't remember.
2        Q.   Were you staying on the ship or
3    getting off the ship the next day?
4        A.   (Indicating.)
5        Q.   Were you staying on the EQUINOX or
6    were you finished in -- in Port Everglades?
7        A.   I think I stay, 'cause I signing off
8    on the 25th, so I staying on the ship.
9        Q.   So, you got off 25 of August, so you
10   would have been still on the ship at that point?
11       A.   Yes.
12       Q.   Did you discuss with anybody, the next
13   morning when the ship got to Port Everglades,
14   whether or not Mr. -- Mrs. Jones' family should
15   have been called?
16       A.   Not that I remember.
17       Q.   Do you think somebody from Mrs. Jones'
18   family should have been called about the movement
19   of the body and the failure of the morgue?
20       MR. CAISSE:  Form.
21       THE WITNESS:  Not.
22   BY MR. MUNCH:
23       Q.   Pardon me?
24       A.   Not.
25       Q.   Why -- why do you think that they

63:17-64:3 Irrelevant, Speculation, Confusing, Argumentative

64

1    should not have been called?
2        A.   No, sir, I don't have any answer for
3    that.
4        Q.   Do you know whether or not anybody
5    from the ship, or Celebrity, called Mrs. Jones, or
6    somebody in her family, to tell them that
7    Mr. Jones' body had to be moved because the morgue
8    was not functioning?
9             I'm asking, not that you did it, do
10   you know if anybody did it?
11       A.   Not that I know.
12       Q.   Did you inspect the area where
13   Mr. Jones' body was going to be moved to?
14       A.   Yes, before to -- before to move it,
15   yes.
16       Q.   And what was being kept in the room
17   that Mr. Jones' body was being moved to?
18       A.   Nothing.  It was empty and clean.
19            And the cooler had a lock also.
20       Q.   Are you able to see this picture?
21       A.   Yes.
22       Q.   This is Exhibit 8.  This was shown --
23   shown to the -- shown during a vessel inspection as
24   to be the room where Mr. Jones' body was placed.
25            Does that look accurate?

65

1      (Plaintiffs' Exhibit No. 8 was marked
2      for identification.)
3          **A.   Yes.  There were the -- the pallets**
4  **and there is not -- no -- nothing else.  Just clean**
5  **and nothing else.**
6          **Q.   There were plastic pallets, we see the**
7  brown plastic pallets, is that what you're
8  referring to?
9          **A.   Yes.**
10         **Q.   Do you know what the temperature of**
11 that room was?
12         **A.   I don't remember the temperature.  But**
13 **it was cold and outside it has the thermometer.**
14         **Q.   How long was it before Mr. Jones' body**
15 was moved down to this room?
16         **A.   I don't remember the exact -- the**
17 **exact time, but probably was only one hour or less**
18 **than one hour.  I don't remember.**
19         **Q.   Do you remember what time it was**
20 discovered that the -- that the morgue was
21 malfunctioning?
22         In other words, it wasn't the proper
23 temperature?
24         MR. CAISSE:  Form.
25         THE WITNESS:  I don't remember the

66

1      exact time.  I know that it was late of
2      night.
3  BY MR. MUNCH:
4          **Q.   How was Mr. Jones' body placed in this**
5  morgue?  Did you do it?
6          **A.   All the medical team move it, together**
7  **with the security team, and we move it in the wheel**
8  **stretcher.  We place it first in the board -- in**
9  **the spine board.**
10         **And, then, once we were in the cool,**
11 **we place it, with the spine board, in the body bag**
12 **and we put it on the top of those plastic pallets.**
13         **Q.   Were the other doctors consulted**
14 regarding the decision to move the body?
15         MR. CAISSE:  Form.
16         THE WITNESS:  No, I don't remember,
17 but it's not -- there's no reason to
18 consult them.         66:20-67:16 Irrelevant,
19 BY MR. MUNCH:         Argumentative, Counsel testifying,
                         Confusing, Prejudicial
20         **Q.   Was -- did you or anybody on your**
21 behalf, or at your direction, consult with anybody
22 outside of the ship, who was an expert in the
23 handling of you human remains or mortuary science,
24 regarding the decision to move Mr. Jones?
25         MR. CAISSE:  Form.

67

1          THE WITNESS:  Not that I remember.
2  BY MR. MUNCH:
3          **Q.   In other words, I'm not sure what**
4  they're called in Columbia, or what the translation
5  would be, but somebody involving mortuary science
6  would be somebody that handles a morgue ashore
7  or -- before somebody is buried or cremated,
8  that -- that's the type of person I'm talking
9  about.
10         Did you or anybody from Royal consult
11 somebody with some expertise on the handling of
12 human remains before moving the body?
13         MR. CAISSE:  Form.    67:17-69:1 Irrelevant,
14 BY MR. MUNCH:                 Argumentative,
15         **Q.   Was that no?**        Counsel testifying,
16         **A.   Not -- not -- not that I remember, no.**  Confusing, Prejudicial
17         **Q.   Okay.  If you had wanted to make a**
18 call from the ship, did you have the ability to
19 make such a call?
20         MR. CAISSE:  Form.
21         THE WITNESS:  To call outside?
22 BY MR. MUNCH:
23         **Q.   Yes.**
24         **A.   We can call, but -- yeah, we can call.**
25         **Q.   And does Celebrity have a designated**

68

1  person ashore that could be contacted if you had
2  any questions such as that?
3          MR. CAISSE:  Form.
4          THE WITNESS:  It should be -- someone
5  from medical operations, yeah.
6  BY MR. MUNCH:
7          **Q.   Yeah, my question is, is there**
8  somebody that you could -- you're the chief doctor
9  on the --
10         **A.   Yeah.**
11         **Q.   -- on the ship, right?**
12         **A.   Uh-huh.**
13         **Q.   If you had a question, hey, what**
14 should we do about these human remains --
15         **A.   Uh-huh.**
16         **Q.   -- if you needed to call somebody,**
17 could you have done that from the ship?
18         **A.   We can do it, but it should be only**
19 **with medical operation's authorization.**
20         **Q.   Well, you are -- you're the -- you're**
21 the medical team on the ship -- you're the head
22 person, right?
23         **A.   Yes.**
24         **Q.   And then you could have called**
25 somebody ashore from medical; is that what you're

**69**

1    saying?
2        A.    Yes.
3            MR. CAISSE:  Form.
4    BY MR. MUNCH:
5        Q.    And is there somebody available
6    24 hours a day?
7            MR. CAISSE:  Form.
8            THE WITNESS:  Yes, there is -- there
9    is a help line.
10   BY MR. MUNCH:
11       Q.    There's a help line or a hot line, did
12   you say?
13       A.    Yep.  Help.
14       Q.    Help.  Help line.
15            And the purpose of the help line is
16   what?
17       A.    To help us with life-threatening
18   emergencies.
19       Q.    Is there anything that would have
20   stopped you from calling this help line to say,
21   hey, the morgue has malfunctioned, what should we
22   do?
23            Is there anything to stop you from
24   doing that?
25            MR. CAISSE:  Form.

**70**

1            THE WITNESS:  No answer.
2    BY MR. MUNCH:
3        Q.    Have you ever had a -- a morgue fail
4    on you before?
5        A.    No.
6        Q.    First time?
7        A.    First time.
8        Q.    You told us that Mr. Jones was
9    transported on a rolling stretcher to the new
10   location, right?
11       A.    Yes.
12       Q.    And was Mr. Jones' body covered when
13   it was being moved?
14            How was -- how was it situated on the
15   stretcher?
16       A.    Yes, he was cover, the body was
17   covered it.  We cannot transport a body through the
18   ship without cover it.
19       Q.    Was it just covered in a body bag?
20       A.    No, we -- we completely cover it.
21       Q.    Covered with what?
22       A.    With blanket -- with a sheet.
23       Q.    A sheet?
24       A.    Yes.
25       Q.    What color was the sheet?

**71**

1        A.    White.
2        Q.    Was there anything placed over
3    Mr. Jones' body when he was in the second location,
4    in the -- what do you want to call the area?
5        A.    That's provision area, and there's a
6    cooler in provision area.
7        Q.    Provision area?
8        A.    Something that we put on the top of
9    the body?  No.
10       Q.    Dr. Urrea, this is -- it says
11   Exhibit 1 on that sticker, but I'm marking it as
12   Exhibit 9 to this deposition.
13            Are you able to see that?
14            (Plaintiffs' Exhibit No. 9 was marked
15   for identification.)
16       A.    Can you put a little bit bigger?
17   Because I cannot see --
18       Q.    Yeah.
19       A.    -- the proper picture.
20       Q.    Let me try, Doc.
21            Are you able to see that now?
22       A.    Yes.
23       Q.    And is this the body board that was
24   used?
25       A.    That one, no.  That one doesn't belong

**72**

1    to the ship.  We have -- the ones on the ship is
2    orange.
3        Q.    Okay.  Is this -- this looks like the
4    body bag --
5        A.    Yes.
6        Q.    -- of Mr. Jones?
7        A.    Yes.
8        Q.    Was this the condition of the -- the
9    body on August 21st, 2020, at 8:20?
10            MR. CAISSE:  Form.
11            THE WITNESS:  I don't remember.
12   BY MR. MUNCH:
13       Q.    Were you there the next morning --
14       A.    Yes.
15       Q.    -- when the -- when the body was being
16   retrieved?
17       A.    Yes.
18       Q.    And what -- what do you remember
19   seeing the next morning?
20       A.    That I escort the -- I escort the
21   funeral home to the -- to the cooler.
22            I went with security, I called the
23   person from provision area to open the cooler
24   because that one has a lock outside, and we open it
25   and we get into the -- into the cooler.

73

1  Q.  Does that picture represent what you
2 saw when you went in -- into the cooler that day?
3  MR. CAISSE:  Form.
4  THE WITNESS:  I really don't remember
5 how.
6 BY MR. MUNCH:
7  Q.  That shows that the bag is open.
8  Did you see whether or not the bag was
9 open?
10  A.  I really cannot see if it was open or
11 not.
12  Q.  Did you ever see Mr. Jones' body,
13 whether or not it had decomposed at all before it
14 left the ship?
15  A.  Not that I remember.
16  Q.  Well, you'd remember -- wouldn't you
17 remember whether or not -- if you saw whether or
18 not his body was decomposed?
19  A.  I don't remember.  I really don't
20 remember.
21  Q.  When you say you "don't remember," I
22 just want to make sure I understand what you're
23 telling me.
24  Are you saying you don't remember
25 whether you saw it, yes or no, or you just don't

*73:1-11 Argumentative, Counsel testifying*

74

1 remember --
2  A.  I don't -- I don't -- I don't remember
3 to see the body.  I don't remember if we open
4 the -- the -- the bag or if I was there.
5  I remember that I was with the funeral
6 home people to retrieve the body.  And they just --
7 they grab the -- the body bag and put it in there,
8 there on the brown stretcher.
9  They open the bag just to confirm that
10 person is the correct person and that's it, but I
11 don't remember to see the body.
12  (Mr. Briggs entered the remote
13 deposition.)
14  Q.  I'm going to show you a picture, and
15 I'm going to warn you that it's not a pleasant
16 picture, of -- of Mr. Jones' body, and I warn the
17 other people involved in the deposition too.
18  Dr. Urrea, I'll represent to you that
19 this was a picture that was presented to us of
20 Mr. Jones' body.
21  A.  Uh-huh.
22  Q.  Did you ever see Mr. Jones in that
23 condition aboard the ship?
24  A.  No.
25  Q.  And that was Exhibit Number 6 that I'm

75

1 going to mark.
2  Exhibit Number 7 shows the --
3 Mr. Jones' head.
4  Did you see whether or not he was in
5 that condition when he was on the ship?
6  (Plaintiffs' Exhibit Nos. 6 and 7 were
7 marked for identification.)
8  A.  No, I never see it like that.
9  Q.  Did you see Mr. Jones' body at all or
10 make any inspection of his body to see any level of
11 decomposition before it left the ship?
12  A.  Not that I remember.  I don't remember
13 to do any inspection.  I really don't remember.
14  Q.  Is there any reason why you would not
15 make an inspection of his body, as the chief
16 medical officer on the ship, to advise somebody
17 ashore, including the family, as to what was going
18 on with his body?
19  A.  I don't have answer to that question.
20  Q.  Is there some -- do you think that
21 somebody else should have made an inspection of
22 Mr. Jones' body to notify the family what was going
23 on with Mr. Jones, if it was not yourself as the
24 chief medical officer?
25  MR. CAISSE:  Form.

*75:2-76:17 Irrelevant, Argumentative, Counsel testifying, Confusing, Prejudicial, Speculation*

76

1  THE WITNESS:  No answer.
2 BY MR. MUNCH:
3  Q.  What about the captain of the ship or
4 the staff captain?
5  Do you think the captain or staff
6 captain of the ship should have called Mrs. Jones
7 or the family to notify them what happened to
8 Mr. Jones --
9  MR. CAISSE:  Form.
10 BY MR. MUNCH:
11  Q.  -- when he was on that ship --
12  MR. CAISSE:  Form.
13 BY MR. MUNCH:
14  Q.  -- as far as the cooler malfunctioning
15 or the morgue malfunctioning?
16  MR. CAISSE:  Form.
17  THE WITNESS:  No answer, no.
18 BY MR. MUNCH:
19  Q.  The next day, once the ship got -- got
20 to Port Everglades and the funeral home was -- was
21 coming to the vessel, before it actually got there
22 and started to take control of the body, did -- did
23 you contact Mrs. Jones to tell her what was going
24 on with her husband's remains?
25  A.  Not -- not that I remember.

**77**

1    Q.   Why didn't you call her?
2    A.   No.          77:7-12 Argumentative,
3    Q.   Pardon me?    Counsel testifying, Speculation
4        A.   No, there's no -- not the -- there's
5    no reason to call.  The police came on board and
6    the funeral home, so no.
7        Q.   Do you -- do you think it would have
8    been proper and necessary to tell Mrs. Jones what
9    had happened, about the morgue failing, and to let
10   her know what was going on with her husband's body?
11        MR. CAISSE:  Form.
12        THE WITNESS:  No answer.
13   BY MR. MUNCH:
14        Q.   When Mr. Jones was moved down to the
15   provision cooler, you told me there was a -- there
16   was a temperature gauge on the outside of the
17   provision cooler?
18        A.   Yes.
19        Q.   Do you -- do you know who was checking
20   on Mr. Jones through the evening when he was down
21   in that provision cooler?
22        MR. CAISSE:  Form.
23        THE WITNESS:  No, I -- there's no
24   reason to check the temperature of the
25   cooler.

