UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 23-CV-21481-WILLIAMS/REID

MARILYN JONES, et al.,

      Plaintiffs,

v.

CELEBRITY CRUISES, INC.,

      Defendant.

_____/

### JOINT MOTION FOR PERMISSION TO USE
### ELECTRONIC EQUIPMENT IN THE COURTROOM

The Parties file their Joint Motion for Permission to Use Electronic Equipment in the Courtroom.

1.     The trial in this matter is currently on the Court's trial docket for the trial period beginning July 15, 2024 through July 26, 2024.

2.     Counsel for the Parties intend to utilize the available electronic capabilities that are in the courtroom. However, counsel believe that they and their staff will require the use of additional electronic equipment as follows:

| Counsel for Defendant | Equipment |
|---|---|
| Curtis J. Mase, Esq., Thomas A. Briggs, Esq., and Jeffrey A. Caisse, Esq. (with Mase Seitz Briggs, P.A.) | Laptop computer, Smartphone, iPad, power cords, electrical cords, mouse, portable hard drive, portable WiFi device |
| **Paralegals/Office Staff for Defendant** | **Equipment** |
| Patricia A. Moghari, Heather Medina, Jamie Geartner, and Julian Zensen (with Mase Seitz, Briggs P.A.) | Laptop computer, Smartphone, iPad, printer, audio/visual playback/display equipment, Elmo projection equipment including screen, PowerPoint projector, video/DVD playback equipment, power cords, electrical cords, |

|  | mouse, portable hard drive, portable WiFi device |
|---|---|
| **Defendant Corporate Representatives** | **Equipment** |
| Amanda Campos | Laptop computer, Smartphone, iPad, power cords, electrical cords, mouse, portable hard drive, portable WiFi device |
| **Defendant's Expert Witnesses** | **Equipment** |
| Rene Basulto, Richard Callahan, and Dr. Allen Singer | Laptop computer, Smartphone, iPad, power cords, electrical cords, mouse, portable hard drive, portable WiFi device |

| **Counsel for Plaintiffs** | **Equipment** |
|---|---|
| Jacob J. Munch, Esq., and Catherine M. Saylor, Esq. (with Munch and Munch, P.A.) | Laptop computer, Smartphone, iPad, power cords, electrical cords, mouse, portable hard drive, portable WiFi device |
| **Paralegals/Office Staff for Plaintiffs** | **Equipment** |
| William Munch | Laptop computer, Smartphone, iPad, printer, audio/visual playback/display equipment, Elmo projection equipment including screen, PowerPoint projector, video/DVD playback equipment, power cords, electrical cords, mouse, portable hard drive, portable WiFi device |
| **Plaintiffs** | **Equipment** |
| Marilyn Jones, Teresa West, Robin Phillips, and Allison Phillips | Laptop computer, Smartphone, iPad, power cords, electrical cords, mouse, portable hard drive, portable WiFi device |
| **Plaintiffs Expert Witnesses** | **Equipment** |
| Gregory Pressman, Mark Evely, and Dr. Lawrence Amsel | Laptop computer, Smartphone, iPad, power cords, electrical cords, mouse, portable hard drive, portable WiFi device |

WHEREFORE, the Parties respectfully requests that the Court enter an order permitting

the Parties, counsel for the parties, and their staff to bring the aforementioned electronic equipment

into the courthouse and courtroom for use during the trial of this case.

**MASE SEITZ BRIGGS**

CASE NO.: 23-CV-21481-KMW

JACOB J. MUNCH
E-mail: jake@munchandmunch.com
Florida Bar Number 376523
CATHERINE M. SAYLOR
E-mail: casey@munchandmunch.com
Florida Bar Number 115593
MUNCH and MUNCH, P.A.
600 South Magnolia Avenue – Suite 325
Tampa, Florida 33606
Ph: (813) 254-1557
Fax: (813) 254-5172
*Attorneys for Plaintiffs*

MASE SEITZ BRIGGS, P.A.
*Attorneys for Defendant*
2601 S. Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080
THOMAS A. BRIGGS
Florida Bar No.: 0663034
tbriggs@maselaw.com
JEFFREY A. CAISSE
Florida Bar No. 1011243
jcaisse@maselaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 8, 2024, I electronically filed the foregoing document

with the Clerk to the Court using CM/ECF.

By: */s/ Thomas A. Briggs*
THOMAS A. BRIGGS