UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-CV-21481-WILLIAMS/REID

MARILYN JONES, *et al.*,

    Plaintiffs,

v.

CELEBRITY CRUISES, INC.,

    Defendant.
_____/

## ORDER ON OBJECTIONS TO DEPOSITION DESIGNATIONS

This cause is before the Undersigned on the Court's referral of the parties' amended deposition designations for disposition and for use at trial. [ECF No. 103]. The Court has reviewed the parties' designations and hereby enters its ruling on the objections to the designations. To the extent the parties' objections had merit, the objections are specifically SUSTAINED through the attached table of rulings that identifies the specific page and line of the testimony that is deemed inadmissible. The objections were otherwise OVERRULED as shown. To the extent objections were made that are not identified in the attached table, the Court fully considered such objections and deems them OVERRULED as they lack merit or were otherwise waived. [1]

**DONE AND ORDERED** in Chambers at Miami, Florida this 3rd day of July 2024.

                                                       LISETTE M. REID
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The page numbers reference the deposition transcripts, not the ECF page numbers.

1

cc:     **U.S. District Judge Kathleen M. Williams**; and

**All Counsel of Record**

### DEPOSITION OF DR. GONZALO JAVIER BARRIENTOS

| *Deposition Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| 11:25–12:9 | Compound | Sustained |
| 12:24–13:20 | Hearsay, Prejudicial | Overruled |
| 25:22–25 | Irrelevant | Overruled |
| 26:23–27:1 | Leading, Argumentative | Overruled |
| 34:24–35:3 | Irrelevant | Sustained |
| 37:2–13 | Irrelevant | Overruled |
| 39:3–40:4 | Irrelevant | Overruled |
| 41:3–5 | Irrelevant | Overruled |
| 41:15–42:3 | Irrelevant | Overruled |

### DEPOSITION OF JOHN RICK JABAT FINIQUITO, R.N.

| *Deposition Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| 23:25–25:14 | Hearsay | Sustained |
| 25:16–26:5 | Irrelevant, Prejudicial, Subject of *Motion in Limine* | The Court will not rule pending the Motion *In Limine*. |
| 26:15–27:19 | Irrelevant, Prejudicial, Subject of Motion *in Limine* | The Court will not rule pending the Motion *In Limine*. |
| 28:14–30:9 | Hearsay, Speculation | Sustained |
| 32:3–9 | Hearsay | Overruled |
| 39:7–18 | Irrelevant | Overruled |
| 41:7–13 | Hearsay | Overruled |
| 41:23–42:4 | Hearsay | Overruled |
| 43:9–15 | Hearsay | Sustained |
| 44:8–11 | Counsel testifying, Misquoting Witness, Misstates Evidence | Sustained |
| 47:4–16 | Argumentative, Counsel testifying | Sustained on Counsel Testifying |
| 54:6–12 | Confusing | Overruled |
| 60:11–18 | Irrelevant, Prejudicial, Counsel testifying, Speculation | Sustained on Counsel Testifying |
| 71:23–72:5 | Hearsay, Lack of Personal Knowledge | Sustained |
| 74:10–21 | Hearsay, Lack of Personal Knowledge | Sustained |
| 75:2–6 | Hearsay | Sustained |
| 79:24–80:6 | Argumentative, Compound, Beyond Scope of Cross, Asked and Answered | Overruled |
| 82:23–83:1 | Irrelevant | Overruled |

3

| 83:2–12 | Argumentative, Counsel testifying, Beyond Scope of Cross, Asked and Answered | Sustained on asked and answered |