**78**

1    BY MR. MUNCH:
2        Q.   Well, you just had a -- you just had
3    the morgue fail, correct?
4        A.   Uh-huh.
5        Q.   It wasn't working right, correct?
6        A.   Yes.
7        Q.   And you -- and you told us that you
8    wanted to move Mr. Jones' body rapidly because you
9    wanted it to -- you wanted to preserve the body,
10   right?
11        A.   Yes.
12        Q.   Wouldn't it be important to know that
13   the body is being preserved at the correct
14   temperature to prevent any further decomposition?
15        A.   The cooler was at the correct
16   temperature when we put the body there.
17             And it was lock and close so the
18   temperature is going to maintain.
19        Q.   Was there a temperature log for the
20   new cooler?
21        A.   Not that I remember.
22        Q.   When the ship arrived in Port
23   Everglades, do you know who it was that contacted
24   the funeral service to pick up Mr. Jones' body?
25        A.   I don't know who contact them, but we

**79**

1    send information before to the port agent.
2        Q.   Did you do that or the ship?
3        A.   I did it.  It's part of the protocol
4    in Port Everglades.
5        Q.   And who -- who did you call?
6        A.   No, it's a mail that is sent to the
7    port agent in Port Everglades with information and
8    the information of the funeral -- for the funeral
9    home.
10        Q.   Okay.  I think I don't understand.
11             When was the agent called in Port
12   Everglades or notified?
13        A.   No, the port agent is -- was not call.
14   It's a mail that is sent to them with information,
15   because the port agent in Port Everglades requires
16   to inform the -- the police and, of course, the
17   funeral home or the coroner that is going to pick
18   up the body.
19        Q.   The -- is it e-mail?
20        A.   Yes.  Since the -- since the beginning
21   of -- since just after the death, if the body is
22   going to remain until for then, the mail is sent to
23   the port agent.
24        Q.   Who sends the e-mail?
25        A.   I send the e-mail.

**80**

1    Q.   And what day did you send the e-mail?
2        A.   I don't remember which date.
3        Q.   Is that sent from the medical
4    facility?
5        A.   Yes.
6        Q.   And there should be a record of that
7    e-mail, right?
8        A.   Yes.
9        Q.   And what did the e-mail say?
10        A.   It's something that is call ship's
11   questionnaire.
12        Q.   What's the first word?
13        A.   Ship's.
14        Q.   Oh, ship, yeah?
15        A.   Yes.
16        Q.   And what's the second word?
17        A.   Questionnaire.
18        Q.   Questionnaire?
19        A.   Yes.
20        Q.   How do you spell it?
21        A.   That's a difficult -- difficult word
22   for me.
23        Q.   Is it questionnaire, Q-U-E --
24        A.   Yes.
25        Q.   And -- and what are you basically

81

1  telling the agent at that point?
2      A.  Let me see if I remember what all...
3          It's -- it's a bullet point that we
4  need to fill out, it's a lot of information that we
5  need to fill out there.
6      Q.  Who was -- do you know who the ship's
7  agent was?
8      A.  I don't remember.
9      Q.  Did the ship's agent e-mail you back?
10     A.  I don't remember.  I really don't
11 remember.
12     Q.  Did you have any discussion with the
13 funeral home members that came and picked up the
14 body --
15     A.  Discussion?  No --
16     Q.  About the condition --
17     A.  -- not that --
18     Q.  About --
19     A.  -- not that I remember.
20     Q.  So let's talk about --
21     A.  No, not that I remember.
22     Q.  Did you have any discussion about the
23 condition of the body?
24     A.  No, no, not that I remember.
25     Q.  About whether or not the body was

82

1  decomposed?
2      A.  No, not that I remember.
3      Q.  The next morning when you went into
4  the cooler, what time was the cooler opened up?
5      A.  Good question.
6          I don't remember.
7      Q.  Did the body --
8      A.  The exact time, I don't remember.  It
9  was in the morning, probably before 10:00 a.m., but
10 I don't remember the exact time.
11     Q.  Did the body smell at that point in
12 time?
13     A.  In the cooler?  No, not that I
14 remember.
15     Q.  In the morning, could you tell whether
16 or not the body was decomposed at all?
17     A.  I don't remember.  I...
18     Q.  When you contacted the -- the port
19 agent, did you ask the port agent to contact the
20 family?
21     A.  In the -- in the questionnaire is
22 the -- the name of the next kin of contact, it's
23 the funeral home.  I have to have...
24     Q.  Do you remember if you asked the
25 ship's agent to contact the family?

83

1      A.  If I ask to contact the family?
2      Q.  Did you tell the -- the ship's agent
3  to do it?
4      A.  No.
5      Q.  Did you, as the chief medical officer
6  who was in charge of the body, make any call on the
7  morning of the putting the body ashore to the
8  family at all?
9      A.  Contact the family?  If I contact the
10 family?  Not that --
11     Q.  The day the ship arrived.
12     A.  -- not that I remember.
13     Q.  Did you have any discussion with the
14 funeral home that picked up the body regarding the
15 state of decomposition of the body?
16         MR. CAISSE:  Form.
17         THE WITNESS:  Not that I remember.
18 BY MR. MUNCH:
19     Q.  All right.  Has the practice on
20 Celebrity Ships changed at all for checking of the
21 temperatures of the bodies in the morgues since
22 this incident?
23         MR. CAISSE:  Form.
24         THE WITNESS:  I don't know.  I
25 haven't -- I...

84

1  BY MR. MUNCH:
2      Q.  Have you had a body placed into a
3  morgue on a ship since this incident?
4          MR. CAISSE:  Form.
5          THE WITNESS:  I haven't been on
6  Celebrity, I just came -- I was at the
7  beginning of last year and then I came here
8  to Royal.
9          But the policy haven't changed in
10 the --
11 BY MR. MUNCH:
12     Q.  Is the -- is the policy the same at
13 Royal as it is at Celebrity?
14     A.  Yes, they are the same.
15         MR. MUNCH:  I'd like to just take a
16 five-minute break till 11:00, I think
17 that's all I have, but I need to use the
18 restroom.
19         Let's go off the record.
20         MR. CAISSE:  Okay.
21         THE WITNESS:  Okay.
22         MR. MUNCH:  Five-minute break.  Thank
23 you.  I'll be right back.
24         THE VIDEOGRAPHER:  Sounds good.
25         We're going off the record at 10:55.

## 85

1 (A recess was held.)
2 THE VIDEOGRAPHER: We're back on the
3 record at 11:03.
4 BY MR. MUNCH:
5 Q. Okay. Dr. Ortiz -- Dr. Urrea, during
6 the time that Mr. Jones' remains was -- were aboard
7 the ship -- so that would have been from the -- the
8 day he passed away, the 15th through the 20th,
9 correct? --
10 A. Okay. Uh-huh.
11 Q. -- well, maybe the 21st, actually, I
12 think and then the next day he was put off the
13 ship -- was there ever a visual inspection of -- of
14 the remains to -- to make sure that it was note
15 decomposing?
16 MR. CAISSE: Form.
17 THE WITNESS: Not that I remember.
18 BY MR. MUNCH:
19 Q. Is there a reason why you didn't do
20 that?
21 MR. CAISSE: Form.
22 THE WITNESS: It's not part of the
23 protocol.   *85:25-86:8 Argumentative,*
24 BY MR. MUNCH:   *Speculation, Opinion*
25 Q. Do you know whether or not the

## 86

1 refrigeration unit on the morgue was maintained
2 properly --
3 MR. CAISSE: Form.
4 BY MR. MUNCH:
5 Q. -- in accordance with the
6 manufacturer's specifications?
7 MR. CAISSE: Form.
8 THE WITNESS: No answer.
9 BY MR. MUNCH:
10 Q. Do you know if anybody ever notified
11 Mrs. Jones regarding the change in location of
12 Mr. Jones' remains?   *86:19-25 Argumentative,*
13 A. Not --   *Counsel testifying, Asked*
14 MR. CAISSE: Form   *and answered*
15 THE WITNESS: -- that I know.
16 BY MR. MUNCH:
17 Q. And we know you didn't do it, right?
18 A. No, we didn't do it.
19 Q. And did you, or anybody at your
20 direction, at any point in time contact a funeral
21 service professional to address any issues
22 regarding maintaining the remains or moving the
23 body?
24 MR. CAISSE: Form.
25 THE WITNESS: Not that I know.

## 87

1 BY MR. MUNCH:
2 Q. And Exhibit Number 5 was the SeaCare
3 checklist completed by Nurse Nel.
4 Here it says, on the right-hand
5 side -- are you able to see that, Dr. Urrea? --
6 A. Yes.
7 Q. -- it says the internal temperature
8 got to "27 degrees Celsius --"
9 A. Uh-huh.   *87:10-89:1 Irrelevant*
10 Q. -- and it says, "SEAVENT created by
11 senior doctor."
12 Was this the SEAVENT we're talking
13 about, this --
14 A. Yes, it's a system where we report any
15 malfunction or any -- any problem with any of the
16 equipment.
17 Q. So, was this -- is this the SEAVENT,
18 the thing that you created yourself, this one page?
19 A. No, that's not the SEAVENT. That's
20 the report, the checklist that the nurse does in
21 SeaCare. The SEAVENT is another -- is another
22 system.
23 Q. Is it a document?
24 A. It's a -- yeah, it should be a
25 document of all that.

## 88

1 Q. If I wanted to ask for a copy of it,
2 what would I say? Is there a number to it or?
3 A. Well, maybe with the date you can find
4 it.
5 Q. Is it something you type into the
6 computer?
7 A. Yes.
8 Q. And what would your -- what would your
9 sea -- SEAVENT say?
10 A. It just that we are reporting that the
11 morgue had a malfunction and then for the AC
12 engineers from the -- for the captain and the staff
13 captain to investigate what happen.
14 Q. Okay. So this -- this is just --
15 A. It's an internal report.
16 Q. The SeaCare system is a separate
17 system from SEAVENT?
18 A. Yes. SeaCare is the medical records.
19 SEAVENT is to report the malfunction of any of the
20 equipment or any -- how can I say that? -- it's
21 any, like, difficult event on board.
22 Because it's not only for the medical,
23 it's for everybody in the ship.
24 Q. Okay.
25 A. It's a system for everybody in the

89

| | |
|---|---|
| 1 | ship. |
| 2 | Q. Okay. |
| 3 | MR. MUNCH: I'm going to show you what |
| 4 | I'm going to mark, I think, as Exhibit 12. |
| 5 | Are you able to see this, Doctor? |
| 6 | THE WITNESS: Yes. |
| 7 | (Plaintiffs' Exhibit No. 12 was marked |
| 8 | for identification.) |
| 9 | BY MR. MUNCH: |
| 10 | Q. This is a -- it looks like it's -- |
| 11 | it's been produced to me. |
| 12 | There's two different forms, one is, |
| 13 | "Referral to the local Medical |
| 14 | Examiner/Coroner/Pathologist." |
| 15 | Do you know if there was any type of |
| 16 | referral at all made in this situation? |
| 17 | A. It's always up to any authorities of |
| 18 | any -- when we are in the port of call. |
| 19 | Q. And the second page of this Exhibit |
| 20 | is, "Notification of Local Embassy." |
| 21 | So, he was a U.S. citizen, so the |
| 22 | first one wouldn't apply, correct? |
| 23 | A. Yeah, that wasn't apply. |
| 24 | And it's always when -- this is when |
| 25 | the death occurs off shore, they have -- we have to |

90

| | |
|---|---|
| 1 | notify the local embassy or when the body is going |
| 2 | to be land in any of the port of calls different to |
| 3 | an U.S. port. |
| 4 | Q. So, here, if the U.S. citizen -- and |
| 5 | the death occurs outside of the U.S., then notify |
| 6 | the embassy or the consul? |
| 7 | A. Yes. |
| 8 | Q. Was that done -- |
| 9 | A. That's only when the -- when the death |
| 10 | occurs ashore or when we -- when the body going to |
| 11 | be land in any of the port of calls different to |
| 12 | U.S. |
| 13 | Q. Oh, if it -- |
| 14 | A. Because according with the policy, the |
| 15 | body -- the preference for the company is just to |
| 16 | return the body to the point of embarkation. |
| 17 | Q. Okay. So, if the death occurs on the |
| 18 | ship, then no notification of the -- no |
| 19 | notification of the embassy, correct? |
| 20 | A. No notification to the embassy. |
| 21 | Q. Not necessary? |
| 22 | A. Not necessary. |
| 23 | Q. Okay. Okay. Do you remember having |
| 24 | any discussion with the funeral home personnel that |
| 25 | came and picked up the body at all? |

91

| | |
|---|---|
| 1 | A. No, I don't remember -- |
| 2 | Q. What about -- |
| 3 | A. -- if I had any discussion with them. |
| 4 | Q. And what about with the police |
| 5 | officers that came on to the ship in Port |
| 6 | Everglades, did you have any discussion with them? |
| 7 | A. I remember that they came on board, |
| 8 | that I present the medical records to them, but I |
| 9 | really don't remember if they inspect the body. I |
| 10 | don't remember that. |
| 11 | Q. And do you have a memory of ever |
| 12 | inspecting Mr. Jones' body during the entire time, |
| 13 | from when it was placed into the body bag until it |
| 14 | went off the ship? |
| 15 | I understand you participated in the |
| 16 | resuscitation -- |
| 17 | A. Yes. |
| 18 | Q. -- right? |
| 19 | So, after -- I'm talking about from |
| 20 | when it was placed into the body bag back at the |
| 21 | medical facility -- |
| 22 | A. Uh-huh. |
| 23 | Q. -- then it's put into the morgue and |
| 24 | then it's transferred, did -- did you ever |
| 25 | personally inspect the body at all? |

91:11-92:16
<span style="color:red">Asked and answered</span>

92

| | |
|---|---|
| 1 | A. Not that I remember. |
| 2 | Q. Are you aware if anybody from your |
| 3 | medical team inspected the body during that entire |
| 4 | time? |
| 5 | A. Not that I remember. |
| 6 | Q. Did anybody tell you that they |
| 7 | inspected the body? |
| 8 | A. No. |
| 9 | Q. Did you direct anybody to inspect the |
| 10 | body? |
| 11 | A. No, not that I remember. |
| 12 | Q. And why wouldn't -- why wouldn't you |
| 13 | or anybody of your team be directed to inspect the |
| 14 | body to insure that it's being properly preserved? |
| 15 | A. Because it's not part of the protocol. |
| 16 | We don't inspect the body. |
| 17 | Q. Okay. |
| 18 | MR. MUNCH: That is all the questions, |
| 19 | Dr. Urrea, that I have. |
| 20 | Mr. Caisse may have some questions, or |
| 21 | he may not. |
| 22 | MR. CAISSE: I have no questions, |
| 23 | so we're good to go Dr. Urrea. |
| 24 | And we will read. |
| 25 | MR. MUNCH: Okay. Off the record. |

93

1         THE VIDEOGRAPHER: Off the record at

2    11:15.