## DEPOSITION WENDY HILT

| Deposition Lines | Original Objection(s) | Ruling |
|---|---|---|
| 16:4–8 | Relevance, Unresponsive | Overruled |
| 16:9–16 | Relevance, Prejudicial | Overruled |
| 16:17–23 | Relevance, Prejudicial, Hearsay | Overruled |
| 16:24–7:3 | Relevance | Overruled |
| 17:4–8 | Attorney/Client Privilege, Relevance, Prejudicial | Overruled |
| 17:9–21 | Hearsay, Prejudicial | Sustained on Hearsay |
| 17:22–24 | Relevance | Overruled |
| 17:25–18:13 | Relevance, Attorney/Client Privilege | Sustained |
| 25:21–25 | Relevance, Prejudicial | Overruled |
| 30:12–18 | Asked & Answered | Sustained |
| 31:10–17 | Asked & Answered | Sustained |
| 32:5–8 | Asked & Answered | Overruled |
| 32:17–33:4 | No question, Speculation, Unresponsive | Overruled |
| 32:14–16 | Misquotes witness, Speculation, Asked & Answered | Overruled |
| 33:5–7 | Relevance, Prejudicial | Sustained on Relevance |
| 33:8–11 | Relevance, Prejudicial | Overruled |
| 33:12–14 | Relevance, Prejudicial | Overruled |
| 38:23–39:1 | Ambiguous, Relevance, Speculation | Overruled |
| 39:2–6 | Speculation, Asked & Answered | Sustained on Asked and Answered |
| 39:22–40:1 | Asked & Answered, Prejudicial | Sustained |

## DEPOSITION OF STAMATIOS KANAVAROS

| Deposition Lines | Original Objection(s) | Ruling |
|---|---|---|
| 11:22–12:2 | Irrelevant | Overruled |
| 12:4–8 | Irrelevant | Overruled |
| 17:5–13 | Irrelevant | Sustained |
| 17:23–18:13 | Irrelevant, Speculation | Sustained |
| 24:15–25:14 | Irrelevant | Sustained |
| 26:22–27:3 | Irrelevant | Sustained |
| 29:15–20 | Irrelevant | Overruled |
| 30:13–31:25 | Speculation, Argumentative | Sustained |

| | | |
|---|---|---|
| 33:10–34:3 | Asked & Answered, Irrelevant | Sustained on Asked and Answered |
| 34:5–38:23 | Irrelevant, Counsel testifying Argumentative, Hearsay | Sustained on Counsel Testifying and Hearsay |
| 38:24–39:4 | Speculation | Overruled |
| 39:6–13 | Asked and Answered, Counsel testifying, Argumentative, Hearsay | Sustained on Asked and Answered |
| 43:17–23 | Prejudicial, Confusing | Overruled |
| 44:4–14 | Hearsay | Sustained |
| 46:8–12 | Asked and Answered | Sustained |
| 46:13–48:2 | Irrelevant, Speculation, Hearsay | Sustained on relevancy |
| 48:9–25 | Irrelevant, Speculation | Overruled |
| 60:3–11 | Speculation, No answer to question | Sustained |
| 62:5–11 | Irrelevant | Overruled |
| 62:25–63:4 | Irrelevant, Speculation | Sustained |
| 73:8–11 | Asked and Answered, Irrelevant | Sustained on Asked and Answered |
| 73:13–75:4 | Relevancy | Overruled |
| 75:20–25 | Irrelevant | Overruled |
| 76:24–77:11 | Relevancy | Overruled |
| 79:5–7 | Hearsay, Argumentative, Counsel testifying | Overruled |
| 79:8–14 | Compound | Overruled |
| 81:18–83:15 | Irrelevant, Counsel testifying, Speculation, Argumentative, Asked and Answered | 81:19–82:17 Sustained on Speculation; 83:3–15 Sustained on Speculation |
| 86:4–19 | Counsel testifying, Speculation | Overruled |
| 88:16–23 | Irrelevant, Confusing | Overruled |
| 88:25–89:2 | Counsel testifying | Overruled |
| 89:13–16 | Asked and Answered | Sustained |
| 91:6–11 | Hearsay | Sustained |
| 92:7–24 | Asked and Answered | Sustained |