3         (The following discussion was held off

4    the video record.)

5         MR. MUNCH: Teresa, I'll order this.

6         (The foregoing proceedings were

7    concluded at 11:15 a.m.)

8         (Reading and signing of the deposition

9    was not waived by the witness and all

10   parties.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

94

1              STIPULATIONS

2

3

4    It was stipulated by and between counsel for the

5    respective parties herein that:

6    1. Reading and signing of the deposition by the

7    deponent are reserved.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

95

1              CERTIFICATE OF OATH

2    STATE OF FLORIDA

3    COUNTY OF PASCO

4

5         I, Teresa R. Cruise, Notary Public, State

6    of Florida, certify that ANA VICTORIA URREA ORTIZ,

7    M.D. remotely appeared before me on the 11th of

8    January, 2024 and was duly sworn.

9

10

11         Signed this 30th day of January, 2024.

12

13

14

15

16    _____

17         TERESA R. CRUISE, CRR, RPR, FPR-C

        Notary Public - State of Florida

        Commission Number: HH351124

18       Expiration Date: 02/25/2027

19



20

21

22

23

24

25

---

96

1                CERTIFICATE

2

3    State of Florida

     County of Pasco

4

5         I, Teresa R. Cruise, a Certified

     Shorthand Reporter, do hereby certify:

6

7         That I was authorized to and did

     stenographically report the remote deposition of

     ANA VICTORIA URREA ORTIZ, M.D., pages 1 through 99;

8    that a review of the transcript was requested; and

     that the transcript is a true record of my

9    stenographic notes.

10

          I further certify that I am not a

11   relative, employee, attorney, or counsel of any of

     the parties, nor am I a relative or employee of the

12   parties' attorney, nor am I financially interested

     in the action.

13

14        Dated this 30th day of January, 2024.

15

16

17

18

19    _____

20         TERESA R. CRUISE, CRR, RPR, FPR-C

21

22

23

24

25

97 99

JURAT PAGE

1

2

STATE OF FLORIDA )

3                         )SS.

COUNTY OF _____ )

4

5

6          I, hereby certify that I have read the

7    foregoing transcript pages 1 to 99 and find the

8    same to be true and accurate.

9                Any corrections made by me are set

10   forth on the errata page attached hereto.

11

12

13   _____

14        (ANA VICTORIA URREA ORTIZ, M.D.)

15

16

17   Sworn to and subscribed before me on this,

     _____ day of _____, 2024.

18

19

20

21

     _____

22   Notary Public in and for the

     State of Florida at Large.

23   My Commission expires:

24

25

---

ERRATA SHEET

F.R.C.P. RULE 1.310 PROVIDES IN PART:

(e)"...Any changes in form or substance that the
witness wants to make shall be entered upon a
separate correction page by the officer with a
statement of the reasons given by the witness for
making them..."

PAGE/LINE        CHANGE/CORRECTION        REASON

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I, _____, do hereby certify that I
have read the foregoing transcript of my
deposition, given on January 11, 2024, and that
together with any additions or corrections made
herein, it is true and correct.

_____
     ANA VICTORIA URREA ORTIZ, M.D.

---

98


Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

January 31, 2024

TO: Ana Victoria Urrea Ortiz, M.D.
c/o Jeffrey A. Caisse, Esquire
   Mase Seitz Briggs, P.A.
   2601 South Bayshore Drive, Suite 800
   Miami, FL 33133

In Re: Marilyn Jones vs. Celebrity Cruises
Case No: 1:23-CV-21481-KMW
Deposition taken on January 11, 2024

Mr. Caisse,

The transcript of the above-referenced proceeding
has been prepared and is being provided to your
office for review by the witness.

We respectfully request that the witness complete
their review and return the errata sheet to our
office.

If this has not been taken care of by
March 4, 2024, we shall conclude the reading
and signing of said deposition has been waived, and
shall then proceed to file the original of the said
transcript with the party who took the deposition,
without further notice to any parties.

Sincerely,

Teresa Cruise, CRR, RPR, FPR-C
Jeannie Reporting
28 West Flagler Street, Suite 610
Miami, FL 33130
(305) 577-170

CC via transcript:
Jacob J. Munch, Esquire

---

# 0

**0** [1] - 61:21
**02/25/2027** [1] - 95:18
**06:20** [1] - 16:12
**06:21** [1] - 17:6

# 1

**1** [10] - 1:18, 4:4, 12:2, 12:3, 15:19, 41:16, 71:11, 94:6, 96:7, 97:7
**1.310** [1] - 99:2
**10** [4] - 4:12, 14:5, 14:10, 47:4
**10:00** [1] - 82:9
**10:55** [1] - 84:25
**11** [9] - 1:14, 4:13, 5:3, 5:22, 15:11, 15:14, 28:7, 98:9, 99:21
**11:00** [1] - 84:16
**11:03** [1] - 85:3
**11:15** [3] - 1:15, 93:2, 93:7
**11:50** [1] - 25:21
**11th** [1] - 95:7
**12** [4] - 4:4, 4:14, 89:4, 89:7
**123-CV-21481-KMW** [1] - 5:18
**13.03** [1] - 4:4
**13.04** [1] - 4:14
**14** [1] - 4:13
**140** [1] - 7:15
**15** [5] - 4:13, 8:6, 13:19, 16:12, 17:6
**15th** [2] - 18:24, 85:8
**16** [1] - 8:6
**1:00** [1] - 59:5
**1:23-CV-21481-KMW** [2] - 1:3, 98:8
**1sur** [1] - 7:15

# 2

**2** [11] - 4:5, 23:15, 23:16, 23:17, 32:1, 32:3, 35:4, 35:22, 38:20, 38:21, 61:23
**2000** [1] - 10:10
**2017** [1] - 8:12
**2020** [1] - 72:9
**2021** [1] - 19:15
**2022** [5] - 9:18, 13:19, 16:13, 18:24, 25:15
**2023** [1] - 19:19
**2024** [11] - 1:14, 5:3, 5:22, 95:8, 95:11, 96:14, 97:17, 98:4,

**98:9, 98:15, 99:21
20th** [5] - 24:14, 25:7, 52:22, 55:20, 85:8
**21st** [2] - 72:9, 85:11
**22** [1] - 4:7
**23** [1] - 10:9
**23:50** [1] - 25:16
**23rd** [1] - 13:10
**24** [2] - 4:8, 69:6
**25** [1] - 63:9
**254-1557** [1] - 2:5
**25th** [1] - 63:8
**2601** [2] - 2:10, 98:6
**27** [1] - 87:8
**28** [1] - 98:21
**29** [1] - 16:13

# 3

**3** [3] - 4:6, 32:14, 32:18
**305** [2] - 2:12, 98:22
**30th** [2] - 95:11, 96:14
**31** [1] - 98:4
**32** [2] - 4:5, 4:6
**33130** [1] - 98:22
**33133** [2] - 2:11, 98:7
**33606** [1] - 2:5
**377-3770** [1] - 2:12

# 4

**4** [7] - 4:7, 22:14, 22:16, 23:3, 35:4, 35:22, 98:15

# 5

**5** [4] - 4:8, 24:11, 24:16, 87:2
**577-170** [1] - 98:22

# 6

**6** [4] - 3:3, 4:8, 74:25, 75:6
**600** [1] - 2:4
**610** [1] - 98:21
**65** [1] - 4:11
**6:00** [1] - 59:7
**6:30** [2] - 58:23, 59:7

# 7

**7** [4] - 4:9, 15:19, 75:2, 75:6
**71** [1] - 4:12
**75** [2] - 4:9, 4:10
**75DA** [1] - 7:15

# 8

**8** [3] - 4:10, 64:22, 65:1
**800** [2] - 2:11, 98:6
**803** [1] - 7:15
**813** [1] - 2:5
**89** [1] - 4:14
**8:20** [1] - 72:9

# 9

**9** [4] - 4:11, 4:15, 71:12, 71:14
**94** [1] - 3:3
**95** [1] - 3:4
**96** [1] - 3:4
**97** [1] - 3:5
**98** [1] - 3:5
**99** [4] - 1:18, 3:6, 96:7, 97:7
**9:05** [3] - 1:15, 5:4, 5:23

# A

**a.m** [8] - 1:15, 1:15, 5:4, 5:23, 59:5, 59:7, 82:9, 93:7
**ability** [1] - 67:18
**able** [9] - 11:24, 14:3, 16:9, 41:17, 64:20, 71:13, 71:21, 87:5, 89:5
**aboard** [13] - 19:11, 20:15, 23:25, 26:14, 28:21, 29:4, 29:10, 34:6, 36:3, 38:6, 44:2, 74:23, 85:6
**above-referenced** [1] - 98:11
**AC** [21] - 20:8, 20:24, 21:3, 22:1, 22:4, 22:5, 22:6, 39:14, 39:17, 55:11, 55:16, 55:18, 55:22, 55:25, 56:5, 56:15, 56:20, 56:24, 57:23, 62:2, 88:11
**accompany** [1] - 45:15
**accordance** [1] - 86:5
**according** [2] - 14:21, 90:14
**accurate** [2] - 64:25, 97:8
**ACLS** [2] - 16:13, 16:14
**action** [1] - 96:12
**actual** [1] - 38:17

**additions** [1] - 99:22
**address** [4] - 7:10, 7:14, 86:21
**advanced** [1] - 16:15
**advise** [2] - 60:11, 75:16
**AED** [1] - 27:13
**affirm** [1] - 6:18
**agent** [13] - 79:1, 79:7, 79:11, 79:13, 79:15, 79:23, 81:1, 81:7, 81:9, 82:19, 82:25, 83:2
**ago** [2] - 19:5, 19:14
**al** [2] - 1:4, 5:16
**alarm** [2] - 36:12, 36:18
**all..** [1] - 81:2
**almost** [1] - 8:6
**alone** [1] - 45:16
**ambulance** [1] - 11:8
**Ana** [3] - 5:19, 7:9, 98:5
**ANA** [8] - 1:11, 3:2, 5:1, 7:2, 95:6, 96:7, 97:14, 99:25
**answer** [13] - 13:23, 18:16, 19:2, 29:12, 53:16, 53:17, 64:2, 70:1, 75:19, 76:1, 76:17, 77:12, 86:8
**apartment** [1] - 7:15
**APPEARANCES** [1] - 2:1
**appearances** [1] - 6:1
**appeared** [1] - 95:7
**apply** [2] - 89:22, 89:23
**area** [10] - 12:18, 61:11, 61:12, 61:15, 64:12, 71:4, 71:5, 71:6, 71:7, 72:23
**arrest** [2] - 14:22, 16:21
**arrive** [2] - 58:23, 59:6
**arrived** [2] - 78:22, 83:11
**ashore** [14] - 11:1, 13:16, 42:13, 43:3, 60:2, 60:11, 62:17, 62:22, 67:6, 68:1, 68:25, 75:17, 83:7, 90:10
**assigned** [1] - 30:7
**attached** [2] - 4:16, 97:10
**attempting** [1] - 18:3
**attorney** [2] - 96:11, 96:12
**Audio** [1] - 1:13

**Audio-Video** [1] - 1:13
**audits** [1] - 8:18
**August** [11] - 9:18, 13:19, 16:13, 17:6, 18:24, 24:14, 25:7, 25:15, 55:20, 63:9, 72:9
**authorities** [2] - 47:25, 89:17
**authorization** [1] - 68:19
**authorized** [1] - 96:6
**available** [2] - 36:22, 69:5
**Avenue** [1] - 2:4
**aware** [5] - 12:25, 37:22, 42:5, 48:5, 92:2

# B

**B-A-D** [1] - 48:25
**bad** [13] - 48:17, 48:18, 48:21, 48:22, 48:23, 49:13, 49:14, 49:16, 49:18, 49:21, 50:4, 50:19, 52:6
**BAD** [1] - 48:24
**bag** [21] - 27:17, 27:20, 27:23, 46:7, 46:8, 47:13, 52:17, 52:23, 57:13, 57:18, 57:20, 66:11, 70:19, 72:4, 73:7, 73:8, 74:4, 74:7, 74:9, 91:13, 91:20
**Bahamas** [9] - 7:24, 43:21, 43:25, 44:17, 46:13, 47:11, 47:14, 48:4
**Bahamian** [6] - 44:2, 44:17, 45:3, 45:18, 45:23, 47:19
**based** [1] - 60:19
**basis** [1] - 31:12
**bays** [1] - 32:7
**Bayshore** [2] - 2:10, 98:6
**become** [1] - 48:5
**bed** [1] - 26:3
**beginning** [3] - 19:18, 79:20, 84:7
**behalf** [1] - 66:21
**Behalf** [2] - 2:2, 2:7
**belong** [1] - 71:25
**below** [1] - 58:9
**between** [3] - 13:14, 17:9, 94:4
**beverage** [1] - 61:18
**big** [1] - 58:5

**bigger** [1] - 71:16
**biggest** [1] - 9:12
**bit** [3] - 16:10, 16:11, 71:16
**blanket** [3] - 17:14, 27:16, 70:22
**blow** [1] - 16:10
**board** [24] - 7:22, 8:21, 9:6, 12:7, 13:20, 19:4, 19:13, 19:24, 20:18, 38:7, 44:19, 44:21, 44:23, 44:24, 45:4, 58:5, 58:15, 66:8, 66:9, 66:11, 71:23, 77:5, 88:21, 91:7
**Board)**.......................... ... [1] - 4:12
**bodies** [2] - 33:12, 83:21
**Body** [1] - 4:12
**body** [165] - 12:8, 17:14, 17:16, 27:10, 27:11, 27:15, 31:1, 31:4, 31:12, 31:14, 31:15, 31:17, 31:22, 33:5, 33:6, 34:4, 34:8, 34:14, 34:25, 35:3, 35:5, 35:10, 35:14, 37:3, 37:16, 37:18, 37:23, 38:7, 38:10, 38:18, 38:23, 40:3, 41:3, 41:10, 41:11, 41:23, 42:11, 42:20, 43:3, 43:9, 43:16, 43:22, 44:3, 44:21, 44:25, 45:10, 45:25, 46:4, 46:7, 46:8, 46:11, 46:13, 47:13, 48:20, 49:2, 50:16, 50:17, 51:24, 52:3, 52:10, 52:16, 52:18, 53:1, 53:7, 56:13, 56:18, 57:6, 57:8, 57:11, 57:12, 57:13, 57:17, 57:19, 57:20, 57:25, 58:2, 58:8, 58:15, 58:19, 59:1, 59:21, 59:24, 60:4, 60:13, 60:16, 60:21, 60:24, 61:9, 62:1, 62:4, 62:5, 62:7, 62:8, 62:23, 63:19, 64:7, 64:13, 64:17, 64:24, 65:14, 66:4, 66:11, 66:14, 67:12, 70:12, 70:16, 70:17, 70:19, 71:3, 71:9, 71:23, 72:4, 72:9, 72:15, 73:12,