## **DEPOSITION OF NICOLENE LUUS, R.N.**

| *Deposition Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| 17:6–9 | Relevance, Prejudicial, Foundation | Overruled |
| 17:10–13 | Relevance, Prejudicial, Foundation | Sustained on relevance |
| 17:14–18 | Relevance, Prejudicial, Foundation | Overruled |
| 18:1–5 | Misstates Evidence, Misquotes Witness, Relevance | Overruled |

| | | |
|---|---|---|
| 18:6–16 | Prejudicial, Asked & Answered | Sustained on Asked and Answered |
| 19:14–25 | Counsel Testifying, Hearsay, Misstates Evidence | Overruled |
| 25:22–25 | Hearsay | Sustained |
| 26:2–7 | Speculative, Prejudicial | Overruled |
| 27:22–28:3 | Speculative | Overruled |
| 30:8–10 | Speculative | Overruled |
| 30:11–18 | Relevance | Overruled |
| 30:19–22 | Speculative, Relevance | Overruled |
| 30:23–25 | Speculative, Relevance, Prejudicial | Sustained |
| 31:1–5 | Asked & Answered | Sustained |
| 31:6–10 | Asked & Answered | Sustained |
| 31:11–25 | Counsel testifying, No question pending, Speculative, Prejudicial | Overruled |
| 32:1–9 | Hearsay, Prejudicial, Relevance | Overruled |
| 34:17–23 | Foundation | Sustained |
| 34:25–35:6 | Speculative, Prejudicial, Cumulative | Sustained on speculation |
| 35:8–13 | Asked & Answered, Cumulative, Prejudicial | Sustained on Asked and Answered |
| 35:14–22 | Asked & Answered, Cumulative, Prejudicial | Sustained on Asked and Answered |
| 35:23–36:2 | Relevance, Prejudicial | Sustained on Relevance |
| 36:3–9 | Compound, Prejudicial | Sustained on Compound Question |
| 36:22–37:4 | Foundation, Speculative, Prejudicial | Overruled |

## DEPOSITION OF NEL MADELEEN, R.N.

| *Deposition Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| 11:2–4 | Relevance, Prejudicial | Overruled |
| 11:14–20 | Relevance, Prejudicial | Overruled |
| 11:21–23 | Relevance, Prejudicial | Overruled |
| 12:2–17 | Relevance, Prejudicial | Sustained |
| 14:24–15:3 | Asked & Answered, Cumulative, Prejudicial | Sustained on Asked and Answered |
| 15:14–22 | Counseling testifying Speculative, Relevance, Unresponsive | Overruled |
| 15:23–16:10 | Asked & Answered | Overruled |
| 16:19–23 | Misstates Evidence, Speculative, Confusing, Counsel testifying | Overruled |

6

| | | |
|---|---|---|
| 18:3–6 | Asked & Answered, Prejudicial | Sustained |
| 20:21–21:1 | Relevance, Prejudicial | Sustained on relevance |
| 21:2–13 | Prejudicial, Relevance | Sustained on relevance |
| 21:24–22:5 | Counsel testifying, No question pending | Overruled |
| 22:7–10 | Confusing | Overruled |
| 23:6–8 | Cumulative, Asked & Answered | Sustained on Asked and Answered |
| 23:13–15 | Speculative, Prejudicial | Sustained on unfair prejudice |
| 23:21–23 | Counsel testifying, Misstates Evidence | Overruled |
| 24:16–17 | Speculative, Asked & Answered, Cumulative, Prejudicial | Sustained on speculation and Asked and Answered |
| 25:25–26:2 | Relevance, Prejudicial | Overruled |
| 26:16–17 | Asked & Answered, Prejudicial, Cumulative | Sustained on Asked and Answered |
| 28:18–29:1 | Asked & Answered, Cumulative, Speculative, Prejudicial | Sustained on Asked and Answered |
| 29:2–6 | Speculative, Prejudicial, Asked & Answered, Cumulative | Sustained on Asked and Answered |
| 31:18–22 | Asked & Answered, Cumulative, Prejudicial | Sustained on Asked and Answered and cumulative question |
| 32:24–33:2 | Asked & Answered Cumulative, Prejudicial | Sustained on Asked and Answered |
| 33:21–23 | Speculative, Prejudicial | Overruled |
| 34:8–13 | Hearsay, Speculative, Prejudicial | Sustained on hearsay |
| 34:14–17 | Hearsay | Sustained |
| 34:18–22 | Hearsay | Overruled |
| 35:3–7 | Confusing, Ambiguous | Overruled |
| 35:8–13 | Asked & Answered, Cumulative | Sustained on Asked and Answered |
| 35:14–20 | Speculative, Prejudicial | Overruled |
| 35:21–23 | Speculative, Prejudicial | Overruled |
| 37:25–38:12 | Speculative, Asked & Answered, Cumulative, Prejudicial, Hearsay | Sustained on cumulative questioning and hearsay |
| 42:14–18 | Speculative Asked & Answered, Prejudicial | Sustained on Asked and Answered |
| 43:19–25 | Hearsay, Prejudicial | Overruled |
| 44:1 | No question pending, Counsel testifying | Overruled |