73:18, 74:3, 74:6, 74:7, 74:11, 74:16, 74:20, 75:9, 75:10, 75:15, 75:18, 75:22, 76:22, 77:10, 78:8, 78:9, 78:13, 78:16, 78:24, 79:18, 79:21, 81:14, 81:23, 81:25, 82:7, 82:11, 82:16, 83:6, 83:7, 83:14, 83:15, 84:2, 86:23, 90:1, 90:10, 90:15, 90:16, 90:25, 91:9, 91:12, 91:13, 91:20, 91:25, 92:3, 92:7, 92:10, 92:14, 92:16
**Body**............. [1] - 4:4
**boss** [1] - 26:17
**bottom** [2] - 15:22, 17:9
**break** [2] - 84:16, 84:22
**breaking** [1] - 44:6
**breathing** [1] - 16:18
**BRIGGS** [1] - 2:9
**Briggs** [3] - 2:10, 74:12, 98:6
**brought** [5] - 26:22, 27:1, 45:7, 45:11, 45:18
**brown** [2] - 65:7, 74:8
**bullet** [1] - 81:3
**buried** [1] - 67:7
**But..** [1] - 28:13
**BY** [63] - 7:6, 9:3, 9:15, 12:5, 14:12, 15:16, 18:19, 19:6, 20:3, 21:9, 23:20, 28:6, 29:16, 30:24, 31:9, 33:1, 33:18, 35:13, 36:16, 37:1, 37:6, 37:21, 38:4, 40:21, 41:6, 44:14, 49:5, 53:5, 53:13, 54:3, 59:10, 60:9, 61:3, 62:11, 63:22, 66:3, 66:19, 67:2, 67:14, 67:22, 68:6, 69:4, 69:10, 70:2, 72:12, 73:6, 76:2, 76:10, 76:13, 76:18, 77:13, 78:1, 83:18, 84:1, 84:11, 85:4, 85:18, 85:24, 86:4, 86:9, 86:16, 87:1, 89:9

## C

**c/o** [1] - 98:5
**cabin** [3] - 49:7, 49:8,

55:18
**Caisse** [4] - 6:7, 92:20, 98:5, 98:10
**CAISSE** [62] - 2:8, 6:7, 9:1, 9:7, 13:22, 18:15, 19:1, 20:1, 21:8, 23:18, 28:3, 29:11, 30:23, 31:7, 32:24, 33:15, 35:11, 36:14, 36:23, 37:4, 37:20, 38:2, 40:16, 41:1, 44:7, 49:3, 53:3, 53:10, 53:23, 59:2, 60:5, 60:22, 62:10, 63:20, 65:24, 66:15, 66:25, 67:13, 67:20, 68:3, 69:3, 69:7, 69:25, 72:10, 73:3, 75:25, 76:9, 76:12, 76:16, 77:11, 77:22, 83:16, 83:23, 84:4, 84:20, 85:16, 85:21, 86:3, 86:7, 86:14, 86:24, 92:22
**camera** [1] - 5:12
**cannot** [7] - 16:6, 45:16, 47:4, 56:15, 70:17, 71:17, 73:10
**captain** [21] - 43:2, 43:3, 43:5, 43:15, 56:19, 56:21, 57:2, 57:4, 57:23, 58:17, 59:19, 61:25, 62:3, 76:3, 76:4, 76:5, 76:6, 88:12, 88:13
**cardiac** [3] - 14:21, 16:15, 16:20
**care** [7] - 8:19, 17:7, 17:12, 17:13, 18:5, 18:7, 98:15
**Caribbean** [1] - 8:5
**carrera** [1] - 7:14
**Case** [1] - 98:8
**case** [2] - 5:15, 5:17
**CASE** [1] - 1:3
**CC** [1] - 98:23
**Celebrity** [24] - 4:12, 5:17, 8:4, 8:24, 10:24, 11:2, 14:25, 15:18, 20:24, 21:2, 31:3, 36:3, 40:23, 41:8, 42:5, 60:1, 60:20, 62:23, 64:5, 67:25, 83:20, 84:6, 84:13, 98:8
**celebrity** [1] - 9:5
**CELEBRITY** [3] - 1:7, 13:20, 22:21
**Celsius** [4] - 23:15, 23:16, 35:4, 87:8

**Center** [1] - 4:12
**Certificate** [2] - 3:4, 3:4
**CERTIFICATE** [1] - 95:1
**Certified** [2] - 1:23, 96:5
**certify** [5] - 95:6, 96:5, 96:10, 97:6, 99:19
**change** [1] - 86:11
**CHANGE/ CORRECTION** [1] - 99:6
**changed** [2] - 83:20, 84:9
**changes** [1] - 99:2
**charge** [6] - 20:7, 20:23, 21:4, 27:4, 27:7, 83:6
**check** [36] - 12:18, 20:6, 21:11, 21:16, 21:20, 21:21, 21:22, 22:9, 22:12, 23:4, 24:5, 24:9, 25:4, 26:1, 26:2, 30:4, 33:3, 37:17, 38:17, 38:19, 39:3, 39:11, 39:20, 40:3, 41:4, 44:24, 45:25, 48:13, 50:5, 50:8, 50:10, 51:5, 51:16, 51:18, 77:24
**checked** [5] - 38:22, 38:24, 45:10, 46:11, 51:20
**checking** [11] - 20:14, 21:24, 30:12, 33:25, 37:24, 39:7, 39:8, 41:22, 56:2, 77:19, 83:20
**checklist** [6] - 37:12, 37:13, 37:15, 40:19, 87:3, 87:20
**checks** [7] - 21:6, 23:25, 24:3, 29:15, 37:2, 40:14, 40:23
**chief** [11] - 8:10, 8:14, 13:19, 19:23, 30:6, 30:7, 30:10, 68:8, 75:15, 75:24, 83:5
**circulation** [1] - 16:17
**citizen** [2] - 89:21, 90:4
**clean** [5] - 17:17, 27:11, 27:15, 64:18, 65:4
**clear** [2] - 58:2, 58:7
**clearance** [1] - 45:15
**cleared** [1] - 46:3
**close** [5] - 46:20,

46:23, 46:25, 47:4, 78:17
**code** [1] - 15:3
**Code** [2] - 15:1, 17:23
**cold** [12] - 20:19, 38:22, 39:4, 39:8, 39:10, 39:12, 54:2, 54:6, 54:15, 54:16, 54:23, 65:13
**color** [1] - 70:25
**columbia** [1] - 7:15
**Columbia** [6] - 7:18, 10:13, 10:15, 10:16, 11:4, 67:4
**coming** [2] - 11:1, 76:21
**Commenced** [1] - 1:15
**commencing** [1] - 5:4
**Commission** [2] - 95:17, 97:23
**Communication** [1] - 1:13
**company** [3] - 11:20, 61:2, 90:15
**complete** [1] - 98:13
**completed** [2] - 24:13, 87:3
**completely** [1] - 70:20
**computer** [1] - 88:6
**conclude** [1] - 98:15
**Concluded** [1] - 1:15
**concluded** [1] - 93:7
**condition** [5] - 72:8, 74:23, 75:5, 81:16, 81:23
**confirm** [1] - 74:9
**consul** [1] - 90:6
**consult** [3] - 66:18, 66:21, 67:10
**consulted** [2] - 25:6, 66:13
**contact** [20] - 47:16, 47:21, 47:24, 58:18, 60:2, 60:7, 60:17, 62:16, 62:20, 62:22, 62:25, 76:23, 78:25, 82:19, 82:22, 82:25, 83:1, 83:9, 86:20
**contacted** [4] - 60:11, 68:1, 78:23, 82:18
**contract** [4] - 13:5, 13:9, 13:11, 33:22
**contracts** [2] - 19:17, 19:20
**control** [4] - 4:7, 22:20, 22:21, 76:22
**cool** [1] - 66:10
**cooler** [16] - 64:19, 71:6, 72:21, 72:23,

72:25, 73:2, 76:14, 77:15, 77:17, 77:21, 77:25, 78:15, 78:20, 82:4, 82:13

**Cooler)**................... [1] - 4:11

**coolers** [1] - 61:12

**coordinate** [1] - 8:16

**coordinating** [1] - 8:20

**copy** [1] - 88:1

**coroner** [1] - 79:17

**corpse** [1] - 11:14

**corpses** [1] - 11:10

**correct** [20] - 7:18, 28:24, 41:25, 42:3, 50:9, 50:12, 54:1, 55:3, 55:10, 56:18, 62:4, 74:10, 78:3, 78:5, 78:13, 78:15, 85:9, 89:22, 90:19, 99:23

**correction** [1] - 99:3

**corrections** [2] - 97:9, 99:22

**corridor** [1] - 58:4

**counsel** [3] - 5:2, 94:4, 96:11

**Counsel** [1] - 6:1

**countries** [1] - 10:18

**country** [1] - 10:15

**COUNTY** [2] - 95:3, 97:3

**County** [1] - 96:3

**course** [1] - 79:16

**COURT** [1] - 1:1

**court** [1] - 6:2

**cover** [3] - 70:16, 70:18, 70:20

**covered** [4] - 70:12, 70:17, 70:19, 70:21

**covering** [1] - 51:15

**created** [2] - 87:10, 87:18

**cremated** [1] - 67:7

**crew** [6] - 42:6, 43:2, 43:14, 43:16, 58:6, 61:25

**CRR** [5] - 1:22, 5:6, 95:16, 96:20, 98:20

**cruise** [2] - 10:23, 33:22

**CRUISE** [2] - 95:16, 96:20

**Cruise** [6] - 1:22, 5:6, 6:3, 95:5, 96:5, 98:20

**Cruises** [2] - 5:17, 98:8

**CRUISES** [1] - 1:7

# D

**D.A** [1] - 2:9

**daily** [1] - 31:12

**date** [2] - 80:2, 88:3

**Date** [1] - 95:18

**DATE** [1] - 1:14

**dated** [1] - 96:14

**dead** [4] - 16:20, 19:4, 44:23, 45:1

**death** [10] - 12:7, 14:6, 14:20, 17:3, 33:21, 79:21, 89:25, 90:5, 90:9, 90:17

**Death**...................... [1] - 4:13

**decedent** [1] - 58:19

**December** [1] - 10:9

**decision** [8] - 42:11, 56:12, 57:6, 58:14, 60:15, 62:7, 66:14, 66:24

**Deck** [1] - 61:23

**deck** [6] - 58:9, 58:12, 58:13, 61:20, 61:21, 61:22

**declared** [2] - 16:20, 45:1

**decompose** [6] - 35:7, 35:10, 35:15, 35:17, 51:24, 62:9

**decomposed** [6] - 52:9, 52:10, 73:13, 73:18, 82:1, 82:16

**decomposing** [12] - 31:5, 31:14, 34:4, 34:8, 34:15, 49:1, 50:17, 52:13, 52:18, 53:2, 53:8, 85:15

**decomposition** [3] - 75:11, 78:14, 83:15

**Decomposition)**........ ................ [2] - 4:9, 4:10

**Defendant** [3] - 1:8, 2:7, 6:8

**dEFENDANT'S** [1] - 4:20

**degree** [1] - 35:4

**degrees** [6] - 23:15, 23:16, 23:17, 38:20, 38:21, 87:8

**dependent** [1] - 8:17

**deponent** [1] - 94:7

**Deposition** [2] - 3:2, 98:9

**deposition** [15] - 4:16, 5:1, 5:5, 5:19, 5:21, 44:9, 71:12, 74:13, 74:17, 93:8, 94:6,

96:7, 98:16, 98:17, 99:21

**DEPOSITION** [1] - 1:10

**describe** [2] - 48:15, 50:13

**DESCRIPTION** [2] - 4:3, 4:22

**designated** [1] - 67:25

**determined** [4] - 53:19, 53:20, 56:7, 57:5

**device** [1] - 23:14

**diagnosis** [1] - 16:20

**die** [1] - 18:25

**died** [3] - 17:18, 26:23, 26:25

**different** [3] - 89:12, 90:2, 90:11

**difficult** [3] - 80:21, 88:21

**digital** [2] - 22:25, 38:20

**dilated** [1] - 16:18

**DIRECT** [1] - 7:5

**direct** [1] - 92:9

**Direct** [1] - 3:3

**directed** [1] - 92:13

**direction** [2] - 66:21, 86:20

**directives** [1] - 42:5

**directly** [1] - 47:6

**discontinued** [1] - 16:19

**discover** [1] - 51:8

**discovered** [1] - 65:20

**discuss** [3] - 45:22, 58:16, 63:12

**discussion** [16] - 6:14, 43:8, 43:14, 58:25, 59:11, 59:17, 61:24, 62:2, 81:12, 81:15, 81:22, 83:13, 90:24, 91:3, 91:6, 93:3

**discussions** [3] - 40:6, 42:24, 43:1

**display** [1] - 22:25

**displayed** [1] - 23:6

**displaying** [1] - 23:14

**DISTRICT** [2] - 1:1, 1:1

**disturb** [1] - 59:8

**DIVISION** [1] - 1:2

**Doc** [1] - 71:20

**docked** [1] - 44:16

**Doctor** [3] - 6:9, 6:16, 44:5

**doctor** [24] - 8:2, 8:8, 8:11, 8:14, 8:15, 9:22, 10:3, 10:4, 10:8, 11:18, 13:20,

13:24, 14:2, 14:14, 19:14, 19:16, 19:24, 24:15, 27:6, 33:14, 49:21, 68:8, 87:11, 89:5