7

| | | |
|---|---|---|
| 44:5–9 | Confusing, Compound, Speculative | Overruled |
| 44:14–18 | Counsel testifying, Compound, Asked & Answered, Cumulative | Sustained on Asked and Answered |
| 44:22–24 | Speculative | Overruled |
| 45:8–13 | Relevance, Asked & Answered | Sustained on Asked and Answered |
| 45:17–20 | Speculative, Prejudicial | Overruled |
| 45:21–46:3 | Asked & Answered, Cumulative, Prejudicial | Sustained on Asked and Answered |
| 46:5–18 | Asked & Answered, Cumulative, Prejudicial | Sustained on Asked and Answered |
| 46:19–47:5 | Asked & Answered, Prejudicial, Cumulative | Sustained on Asked and Answered |
| 47:11–14 | Asked & Answered, Cumulative, Prejudicial | Sustained on Asked and Answered |
| 47:15–17 | Speculative | Overruled |
| 49:13–16 | Asked & Answered, Cumulative, Prejudicial | Sustained on Asked and Answered |
| 50:11–20 | Hearsay | Sustained |
| 51:16–17 | Asked & Answered, Cumulative, Prejudicial | Sustained on Asked and Answered |
| 51:18–22 | Relevance | Sustained |
| 51:23–52:2 | Speculative, Prejudicial, Argumentative | Overruled |
| 52:4–10 | Speculative, Prejudicial, Argumentative | Overruled |
| 52:21–24 | Asked & Answered, Cumulative | Sustained on Asked and Answered |
| 52:25–53:4 | Asked & Answered, Prejudicial, Cumulative | Sustained on Asked and Answered |
| 53:9–22 | Speculative | Overruled |
| 54:14–17 | Asked & Answered, Cumulative, Prejudicial | Sustained on asked and answered |
| 55:13–19 | Speculative | Overruled |
| 55:21–23 | Unresponsive | Overruled |
| 56:8–15 | Hearsay | Sustained |
| 57:9–13 | Ambiguous, Confusing | Overruled |
| 59:19–22 | Asked & Answered, Prejudicial, Cumulative | Sustained on Asked and Answered |
| 60:9–12 | Asked & Answered, Cumulative, Prejudicial | Sustained on Asked and Answered |
| 61:16–18 | Asked & Answered, Cumulative, Prejudicial | Sustained on Asked and Answered |

| | | |
|---|---|---|
| 63:4–8 | Asked & Answered, Cumulative, Speculative | Sustained on Asked and Answered |
| 63:9–17 | Speculative, Prejudicial | Sustained of speculation |
| 64:6–9 | Relevance, Prejudicial | Overruled |
| 64:18–20 | Asked & Answered, Cumulative, Prejudicial | Sustained on Asked and Answered |
| 64:10–16 | Counsel testifying, Argumentative, Asked & Answered, Cumulative, Prejudicial | Sustained on Asked and Answered |
| 65:2–8 | Speculative, Prejudicial, Argumentative | Sustained on speculation |
| 65:10–18 | Speculative, Asked & Answered, Cumulative, Prejudicial | Sustained on Asked and Answered and speculation |
| 65:19–25 | Speculative | Sustained |
| 66:2–5 | Unresponsive, Cumulative | Overruled |
| 66:7–14 | Asked & Answered, Cumulative, Prejudicial | Sustained on asked and answered |
| 66:16–19 | Speculative | Overruled |
| 66:21–67:2 | Speculative | Sustained |
| 67:3–9 | Speculative | Sustained |
| 67:14–19 | Misquotes witness, Prejudicial Argumentative | Sustained on argumentative |
| 67:20–68:5 | Speculative, Asked & Answered, Cumulative, Prejudicial | Sustained on Asked and Answered |