**doctors** [14] - 8:21, 8:23, 9:6, 9:9, 9:12, 9:14, 9:23, 10:1, 10:5, 17:24, 26:13, 30:12, 31:12, 66:13

**document** [6] - 12:11, 14:21, 24:22, 28:11, 87:23, 87:25

**documents** [1] - 42:4

**dole** [1] - 30:11

**done** [6] - 21:12, 27:2, 34:2, 39:24, 68:17, 90:8

**door** [1] - 31:24

**down** [9] - 6:24, 49:9, 49:16, 50:25, 52:19, 55:17, 65:15, 77:14, 77:20

**Dr** [13] - 5:19, 7:11, 14:16, 15:12, 40:23, 41:19, 71:10, 74:18, 85:5, 87:5, 92:19, 92:23

**drawer** [9] - 32:14, 32:17, 32:22, 33:3, 34:7, 45:20, 51:1, 51:3, 52:2

**drawers** [1] - 32:7

**Drawers)**.................. ... [1] - 4:6

**Drive** [2] - 2:10, 98:6

**duly** [2] - 7:3, 95:8

**during** [6] - 30:17, 30:25, 64:23, 85:5, 91:12, 92:3

**duties** [1] - 19:23

# E

**e)"...Any** [1] - 99:2

**e-mail** [8] - 60:8, 79:19, 79:24, 79:25, 80:1, 80:7, 80:9, 81:9

**early** [1] - 59:4

**Eastern** [1] - 5:23

**easy** [1] - 33:10

**efforts** [1] - 15:8

**either** [3] - 9:5, 31:11, 58:16

**embalming** [1] - 11:13

**embarkation** [1] - 90:16

**embassy** [5] - 89:20, 90:1, 90:6, 90:19,

90:20

**emergencies** [1] - 69:18

**emergency** [1] - 15:6

**employee** [2] - 96:11, 96:11

**empty** [1] - 64:18

**engineer** [21] - 20:8, 20:25, 22:3, 22:4, 22:6, 39:14, 39:18, 55:11, 55:16, 55:18, 55:23, 55:25, 56:5, 56:15, 56:20, 56:24, 57:23, 58:17, 59:18, 62:3

**engineers** [2] - 21:3, 88:12

**entered** [2] - 74:12, 99:3

**entire** [2] - 91:12, 92:3

**Entry** [1] - 4:8

**entry** [1] - 24:12

**EQUINOX** [32] - 9:18, 9:20, 9:24, 10:6, 13:20, 19:7, 19:12, 19:13, 19:24, 20:11, 20:15, 20:19, 22:21, 23:25, 26:14, 28:22, 29:4, 29:10, 30:17, 32:2, 32:17, 32:23, 33:13, 33:14, 33:24, 35:25, 36:3, 36:12, 38:7, 44:3, 55:19, 63:5

**Equinox** [1] - 4:12

**equipment** [4] - 24:5, 24:8, 87:16, 88:20

**ER** [2] - 11:7, 47:9

**ERRATA** [1] - 99:1

**errata** [2] - 97:10, 98:13

**Errata** [1] - 3:6

**escort** [4] - 45:16, 46:2, 72:20

**ESQUIRE** [3] - 2:3, 2:8, 2:9

**Esquire** [2] - 98:5, 98:24

**essentially** [1] - 7:17

**et** [2] - 1:4, 5:16

**evening** [5] - 50:24, 51:12, 53:7, 55:20, 77:20

**event** [1] - 88:21

**Everglades** [11] - 62:16, 62:21, 63:6, 63:13, 76:20, 78:23, 79:4, 79:7, 79:12, 79:15, 91:6

**exact** [5] - 65:16,

65:17, 66:1, 82:8, 82:10
**exactly** [2] - 21:13, 45:9
**Examination** [1] - 3:3
**EXAMINATION** [1] - 7:5
**examined** [1] - 7:3
**examiner/coroner/ pathologist** [1] - 89:14
**Examiner/Coroner/ Pathologist..** [1] - 4:14
**example** [1] - 23:15
**excuse** [1] - 43:23
**execution** [1] - 3:6
**exhibit** [1] - 14:4
**Exhibit** [29] - 4:15, 12:2, 12:3, 14:10, 15:11, 15:14, 22:13, 22:16, 23:3, 24:11, 24:16, 28:7, 31:25, 32:3, 32:14, 32:18, 41:16, 64:22, 65:1, 71:11, 71:12, 71:14, 74:25, 75:2, 75:6, 87:2, 89:4, 89:7, 89:19
**EXHIBITS** [4] - 4:1, 4:2, 4:20, 4:23
**expert** [1] - 66:22
**expertise** [1] - 67:11
**Expiration** [1] - 95:18
**expires** [1] - 97:23
**expose** [1] - 33:6
**external** [1] - 34:1

---
**F**
---

**F.R.C.P** [1] - 99:2
**facility** [28] - 8:16, 8:18, 8:22, 17:16, 19:25, 24:10, 26:2, 26:10, 27:1, 27:2, 29:10, 45:7, 45:17, 45:19, 46:24, 48:13, 48:16, 49:7, 49:10, 49:23, 50:1, 50:6, 50:23, 55:19, 58:10, 58:15, 80:4, 91:21
**fact** [3] - 32:16, 53:1, 62:23
**fail** [2] - 70:3, 78:3
**failing** [1] - 77:9
**failure** [1] - 63:19
**family** [14] - 47:17, 59:24, 63:14, 63:18, 64:6, 75:17, 75:22, 76:7, 82:20, 82:25,

83:1, 83:8, 83:9, 83:10
**far** [2] - 40:22, 76:14
**fast** [1] - 15:23
**field** [1] - 10:21
**file** [1] - 98:16
**fill** [4] - 60:25, 61:4, 81:4, 81:5
**final** [1] - 16:20
**financially** [1] - 96:12
**findings** [1] - 45:22
**Finiquito** [2] - 29:1
**finished** [1] - 63:6
**first** [8] - 7:3, 7:13, 48:1, 66:8, 70:6, 70:7, 80:12, 89:22
**five** [3] - 9:12, 84:16, 84:22
**five-minute** [2] - 84:16, 84:22
**fix** [1] - 56:15
**FL** [4] - 2:5, 2:11, 98:7, 98:22
**Flagler** [1] - 98:21
**FLORIDA** [3] - 1:1, 95:2, 97:2
**Florida** [7] - 1:24, 1:24, 5:7, 95:6, 95:17, 96:2, 97:22
**following** [1] - 93:3
**follows** [1] - 7:4
**food** [2] - 61:17, 61:18
**foregoing** [3] - 93:6, 97:7, 99:20
**forensic** [1] - 34:21
**form** [59] - 9:1, 9:7, 13:22, 13:23, 18:15, 19:1, 20:1, 21:8, 23:18, 28:3, 29:11, 30:23, 31:7, 32:24, 33:15, 35:11, 36:14, 36:23, 37:4, 37:20, 38:2, 40:16, 41:1, 49:3, 53:3, 53:10, 53:23, 59:2, 60:5, 60:22, 62:10, 63:20, 65:24, 66:15, 66:25, 67:13, 67:20, 68:3, 69:3, 69:7, 69:25, 72:10, 73:3, 75:25, 76:9, 76:12, 76:16, 77:11, 77:22, 83:16, 83:23, 84:4, 85:16, 85:21, 86:3, 86:7, 86:14, 86:24, 99:2
**forms** [1] - 89:12
**Fort** [6] - 42:12, 43:10, 43:17, 48:4, 58:23, 59:6, 62:15, 62:21
**forth** [1] - 97:10

**forwarded** [1] - 3:6
**four** [2] - 10:1, 19:22
**FPR** [5] - 1:22, 5:6, 95:16, 96:20, 98:20
**FPR-C** [5] - 1:22, 5:6, 95:16, 96:20, 98:20
**froze** [1] - 44:8
**full** [1] - 18:11
**fully** [1] - 16:18
**function** [2] - 36:13, 36:22
**functioning** [2] - 20:15, 64:8
**funeral** [13] - 72:21, 74:5, 76:20, 77:6, 78:24, 79:8, 79:17, 81:13, 82:23, 83:14, 86:20, 90:24

---
**G**
---

**gauge** [2] - 37:25, 77:16
**general** [1] - 10:22
**given** [5] - 18:6, 18:7, 35:24, 99:4, 99:21
**god** [1] - 6:21
**government** [4] - 5:10, 5:13, 44:17, 45:11
**government-issued** [2] - 5:10, 5:13
**grab** [1] - 74:7
**graduate** [1] - 10:11
**graduated** [1] - 10:9
**group** [1] - 11:8
**guess** [2] - 33:20, 52:21

---
**H**
---

**half** [3] - 13:15, 13:16, 34:11
**hallway** [2] - 58:5
**hand** [6] - 6:10, 6:17, 6:24, 54:8, 54:10, 87:4
**handle** [1] - 37:16
**handles** [1] - 67:6
**Handling** [1] - 4:4
**handling** [7] - 11:10, 12:7, 34:19, 35:19, 42:7, 66:23, 67:11
**hard** [2] - 33:4, 33:10
**have..** [1] - 82:23
**head** [2] - 66:21, 75:3
**hear** [1] - 6:11
**heard** [2] - 7:16, 40:2
**held** [3] - 6:15, 85:1, 93:3
**help** [10] - 6:21, 38:13,

69:9, 69:11, 69:13, 69:14, 69:15, 69:17, 69:20
**hereby** [3] - 96:5, 97:6, 99:19
**herein** [1] - 94:5, 99:23
**hereto** [1] - 97:10
**HH351124** [1] - 95:17
**high** [1] - 36:19
**himself** [1] - 37:24
**Hold** [1] - 44:5
**holding** [1] - 5:11
**home** [14] - 7:10, 7:14, 13:17, 72:21, 74:6, 76:20, 77:6, 79:9, 79:17, 81:13, 82:23, 83:14, 90:24
**hot** [3] - 51:16, 51:17, 69:11
**hour** [2] - 65:17, 65:18
**hours** [4] - 16:12, 17:6, 25:16, 69:6
**human** [6] - 34:20, 35:19, 42:7, 66:23, 67:12, 68:14
**husband's** [3] - 59:21, 76:24, 77:10

---
**I**
---

**I-95** [2] - 58:2, 58:3
**I..** [2] - 82:17, 83:25
**idea** [1] - 53:1
**identification** [13] - 5:11, 5:14, 12:4, 14:11, 15:15, 22:17, 24:17, 32:4, 32:19, 65:2, 71:15, 75:7, 89:8
**identity** [1] - 5:14
**immediately** [1] - 56:16
**important** [1] - 78:12
**IN** [1] - 99:2
**INC** [1] - 1:7
**Inc** [1] - 5:17
**incident** [6] - 9:17, 18:9, 18:11, 18:21, 83:22, 84:3
**including** [3] - 43:2, 43:15, 75:17
**increase** [1] - 31:20
**INDEX** [2] - 3:1, 4:1
**indicating** [1] - 63:4
**inform** [1] - 79:16
**information** [6] - 48:10, 79:1, 79:7, 79:8, 79:14, 81:4
**initiated** [3] - 17:7,

17:12, 17:13
**inside** [17] - 23:5, 23:14, 23:17, 27:10, 34:15, 38:17, 38:21, 39:23, 40:4, 50:11, 51:16, 51:21, 54:1, 54:15, 54:23, 55:3
**inspect** [14] - 31:1, 31:4, 31:12, 31:17, 34:7, 43:21, 44:3, 57:8, 64:12, 91:9, 91:25, 92:9, 92:13, 92:16
**inspected** [4] - 46:13, 47:18, 92:3, 92:7
**inspecting** [3] - 41:23, 47:14, 91:12
**inspection** [9] - 27:18, 31:21, 47:10, 64:23, 75:10, 75:13, 75:15, 75:21, 85:13
**instructions** [2] - 30:3, 39:11
**insure** [1] - 92:14
**interested** [1] - 96:12
**internal** [2] - 87:7, 88:15
**inventory** [1] - 24:9
**investigate** [2] - 49:17, 88:13
**involved** [2] - 37:23, 74:17
**involving** [2] - 9:17, 67:5
**issued** [2] - 5:10, 5:13
**issues** [1] - 86:21
**itself** [3] - 45:12, 52:3, 52:16
**it's** [60] - 13:14, 17:9, 20:15, 20:21, 21:20, 23:16, 24:24, 29:14, 31:4, 31:19, 33:4, 33:5, 33:10, 34:1, 34:15, 34:21, 35:16, 37:9, 38:20, 40:17, 40:18, 40:19, 41:3, 41:9, 41:24, 44:10, 44:15, 47:8, 48:13, 48:14, 58:4, 58:11, 62:12, 66:17, 74:15, 79:3, 79:6, 79:14, 81:3, 81:4, 82:22, 85:22, 87:14, 87:24, 88:15, 88:20, 88:22, 88:23, 88:25, 89:11, 89:17, 89:24, 91:23, 91:24, 92:14, 92:15
**IV** [1] - 27:13

## J

**Jacob** [1] - 98:24
**JACOB** [1] - 2:3
**Jake** [1] - 6:5
**jake@ munchandmunch. com** [1] - 2:6
**January** [10] - 1:14, 5:3, 5:22, 13:10, 95:8, 95:11, 96:14, 98:4, 98:9, 99:21
**jcaisse@maselaw. com** [1] - 2:12
**Jeannie** [1] - 98:21
**Jeff** [1] - 6:7
**JEFFREY** [1] - 2:8
**Jeffrey** [1] - 98:5
**job** [4] - 8:13, 8:20, 20:4, 37:11
**Jon** [1] - 29:1
**Jones** [48] - 5:16, 9:17, 13:21, 14:24, 16:5, 17:18, 18:1, 18:6, 18:7, 19:8, 26:22, 27:19, 27:22, 30:18, 30:25, 32:10, 37:24, 38:5, 39:25, 40:7, 40:10, 40:11, 42:14, 43:9, 44:3, 47:17, 47:22, 57:8, 58:18, 58:25, 59:12, 59:19, 64:5, 66:24, 70:8, 72:6, 74:22, 75:23, 76:6, 76:8, 76:23, 77:8, 77:14, 77:20, 86:11, 98:8
**JONES** [1] - 1:4
**Jones'** [35] - 14:19, 31:1, 37:3, 37:23, 38:10, 40:3, 42:11, 43:21, 47:18, 56:13, 59:24, 60:4, 60:13, 62:23, 63:14, 63:17, 64:7, 64:13, 64:17, 64:24, 65:14, 66:4, 70:12, 71:3, 73:12, 74:16, 74:20, 75:3, 75:9, 75:22, 78:8, 78:24, 85:6, 86:12, 91:12
**Jones's** [1] - 40:7
**JR** [1] - 2:8
**JURAT** [1] - 97:1
**Jurat** [1] - 3:5

## K

**keep** [2] - 35:22, 62:5
**kept** [3] - 30:21, 61:16, 64:16
**kin** [1] - 82:22
**kind** [1] - 27:12
**kindly** [1] - 5:10