## DEPOSITION OF RAJESH PARAMBATH

| *Deposition Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| 9:11–20 | Irrelevant | Sustained |
| 16:6–8 | Irrelevant | Overruled |
| 16:21–17:1 | Speculation | Sustained |
| 22:14–23:5 | Irrelevant, Confusing | Overruled |
| 24:16–24 | Counsel testifying, Assumes facts not in evidence, Misstates Evidence | Sustained |
| 25:2–9 | Speculation | Overruled |
| 40:10–13 | Irrelevant | Overruled |
| 43:4–13 | Argumentative, Opinion | Overruled |
| 43:14–45:11 | Irrelevant, Speculation, Hearsay | Overruled |
| 50:3–51:23 | Argumentative | Overruled |
| 52:13–15 | Irrelevant, Confusing | Overruled |
| 52:20–22 | Irrelevant | Overruled |

## DEPOSITION OF JON A. SIMS

| Deposition Lines | Original Objection(s) | Ruling |
|---|---|---|
| 15:3–25 | Opinion, Cumulative, Prejudicial | Overruled |
| 20:6–22:18 | Hearsay | Overruled |
| 22:19–25:21 | Hearsay, Opinion, Cumulative, Speculation, Prejudicial | Overruled |
| 27:5–30:25 | Hearsay, Opinion, Cumulative, Speculation, Prejudicial | Overruled |
| 34:13–23 | Hearsay | Overruled |
| 41:4–48:8 | Hearsay, Opinion, Cumulative, Speculation, Prejudicial | Overruled |
| 51:2–23 | Hearsay, Speculation | 51:2–6, Sustained on speculation |
| 57:6–11 | Asked & Answered, Counsel testifying | Sustained on Asked and Answered |
| 60:20–61:4 | Irrelevant, Hearsay | Overruled |

## DEPOSITION OF DR. ANA VICTORIA URREA ORTIZ

| Deposition Lines | Original Objection(s) | Ruling |
|---|---|---|
| 18:12–19:10 | Irrelevant, Speculation, Prejudicial | Sustained on relevance |
| 20:9–18 | Irrelevant, Confusing | Overruled |
| 33:12–24 | Irrelevant, Speculation | Sustained on relevance |
| 35:5–17 | Irrelevant, Opinion, Speculation, Prejudicial | Overruled |
| 36:21–25 | Asked and Answered | Sustained |
| 43:20–44:4 | Irrelevant, Confusing | Overruled |
| 47:13–25 | Irrelevant, Speculation | 47:21–25: Sustained on speculation |
| 49:20–24 | Hearsay | Sustained |
| 52:25–53:18 | Argumentative, Speculation, Confusing | Sustained on speculation and argumentative |
| 55:25–56:6 | Hearsay | Sustained |
| 60:19–61:8 | Irrelevant, Speculation | Overruled |
| 62:6–14 | Asked and Answered, Speculation | Sustained on Asked and Answered |
| 63:17–64:3 | Irrelevant, Speculation, Confusing, Argumentative | Sustained on speculation |
| 66:20–67:16 | Irrelevant, Argumentative, Counsel testifying, Confusing, Prejudicial | Overruled |

10

| | | |
|---|---|---|
| 67:17–69:1 | Irrelevant, Argumentative, Counsel testifying, Confusing, Prejudicial | Overruled |
| 73:1–11 | Argumentative, Counsel testifying | Overruled |
| 75:2–76:17 | Irrelevant, Argumentative, Counsel testifying, Confusing, Prejudicial, Speculation | Overruled |
| 77:7–12 | Argumentative, Counsel testifying, Speculation | Sustained on speculation |
| 82:24–83:12 | Argumentative, Confusing | Overruled |
| 85:25–86:8 | Argumentative, Speculation, Opinion | Sustained on speculation |
| 86:19–25 | Argumentative, Counsel testifying, Asked and Answered | Sustained on Asked and Answered |
| 87:10–89:1 | Irrelevant | Overruled |
| 91:11–92:16 | Asked and Answered | Sustained on Asked and Answered |