## L

**land** [4] - 42:20, 90:2, 90:11
**Large** [2] - 5:7, 97:22
**last** [5] - 7:12, 7:13, 19:18, 19:21, 84:7
**late** [8] - 25:13, 45:6, 45:13, 48:3, 58:22, 59:3, 59:4, 66:1
**Lauderdale** [8] - 42:13, 43:11, 43:18, 48:4, 58:23, 59:6, 62:16, 62:21
**learn** [1] - 12:24
**learned** [1] - 48:11
**Lee** [2] - 2:14, 5:25
**left** [2] - 73:14, 75:11
**legal** [1] - 13:25
**less** [2] - 33:19, 65:17
**Letter** [1] - 3:5
**level** [1] - 75:10
**license** [2] - 10:16, 13:2
**licensed** [1] - 10:14
**licenses** [1] - 10:17
**life** [2] - 16:15, 69:17
**life-threatening** [1] - 69:17
**line** [6] - 69:9, 69:11, 69:14, 69:15, 69:20
**lines** [2] - 10:24, 27:13
**live** [2] - 7:17, 7:19
**local** [6] - 4:14, 25:18, 25:19, 89:13, 89:20, 90:1
**located** [1] - 7:21
**location** [4] - 57:7, 70:10, 71:3, 86:11
**LOCATION** [1] - 1:13
**lock** [3] - 64:19, 72:24, 78:17
**log** [3] - 29:20, 30:15, 78:19
**logbooks** [1] - 44:16
**look** [11] - 15:21, 15:25, 16:23, 17:4, 22:21, 32:1, 32:16, 44:21, 50:22, 52:15, 64:25
**looking** [1] - 41:21
**looks** [6] - 15:19, 16:2, 22:23, 24:12, 72:3, 89:10

## M

**M.D** [10] - 1:11, 3:2, 5:1, 5:20, 7:2, 95:7, 96:7, 97:14, 98:5, 99:25
**machine** [2] - 21:25, 22:7
**Madeleen** [4] - 4:8, 24:13, 25:9, 61:7
**Magnolia** [1] - 2:4
**mail** [11] - 60:8, 79:6, 79:14, 79:19, 79:22, 79:24, 79:25, 80:1, 80:7, 80:9, 81:9
**maintain** [2] - 20:4, 30:4, 78:18
**maintained** [7] - 28:21, 29:6, 29:20, 30:16, 35:6, 53:21, 86:1
**maintaining** [6] - 19:24, 29:24, 31:14, 34:3, 51:11, 86:22
**maintenance** [1] - 20:7
**malfunction** [3] - 87:15, 88:11, 88:19
**malfunctioned** [4] - 59:20, 60:3, 60:12, 69:21
**malfunctioning** [3] - 65:21, 76:14, 76:15
**malfunctions** [1] - 60:25
**man** [2] - 18:8, 55:14
**management** [2] - 11:20, 11:21
**mandatory** [3] - 29:14, 29:18, 40:18
**manual** [1] - 35:25
**manufacturer** [1] - 36:9
**manufacturer's** [1] - 86:6
**March** [1] - 98:15
**MARILYN** [1] - 1:4
**Marilyn** [1] - 98:8
**Marilynn** [2] - 5:16, 40:7
**mark** [2] - 75:1, 89:4
**marked** [20] - 12:1, 12:3, 14:4, 14:10, 15:14, 15:22, 22:13, 22:16, 23:3, 24:11, 24:16, 32:1, 32:3, 32:13, 32:18, 65:1, 71:14, 75:7, 89:7
**MARKED** [1] - 4:23
**marking** [1] - 71:11
**Mase** [2] - 2:10, 98:6
**mean** [6] - 11:13, 15:5, 23:8, 39:18, 61:14, 61:17
**means** [6] - 15:6, 17:12, 17:13, 61:18, 61:19
**medellin** [1] - 7:15
**Medellin** [4] - 7:17, 7:19, 11:3, 11:6
**medical** [60] - 8:16, 8:17, 8:21, 10:12, 10:21, 13:2, 15:4, 15:6, 15:17, 16:1, 16:2, 17:16, 17:23, 18:5, 18:7, 19:25, 24:8, 24:10, 26:2, 26:10, 27:1, 27:2, 28:2, 28:5, 29:10, 34:17, 34:19, 35:1, 35:18, 45:7, 45:17, 45:19, 46:24, 48:13, 49:7, 49:9, 49:23, 50:1, 50:6, 50:23, 55:19, 58:1, 58:10, 58:17, 61:22, 66:6, 68:5, 68:19, 68:21, 68:25, 75:16, 75:24, 80:3, 83:5, 88:18, 88:22, 89:13, 91:8, 91:21, 92:3
**MEDICAL** [1] - 12:7
**Medical** [5] - 4:4, 4:12, 4:13, 4:14, 4:14
**MEDICAL-RCL** [1] - 12:7
**Medical-RCL** [2] - 4:4, 4:14
**medicine** [1] - 10:15
**members** [6] - 42:6, 43:2, 43:16, 58:6, 61:25, 81:13
**memory** [1] - 91:11
**mention** [1] - 45:25
**message** [2] - 60:18, 60:20
**meters** [1] - 47:4
**MIAMI** [1] - 1:2
**Miami** [3] - 2:11, 98:7, 98:22
**middle** [2] - 32:14, 32:22
**midnight** [1] - 25:22
**minute** [4] - 24:19, 44:5, 84:16, 84:22
**minutes** [1] - 16:13
**moment** [2] - 7:22, 13:13
**monitor** [4] - 21:23, 22:11, 34:1, 34:2
**monthly** [7] - 20:6, 21:5, 21:14, 23:25, 24:3, 24:5, 25:4
**months** [4] - 13:9, 13:15, 13:16, 19:22
**Morgue** [2] - 4:6, 4:7
**morgue** [109] - 17:17, 19:24, 20:5, 20:6, 20:14, 20:19, 20:22, 21:6, 21:12, 22:7, 22:20, 23:5, 23:6, 23:12, 23:14, 25:7, 25:14, 27:3, 27:10, 28:16, 28:21, 29:7, 29:21, 29:24, 30:4, 30:12, 30:16, 30:18, 31:1, 31:4, 31:13, 31:19, 31:23, 31:24, 31:25, 32:2, 32:15, 32:23, 33:8, 33:13, 33:23, 34:3, 34:7, 34:15, 35:6, 35:25, 36:4, 36:8, 36:9, 36:11, 36:21, 37:3, 37:18, 38:6, 38:10, 38:18, 39:15, 39:20, 40:4, 40:8, 40:15, 40:24, 41:5, 41:11, 41:24, 42:8, 44:4, 45:2, 45:9, 45:10, 45:12, 46:21, 47:1, 47:7, 47:9, 48:2, 48:14, 50:8, 50:10, 50:25, 51:1, 51:4, 51:10, 52:1, 54:14, 55:19, 56:1, 56:13, 56:14, 57:5, 59:20, 60:3, 60:12, 62:19, 63:19, 64:7, 65:20, 66:5, 67:6, 69:21, 70:3, 76:15, 77:9, 78:3, 84:3, 86:1, 88:11, 91:23
**morgue's** [1] - 45:20
**Morgue)................... .......... [1] - 4:5
**morgues** [1] - 83:21
**morning** [13] - 7:7, 58:23, 59:5, 59:7, 59:12, 62:22, 63:13, 72:13, 72:19, 82:3, 82:9, 82:15, 83:7
**mortem** [3] - 17:7, 17:12, 17:13
**mortuary** [5] - 27:17, 27:19, 27:23, 66:23, 67:5
**most** [1] - 9:13
**move** [15] - 17:15, 56:12, 57:18, 57:20,

58:2, 58:8, 59:24, 60:13, 62:1, 64:14, 66:6, 66:7, 66:14, 66:24, 78:8
**moved** [14] - 57:7, 57:25, 58:19, 59:1, 59:21, 61:9, 61:11, 62:24, 64:7, 64:13, 64:17, 65:15, 70:13, 77:14
**movement** [1] - 63:18
**moving** [6] - 58:7, 60:4, 60:21, 60:24, 67:12, 86:22
**MR** [137] - 6:5, 6:7, 7:6, 9:1, 9:3, 9:7, 9:15, 12:1, 12:5, 13:22, 14:3, 14:8, 14:12, 15:10, 15:16, 18:15, 18:19, 19:1, 19:6, 20:1, 20:3, 21:8, 21:9, 23:18, 23:20, 28:3, 28:6, 29:11, 29:16, 30:23, 30:24, 31:7, 31:9, 32:24, 33:1, 33:15, 33:18, 35:11, 35:13, 36:14, 36:16, 36:23, 37:1, 37:4, 37:6, 37:20, 37:21, 38:2, 38:4, 40:16, 40:21, 41:1, 41:6, 44:5, 44:7, 44:11, 44:14, 49:3, 49:5, 53:3, 53:5, 53:10, 53:13, 53:23, 54:3, 59:2, 59:10, 60:5, 60:9, 60:22, 61:3, 62:10, 62:11, 63:20, 63:22, 65:24, 66:3, 66:15, 66:19, 66:25, 67:2, 67:13, 67:14, 67:20, 67:22, 68:3, 68:6, 69:3, 69:4, 69:7, 69:10, 69:25, 70:2, 72:10, 72:12, 73:3, 73:6, 75:25, 76:2, 76:9, 76:10, 76:12, 76:13, 76:16, 76:18, 77:11, 77:13, 77:22, 78:1, 83:16, 83:18, 83:23, 84:1, 84:4, 84:11, 84:15, 84:20, 84:22, 85:4, 85:16, 85:18, 85:21, 85:24, 86:3, 86:4, 86:7, 86:9, 86:14, 86:16, 86:24, 87:1, 89:3, 89:9, 92:18, 92:22, 92:25, 93:5

**MUNCH** [77] - 2:3, 6:5, 7:6, 9:3, 9:15, 12:1, 12:5, 14:3, 14:8, 14:12, 15:10, 15:16, 18:19, 19:6, 20:3, 21:9, 23:20, 28:6, 29:16, 30:24, 31:9, 33:1, 33:18, 35:13, 36:16, 37:1, 37:6, 37:21, 38:4, 40:21, 41:6, 44:5, 44:11, 44:14, 44:5, 53:5, 53:13, 54:3, 59:10, 60:9, 61:3, 62:11, 63:22, 66:3, 66:19, 67:2, 67:14, 67:22, 68:6, 69:4, 69:10, 70:2, 72:12, 73:6, 76:2, 76:10, 76:13, 76:18, 77:13, 78:1, 83:18, 84:1, 84:11, 84:15, 84:22, 85:4, 85:18, 85:24, 86:4, 86:9, 86:16, 87:1, 89:3, 89:9, 92:18, 92:25, 93:5
**Munch** [6] - 2:4, 3:3, 4:16, 6:5, 98:24

## N

**name** [6] - 7:8, 7:9, 7:12, 7:13, 43:7, 82:22
**Nassau** [1] - 7:24
**necessary** [4] - 35:2, 77:8, 90:21, 90:22
**need** [21] - 12:22, 12:24, 20:22, 20:23, 22:2, 22:4, 34:23, 34:24, 48:13, 56:17, 58:2, 58:7, 58:18, 59:19, 60:15, 62:3, 62:4, 62:5, 81:4, 81:5, 84:17
**needed** [6] - 57:25, 60:13, 60:14, 60:15, 62:6, 68:16
**needs** [1] - 39:18
**Nel** [4] - 4:8, 24:13, 25:6, 87:3
**never** [3] - 13:4, 36:10, 75:8
**new** [2] - 70:9, 78:20
**next** [11] - 47:6, 62:15, 62:21, 63:3, 63:12, 72:13, 72:19, 76:19, 82:3, 82:22, 85:12
**night** [7] - 25:14, 48:3, 52:21, 55:8, 58:22,

59:4, 66:2
**NO** [4] - 1:3, 4:3, 4:22, 4:23
**normal** [3] - 31:19, 44:22
**normally** [1] - 19:21
**Nos** [1] - 75:6
**Notary** [5] - 1:24, 5:7, 95:5, 95:17, 97:22
**note** [1] - 85:14
**NOTE** [1] - 4:15
**notes** [3] - 28:13, 96:9
**nothing** [5] - 6:20, 28:18, 64:18, 65:4, 65:5
**notice** [5] - 5:2, 14:6, 17:2, 50:3, 98:17
**Notice** [1] - 4:13
**noticed** [1] - 49:16
**notification** [4] - 89:20, 90:18, 90:19, 90:20
**notified** [3] - 57:24, 79:12, 86:10
**notify** [7] - 47:17, 55:9, 60:2, 75:22, 76:7, 90:1, 90:5
**Number** [12] - 12:2, 15:11, 22:14, 23:3, 24:11, 28:7, 32:1, 32:14, 74:25, 75:2, 87:2, 95:17
**number** [7] - 5:17, 8:23, 8:25, 9:6, 9:9, 22:25, 88:2
**nurse** [21] - 21:18, 21:20, 21:22, 21:25, 22:5, 22:7, 22:24, 23:2, 23:4, 24:13, 25:6, 28:25, 29:1, 30:6, 30:8, 30:10, 48:8, 48:15, 51:9, 87:3, 87:20
**nurses** [24] - 8:21, 9:13, 9:14, 10:2, 20:6, 21:7, 21:10, 23:24, 24:2, 26:14, 27:4, 27:7, 28:13, 30:2, 31:11, 37:22, 38:13, 38:25, 40:20, 48:6, 51:8, 51:15

## O

**Oath** [1] - 3:4
**OATH** [1] - 95:1
**objection** [2] - 13:24, 13:25
**obtain** [1] - 45:14
**obvious** [1] - 51:10

**occurred** [1] - 28:1
**occurs** [4] - 89:25, 90:5, 90:10, 90:17
**OF** [12] - 1:1, 1:10, 2:3, 2:9, 3:1, 7:23, 8:1, 95:1, 95:2, 95:3, 97:2, 97:3
**office** [6] - 46:20, 46:25, 47:6, 47:9, 98:12, 98:14
**officer** [4] - 75:16, 75:24, 83:5, 99:3
**officers** [1] - 91:5
**offices** [1] - 47:7
**officials** [7] - 44:2, 44:18, 45:4, 45:12, 45:19, 45:23, 47:19
**often** [2] - 30:4, 40:13
**Oliver** [2] - 2:14, 5:25
**once** [5] - 31:4, 41:10, 66:10, 76:19
**one** [34] - 9:12, 11:16, 19:18, 19:20, 19:23, 20:7, 20:23, 21:3, 25:11, 27:4, 27:7, 30:12, 31:11, 32:10, 33:21, 34:10, 34:17, 35:17, 36:5, 38:9, 39:1, 42:9, 48:6, 50:12, 54:2, 61:12, 65:17, 65:18, 71:25, 72:24, 87:18, 89:12, 89:22
**ones** [1] - 72:1
**open** [26] - 23:12, 31:18, 31:19, 33:2, 33:4, 34:7, 39:15, 47:2, 50:10, 51:1, 51:3, 51:13, 52:1, 52:17, 52:23, 54:14, 54:16, 57:15, 72:23, 72:24, 73:7, 73:9, 73:10, 74:3, 74:9
**opened** [6] - 32:15, 32:22, 45:9, 45:20, 52:2, 82:4
**operation** [1] - 35:24
**operation's** [1] - 68:19
**operations** [1] - 68:5
**opportunity** [1] - 52:3
**orange** [1] - 72:2
**order** [1] - 93:5
**original** [1] - 98:16
**ORTIZ** [8] - 1:11, 3:2, 5:1, 7:2, 95:6, 96:7, 97:14, 99:25
**Ortiz** [5] - 5:20, 7:9, 7:11, 85:5, 98:5
**outside** [18] - 21:23, 22:9, 22:11, 22:12,

23:6, 23:16, 34:1, 38:1, 39:9, 39:21, 50:9, 56:4, 65:13, 66:22, 67:21, 72:24, 77:16, 90:5

## P

**P.A** [3] - 2:4, 2:10, 98:6
**pads** [1] - 27:13
**page** [8] - 12:10, 29:5, 34:10, 34:11, 87:18, 89:19, 97:10, 99:3
**PAGE** [3] - 4:3, 4:22, 97:1
**Page** [2] - 3:2, 3:5
**PAGE/LINE** [1] - 99:6
**Pages** [1] - 1:18
**pages** [4] - 15:19, 34:12, 96:7, 97:7
**pallets** [4] - 65:3, 65:6, 65:7, 66:12
**pandemic** [1] - 10:1
**panel** [2] - 22:20, 22:22
**panel)**................. [1] - 4:7
**pardon** [2] - 63:23, 77:3
**part** [14] - 28:1, 28:4, 31:8, 31:10, 37:8, 37:9, 37:10, 37:11, 37:12, 40:17, 40:19, 79:3, 85:22, 92:15
**PART** [1] - 99:2
**participate** [1] - 15:7
**participated** [1] - 91:15
**participation** [2] - 14:23, 42:10
**parties** [4] - 93:10, 94:5, 96:11, 98:17
**parties'** [1] - 96:12
**party** [1] - 98:17
**PASCO** [1] - 95:3
**Pasco** [1] - 96:3
**pass** [2] - 18:13, 19:8
**passed** [5] - 13:21, 14:24, 16:5, 16:24, 85:8
**passengers** [1] - 18:24
**passing** [1] - 19:8
**patient** [1] - 16:17
**patients** [1] - 8:20
**pause** [1] - 44:9
**people** [4] - 18:13, 43:21, 74:6, 74:17
**per** [2] - 33:21, 33:22

**periodic** [2] - 21:6, 21:11
**permission** [1] - 59:23
**person** [10] - 38:6, 44:25, 45:1, 60:2, 67:8, 68:1, 68:22, 72:23, 74:10
**personally** [4] - 37:2, 40:2, 50:25, 91:25
**personnel** [1] - 90:24
**Photograph** [7] - 4:5, 4:6, 4:7, 4:8, 4:9, 4:10, 4:11
**physically** [5] - 38:9, 39:5, 39:6, 40:12, 52:15
**pick** [2] - 78:24, 79:17
**picked** [3] - 81:13, 83:14, 90:25
**picture** [7] - 22:20, 64:20, 71:19, 73:1, 74:14, 74:16, 74:19
**place** [15] - 5:21, 17:15, 17:16, 17:17, 27:12, 27:13, 27:16, 38:23, 41:3, 56:17, 61:15, 62:5, 66:8, 66:11
**placed** [19] - 27:3, 27:10, 27:19, 27:23, 28:11, 28:15, 31:4, 32:11, 34:15, 38:18, 40:3, 40:8, 41:10, 64:24, 66:4, 71:2, 84:2, 91:13, 91:20
**places** [1] - 30:20
**Plaintiff's** [2] - 12:3, 14:10
**Plaintiffs** [4] - 1:5, 2:2, 5:3, 6:6
**PLAINTIFFS'** [1] - 4:2
**Plaintiffs'** [10] - 4:15, 15:14, 22:16, 24:16, 32:3, 32:18, 65:1, 71:14, 75:6, 89:7
**plastic** [3] - 65:6, 65:7, 66:12
**pleasant** [1] - 74:15
**point** [12] - 26:3, 26:23, 43:20, 43:24, 45:23, 52:16, 63:10, 81:1, 81:3, 82:11, 86:20, 90:16
**police** [3] - 77:5, 79:16, 91:4
**policies** [2] - 12:19, 12:25
**policy** [5] - 31:3, 31:8, 84:9, 84:12, 90:14
**port** [14] - 42:14,

42:21, 47:25, 79:1, 79:7, 79:13, 79:15, 79:23, 82:18, 82:19, 89:18, 90:2, 90:3, 90:11
**Port** [11] - 62:16, 62:21, 63:6, 63:13, 76:20, 78:22, 79:4, 79:7, 79:11, 79:15, 91:5
**position** [2] - 7:25, 9:21
**post** [3] - 17:7, 17:12, 17:13
**post-mortem** [3] - 17:7, 17:12, 17:13
**practice** [4] - 10:14, 11:5, 31:10, 83:19
**practitioner** [1] - 10:22
**preference** [1] - 90:15
**prepare** [1] - 27:9
**prepared** [2] - 26:22, 98:11
**presence** [1] - 51:4
**Present** [1] - 2:14
**present** [15] - 5:10, 17:18, 17:21, 17:22, 18:2, 38:14, 39:24, 45:3, 46:11, 46:16, 46:19, 55:23, 57:23, 62:4, 91:8
**presented** [1] - 74:19
**presents** [1] - 5:13
**preservation** [1] - 34:19
**preserve** [7] - 34:14, 34:24, 35:2, 56:18, 60:16, 62:7, 78:9
**preserved** [3] - 62:12, 78:13, 92:14
**prevent** [2] - 34:4, 78:14
**problem** [2] - 48:2, 87:15
**procedure** [3] - 33:2, 44:23, 47:24
**proceed** [1] - 98:16
**proceeding** [1] - 98:11
**PROCEEDINGS** [1] - 3:1
**proceedings** [1] - 93:6
**process** [1] - 27:5
**produce** [1] - 50:7
**produced** [2] - 15:18, 89:11
**Professional** [2] - 1:23, 1:24
**professional** [1] - 86:21

**pronounced** [1] - 16:8
**proper** [9] - 29:25, 35:16, 51:19, 53:7, 53:25, 62:12, 65:22, 71:19, 77:8
**properly** [6] - 6:12, 16:6, 31:13, 56:4, 86:2, 92:14
**protocol** [3] - 79:3, 85:23, 92:15
**provided** [1] - 98:11
**provides** [1] - 42:6
**PROVIDES** [1] - 99:2
**provision** [12] - 61:11, 61:12, 61:13, 61:14, 61:15, 71:5, 71:6, 71:7, 72:23, 77:15, 77:17, 77:21
**Provisions** [1] - 4:11
**provisions** [2] - 61:16, 61:17
**Public** [5] - 1:24, 5:7, 95:5, 95:17, 97:22
**pulse** [1] - 16:18
**purpose** [1] - 69:15
**pursuant** [1] - 5:2
**put** [12] - 6:23, 38:9, 41:16, 54:8, 54:10, 66:12, 71:8, 71:16, 74:7, 78:16, 85:12, 91:23
**putrefaction** [6] - 48:18, 49:14, 50:15, 52:5, 52:10, 52:11
**Putrefaction** [1] - 52:9
**putting** [2] - 43:3, 83:7

### Q

**quality** [1] - 11:20
**QUE** [1] - 80:23
**questionnaire** [5] - 80:11, 80:17, 80:18, 80:23, 82:21
**questions** [4] - 68:2, 92:18, 92:20, 92:22
**quickly** [1] - 35:14

### R

**R.N.....** [1] - 4:8
**raise** [2] - 6:10, 6:17
**rapid** [2] - 60:15, 62:7
**rapidly** [2] - 62:8, 78:8
**RCL** [3] - 4:4, 4:14, 12:7
**Re** [1] - 98:8
**reactive** [1] - 16:18
**read** [11] - 12:18, 12:20, 12:21, 12:22,

12:23, 12:24, 22:24, 36:18, 92:24, 97:6, 99:20
**reading** [5] - 23:16, 29:7, 37:25, 42:2, 98:15
**Reading** [2] - 93:8, 94:6
**readings** [1] - 29:21
**readout** [1] - 38:20
**ready** [1] - 27:3
**realize** [2] - 50:11, 51:6
**really** [31] - 21:14, 23:16, 26:8, 29:17, 32:20, 33:9, 33:10, 33:22, 38:8, 45:8, 46:9, 47:5, 47:15, 49:13, 51:5, 51:7, 51:17, 53:15, 54:12, 57:14, 57:15, 59:15, 60:7, 61:5, 63:1, 73:4, 73:10, 73:19, 75:13, 81:10, 91:9
**Realtime** [1] - 1:23
**reason** [10] - 47:21, 47:23, 50:22, 58:24, 60:10, 66:17, 75:14, 77:5, 77:24, 85:19
**REASON** [1] - 99:6
**reasons** [1] - 99:4
**receive** [6] - 12:17, 34:17, 34:18, 35:19, 36:7, 39:13
**received** [4] - 12:16, 25:24, 41:8, 60:20
**recess** [1] - 85:1
**record** [20] - 6:2, 6:14, 6:25, 24:2, 24:25, 27:25, 28:2, 28:5, 28:14, 28:20, 29:6, 61:6, 80:6, 84:19, 84:25, 85:3, 92:25, 93:1, 93:4, 96:8
**RECORDED** [1] - 1:10
**recorded** [2] - 5:19, 30:16
**recording** [1] - 23:13
**records** [13] - 15:17, 15:21, 16:1, 16:3, 16:4, 16:7, 24:8, 25:2, 25:5, 28:23, 30:20, 88:18, 91:8
**Records.............** [1] - 4:13
**referenced** [1] - 98:11
**referral** [2] - 89:13, 89:16
**Referral** [1] - 4:14
**referring** [2] - 12:12,

37:14, 65:8
**refrigeration** [5] - 20:25, 39:17, 58:16, 59:18, 86:1
**refrigerator** [4] - 20:8, 20:24, 31:19, 39:14
**regarding** [2] - 9:17, 11:10, 11:13, 29:20, 34:19, 60:21, 62:23, 66:14, 66:24, 83:14, 86:11, 86:22
**Registered** [1] - 1:23
**regular** [1] - 47:24
**relative** [2] - 96:11, 96:11
**remain** [4] - 42:12, 43:10, 43:17, 79:22
**remains** [13] - 29:25, 34:20, 35:20, 42:7, 47:18, 66:23, 67:12, 68:14, 76:24, 85:6, 85:14, 86:12, 86:22
**remember** [180] - 10:5, 10:7, 17:20, 18:1, 18:4, 18:5, 18:8, 18:10, 18:21, 19:10, 20:7, 20:9, 20:10, 20:12, 21:13, 21:14, 24:1, 25:8, 25:11, 25:13, 26:4, 26:8, 27:21, 27:24, 28:5, 29:13, 29:22, 30:19, 31:2, 32:10, 32:12, 32:20, 33:9, 33:11, 33:16, 33:20, 33:22, 33:24, 34:9, 35:8, 35:12, 36:15, 36:25, 38:3, 38:8, 38:15, 39:2, 40:1, 40:5, 40:9, 40:10, 40:12, 42:15, 42:25, 43:4, 43:5, 43:7, 43:12, 43:19, 45:5, 45:8, 45:21, 45:24, 46:9, 46:10, 46:12, 46:18, 47:12, 47:15, 47:20, 48:8, 51:2, 51:5, 51:7, 51:9, 51:14, 51:22, 52:23, 52:24, 54:13, 54:17, 54:18, 54:19, 54:21, 54:24, 54:25, 55:1, 55:2, 55:5, 55:6, 55:12, 55:13, 55:15, 55:24, 56:2, 56:3, 56:10, 56:23, 57:1, 57:3, 57:9, 57:10, 57:14, 57:15, 57:16, 57:17, 58:21, 59:15, 59:16, 59:17, 59:22, 59:25,

60:6, 60:7, 60:8, 60:17, 60:18, 61:5, 61:6, 61:8, 62:14, 62:18, 62:25, 63:1, 63:16, 65:12, 65:16, 65:18, 65:19, 65:25, 66:16, 67:1, 67:16, 72:11, 72:18, 73:4, 73:15, 73:16, 73:17, 73:19, 73:20, 73:21, 73:24, 74:1, 74:2, 74:3, 74:5, 74:11, 75:12, 75:13, 76:25, 78:21, 80:2, 81:2, 81:8, 81:10, 81:11, 81:19, 81:21, 81:24, 82:2, 82:6, 82:8, 82:10, 82:14, 82:17, 82:24, 83:12, 83:17, 85:17, 90:23, 91:1, 91:7, 91:9, 91:10, 92:1, 92:5, 92:11

**remote** [2] - 74:12, 96:7

**REMOTE** [1] - 2:1

**Remote** [1] - 1:13

**remotely** [2] - 5:5, 95:7

**Remotely** [1] - 2:14

**remove** [4] - 27:11, 27:12, 27:14, 58:15

**removed** [1] - 41:12

**repeat** [4] - 6:13, 9:2, 49:19, 53:4

**report** [6] - 26:14, 87:14, 87:20, 88:15, 88:19, 96:7

**Reported** [1] - 1:21

**reported** [1] - 5:5

**Reporter** [5] - 1:23, 1:23, 1:24, 3:4, 96:5

**reporter** [1] - 6:3

**Reporting** [1] - 98:21

**reporting** [1] - 88:10

**represent** [3] - 22:19, 73:1, 74:18

**representing** [1] - 36:8

**request** [1] - 98:13

**requested** [1] - 96:8

**requirement** [1] - 41:4

**requirements** [1] - 8:17

**requires** [2] - 40:23, 79:15

**reserved** [1] - 94:7

**respect** [1] - 20:14

**respectfully** [1] - 98:13

**respective** [1] - 94:5

**responsibilities** [2] - 8:13, 20:13

**responsibility** [3] - 29:23, 30:8, 30:11

**restroom** [1] - 84:18

**resuscitating** [1] - 18:2

**resuscitation** [5] - 15:8, 16:19, 17:19, 18:3, 91:16

**retained** [1] - 4:16

**retrieve** [1] - 74:6

**retrieved** [1] - 72:16

**Review** [1] - 3:5

**review** [4] - 24:19, 96:8, 98:12, 98:13

**revoked** [1] - 13:3

**right-hand** [1] - 87:4

**ripped** [2] - 47:13, 57:18

**rolling** [1] - 70:9

**room** [7] - 15:7, 17:15, 18:2, 64:16, 64:24, 65:11, 65:15

**royal** [1] - 8:3, 8:24, 9:5

**Royal** [9] - 8:5, 10:24, 11:2, 20:25, 60:2, 60:11, 67:10, 84:8, 84:13

**RPR** [5] - 1:22, 5:6, 95:16, 96:20, 98:20

**RULE** [1] - 99:2

**S**

**safety** [1] - 11:21

**sailing** [1] - 48:4

**saw** [5] - 26:25, 57:17, 73:2, 73:17, 73:25

**school** [5] - 10:12, 34:17, 34:19, 35:2, 35:18

**science** [2] - 66:23, 67:5

**sea** [2] - 7:23, 88:9

**SeaCare** [11] - 4:8, 4:12, 24:4, 24:6, 24:7, 24:12, 24:24, 87:2, 87:21, 88:16, 88:18

**SEAS** [2] - 7:23, 8:1

**SEAVENT** [10] - 61:1, 61:4, 87:10, 87:12, 87:17, 87:19, 87:21, 88:9, 88:17, 88:19

**second** [6] - 17:5,

19:13, 52:7, 71:3, 80:16, 89:19

**security** [4] - 38:13, 58:1, 66:7, 72:22

**see** [52] - 11:24, 11:25, 14:3, 14:8, 15:12, 15:22, 16:16, 16:9, 16:17, 17:8, 22:15, 22:18, 23:4, 23:14, 24:15, 24:18, 28:8, 28:11, 28:14, 28:19, 31:13, 31:25, 38:19, 39:3, 39:12, 41:17, 41:22, 44:25, 47:8, 50:21, 52:18, 53:1, 53:7, 56:9, 64:20, 65:6, 71:13, 71:17, 71:21, 73:8, 73:10, 73:12, 74:3, 74:11, 74:22, 75:4, 75:8, 75:9, 75:10, 81:2, 87:5, 89:5

**seeing** [10] - 8:20, 14:7, 14:9, 14:17, 15:13, 18:8, 28:9, 41:18, 41:20, 72:19

**Seitz** [2] - 2:10, 98:6

**send** [3] - 79:1, 79:25, 80:1

**sends** [1] - 79:24

**senior** [8] - 8:2, 8:15, 9:22, 10:3, 10:4, 14:1, 19:16, 87:11

**sent** [8] - 42:13, 60:7, 60:18, 60:21, 79:6, 79:14, 79:22, 80:3

**separate** [5] - 28:20, 28:23, 29:5, 88:16, 99:3

**served** [1] - 19:11

**service** [2] - 78:24, 86:21

**serving** [2] - 18:14, 18:25

**set** [1] - 97:9

**setting** [1] - 36:18

**shall** [3] - 98:15, 98:16, 99:3

**Sheet** [1] - 3:6

**SHEET** [1] - 99:1

**sheet** [6] - 17:14, 27:16, 70:22, 70:23, 70:25, 98:13

**ship** [63] - 8:24, 9:6, 9:10, 9:11, 10:6, 13:8, 16:2, 18:17, 21:2, 25:18, 25:20, 26:17, 27:25, 34:6, 42:12, 43:10, 43:17, 43:25, 44:16, 45:6,

45:15, 45:16, 46:3, 57:24, 58:16, 61:16, 63:2, 63:3, 63:8, 63:10, 63:13, 64:5, 66:22, 67:18, 68:11, 68:17, 68:21, 70:18, 72:1, 73:14, 74:23, 75:5, 75:11, 75:16, 76:3, 76:6, 76:11, 76:19, 78:22, 79:2, 80:14, 83:11, 84:3, 85:7, 85:13, 88:23, 89:1, 90:18, 91:5, 91:14

**ship's** [7] - 11:21, 80:10, 80:13, 81:6, 81:9, 82:25, 83:2

**shipboard** [1] - 15:25

**Shipboard** [1] - 4:13

**ships** [7] - 9:4, 9:13, 18:13, 18:25, 20:21, 58:6, 83:20

**shore** [1] - 89:25

**Shorthand** [1] - 96:5

**show** [8] - 15:10, 22:13, 28:11, 29:6, 32:13, 55:18, 74:14, 89:3

**showed** [2] - 30:15, 61:6

**showing** [6] - 23:23, 33:7, 38:20, 39:21, 39:22, 53:25

**shown** [3] - 64:22, 64:23

**shows** [2] - 73:7, 75:2

**shut** [1] - 20:20

**sic** [1] - 46:22

**side** [1] - 87:5

**sign** [1] - 13:10

**signature** [1] - 14:13

**Signed** [1] - 95:11

**signing** [4] - 63:7, 93:8, 94:6, 98:16

**simple** [4] - 33:2, 50:16, 50:18, 52:6

**Sincerely** [1] - 98:18

**single** [1] - 47:25

**situated** [1] - 70:14

**situation** [1] - 89:16

**size** [2] - 9:9, 31:23

**slide** [3] - 33:8, 33:10

**smell** [29] - 46:12, 46:14, 46:21, 47:2, 48:12, 48:16, 48:17, 48:18, 48:19, 48:20, 48:21, 49:12, 49:13, 49:14, 49:17, 49:18, 49:21, 50:4, 50:7, 50:13, 50:16, 50:17,

50:19, 52:3, 52:4, 52:5, 52:6, 52:8, 82:11

**smelled** [1] - 49:1

**smells** [1] - 49:2

**SMS** [1] - 34:13

**someone** [4] - 54:25, 55:1, 60:18, 68:4

**somewhere** [1] - 58:20

**sorry** [3] - 12:20, 30:9, 49:19

**sort** [2] - 21:5, 27:18

**sound** [2] - 32:8, 36:18

**sounds** [1] - 84:24

**South** [3] - 2:4, 2:10, 98:6

**SOUTHERN** [1] - 1:1

**specialized** [2] - 11:9, 11:12

**specialty** [1] - 10:20

**specifications** [1] - 86:6

**spell** [1] - 80:20

**spine** [2] - 66:9, 66:11

**spontaneous** [1] - 16:16

**SQM** [8] - 11:17, 11:19, 12:13, 34:13, 37:16, 41:9, 42:2, 42:9

**SS** [1] - 97:3

**staff** [16] - 43:2, 43:5, 43:15, 56:19, 56:21, 57:1, 57:4, 57:22, 58:17, 59:18, 61:22, 61:25, 62:3, 76:4, 76:5, 88:12

**stand** [1] - 26:5

**standard** [4] - 8:23, 9:5, 9:8, 13:1

**Star** [3] - 14:25, 15:3, 17:23

**start** [1] - 62:8

**started** [1] - 76:22

**starts** [3] - 35:6, 35:10, 51:24

**state** [3] - 6:1, 7:8, 83:15

**State** [6] - 1:24, 5:7, 95:5, 95:17, 96:2, 97:22

**STATE** [2] - 95:2, 97:2

**statement** [2] - 18:20, 99:4

**STATES** [1] - 1:1

**stay** [2] - 13:8, 63:7

**staying** [3] - 63:2, 63:5, 63:8

**STENOGRAPHER** [4] - 5:9, 6:9, 6:16, 6:23
**STENOGRAPHER'S** [1] - 4:15
**stenographic** [1] - 96:9
**Stenographically** [1] - 1:21
**stenographically** [1] - 96:7
**stick** [1] - 23:13
**sticker** [1] - 71:11
**still** [1] - 63:10
**stipulated** [1] - 94:4
**Stipulations** [1] - 3:3
**stop** [1] - 69:23
**stopped** [1] - 69:20
**Street** [1] - 98:21
**stretcher** [5] - 17:15, 66:8, 70:9, 70:15, 74:8
**strong** [5] - 48:18, 49:14, 50:15, 52:5, 52:8
**studies** [1] - 34:21
**stuff** [3] - 27:14, 50:22, 61:19
**styled** [1] - 5:16
**subscribed** [1] - 97:17
**substance** [1] - 99:2
**Suite** [3] - 2:11, 98:6, 98:21
**supervise** [1] - 27:6
**supervisor** [2] - 26:19, 26:20
**support** [1] - 16:15
**supposed** [3] - 21:15, 37:17, 40:14
**suspended** [1] - 13:3
**swear** [2] - 6:3, 6:18
**Sworn** [1] - 97:17
**sworn** [2] - 7:3, 95:8
**SYMPHONY** [4] - 7:23, 7:25, 13:6, 19:4
**system** [8] - 11:19, 11:22, 24:7, 87:14, 87:22, 88:16, 88:17, 88:25

## T

**Tampa** [1] - 2:5
**taught** [3] - 35:1, 35:5, 35:9
**tbriggs@maselaw. com** [1] - 2:13
**team** [8] - 17:23, 58:1, 58:17, 66:6, 66:7, 68:21, 92:3, 92:13
**Teams** [1] - 5:22

**temperature** [56] - 21:16, 21:19, 22:9, 23:5, 23:13, 23:22, 29:6, 29:21, 29:25, 30:5, 31:15, 31:20, 33:25, 34:4, 34:24, 35:2, 35:10, 35:16, 35:20, 36:12, 36:18, 37:25, 38:17, 39:21, 40:14, 40:23, 41:4, 41:23, 50:9, 50:10, 50:11, 51:11, 51:19, 51:21, 51:23, 51:25, 53:20, 53:24, 53:25, 54:1, 55:2, 55:10, 56:18, 62:5, 62:13, 65:10, 65:12, 65:23, 77:16, 77:24, 78:14, 78:16, 78:18, 78:19, 87:7
**temperatures** [3] - 30:15, 30:17, 83:21
**ten** [2] - 33:19
**teresa** [1] - 93:5
**Teresa** [6] - 1:22, 5:6, 6:3, 95:5, 96:5, 98:20
**TERESA** [2] - 95:16, 96:20
**testified** [1] - 7:4
**testimony** [1] - 6:18
**testing** [1] - 56:9
**the..** [1] - 15:22
**them..** [1] - 99:4
**THEREUPON** [1] - 7:1
**thermometer** [5] - 23:23, 39:8, 39:9, 56:4, 65:13
**THOMAS** [1] - 2:9
**thoroughfare** [1] - 58:3
**threatening** [1] - 69:17
**three** [6] - 9:13, 9:14, 10:1, 19:16, 32:6
**Thursday** [1] - 5:3
**TIME** [1] - 1:15
**TO** [2] - 4:1, 98:5
**together** [2] - 66:6, 99:22
**took** [2] - 47:11, 98:17
**top** [2] - 66:12, 71:8
**touch** [1] - 54:11
**trained** [1] - 36:2
**training** [20] - 11:9, 11:13, 11:15, 11:16, 11:18, 12:15, 12:17, 34:12, 34:13, 34:16, 34:18, 35:19, 35:23, 36:7, 39:13, 41:7,

42:6, 60:19
**transcript** [8] - 4:16, 96:8, 96:8, 97:7, 98:11, 98:17, 98:23, 99:20
**transferred** [1] - 91:24
**translation** [1] - 67:4
**transport** [1] - 70:17
**transported** [1] - 70:9
**tray** [1] - 33:7
**treatment** [1] - 14:24
**true** [3] - 96:8, 97:8, 99:23
**truth** [2] - 6:19, 6:20
**try** [3] - 16:10, 44:11, 71:20
**trying** [1] - 45:14
**tube** [1] - 27:12
**Tuesday** [1] - 1:14
**turn** [10] - 20:22, 21:4, 21:17, 21:18, 21:25, 22:3, 22:6, 39:15, 39:19
**turning** [1] - 36:5
**two** [11] - 9:14, 12:10, 13:9, 13:14, 13:16, 19:5, 19:16, 34:11, 89:12
**two-page** [1] - 12:10
**type** [7] - 11:5, 21:6, 23:13, 36:12, 67:8, 88:5, 89:15

## U

**U.S** [5] - 89:21, 90:3, 90:4, 90:5, 90:12
**uniform** [1] - 8:25
**unit** [1] - 86:1
**UNITED** [1] - 1:1
**unzip** [3] - 46:4, 57:12, 57:13
**unzipped** [1] - 57:10
**up** [16] - 5:11, 16:10, 41:16, 44:6, 49:25, 50:24, 55:16, 55:17, 55:18, 78:24, 79:18, 81:13, 82:4, 83:14, 89:17, 90:25
**upcheck** [1] - 12:20
**updates** [1] - 12:25
**Urrea** [15] - 5:20, 7:9, 7:12, 7:13, 14:16, 15:12, 40:23, 41:19, 71:10, 74:18, 85:5, 87:5, 92:19, 92:23, 98:5
**UREA** [8] - 1:11, 3:2, 5:1, 7:2, 95:6, 96:7, 97:14, 99:25

**UTC-4:00** [1] - 25:20

## V

**vacation** [1] - 13:17
**verification** [1] - 5:12
**verified** [1] - 5:14
**verify** [2] - 29:23, 34:3
**versus** [1] - 5:16
**vessel** [3] - 44:18, 64:23, 76:21
**via** [2] - 5:21, 98:23
**VICTORIA** [8] - 1:11, 3:2, 5:1, 7:2, 95:6, 96:7, 97:14, 99:25
**Victoria** [3] - 5:19, 7:9, 98:5
**VIDEO** [1] - 1:10
**video** [2] - 5:18, 93:4
**Video** [1] - 1:13
**Videographer** [1] - 2:14
**VIDEOGRAPHER** [4] - 5:15, 84:24, 85:2, 93:1
**videographer** [1] - 5:25
**viewed** [1] - 29:20
**visual** [1] - 85:13
**vs** [2] - 1:6, 98:8

## W

**wait** [1] - 60:23
**waived** [2] - 93:9, 98:16
**walking** [1] - 45:16
**wants** [1] - 99:3
**warn** [2] - 74:15, 74:16
**watch** [1] - 26:6
**week** [1] - 35:17
**weeks** [1] - 19:5
**West** [1] - 98:21
**wheel** [1] - 66:7
**white** [1] - 71:1
**whole** [2] - 6:20, 33:6
**wife** [3] - 40:7, 40:11, 58:18
**Witness** [2] - 3:5, 5:13
**witness** [7] - 5:9, 6:4, 93:9, 98:12, 98:13, 99:3, 99:4
**woman** [1] - 55:14
**wondering** [1] - 18:23
**word** [4] - 52:7, 80:12, 80:16, 80:21
**words** [12] - 13:7, 20:18, 23:10, 26:16, 28:25, 38:19, 42:18, 46:5, 52:2, 52:17,

65:22, 67:3
**wrap** [2] - 17:14, 27:15
**written** [4] - 29:20, 30:15, 30:20, 37:15
**wrote** [1] - 61:7

## Y

**year** [1] - 84:7
**years** [3] - 8:6, 8:10, 10:9
**yourself** [4] - 31:11, 49:17, 75:23, 87:18