UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:23-cv-21481-WILLIAMS

MARILYN JONES, et al.,

    Plaintiff,

v.

CELEBRITY CRUISES, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs and Defendant jointly notify this Court and all interested parties that the Parties have agreed to a confidential settlement of this matter. Each of the Parties will bear their own attorneys' fees and costs. The Parties will submit a Joint Stipulation of Dismissal with Prejudice and request 90 days in which to do so.

Respectfully submitted,

| | |
|---|---|
| JACOB J. MUNCH<br>E-mail: jake@munchandmunch.com<br>Florida Bar Number 376523<br>CATHERINE M. SAYLOR<br>E-mail: casey@munchandmunch.com<br>Florida Bar Number 115593<br>MUNCH and MUNCH, P.A.<br>600 South Magnolia Avenue – Suite 325<br>Tampa, Florida 33606<br>Ph: (813) 254-1557<br>Fax: (813) 254-5172 2<br>*Attorneys for Plaintiffs* | THOMAS A. BRIGGS<br>Florida Bar No. 663034<br>tbriggs@maselaw.com<br>JEFFREY A. CAISSE<br>Florida Bar No. 1011243<br>jcaisse@maselaw.com<br>Mase Seitz Briggs PA<br>2601 S. Bayshore Dr., Suite 800<br>Miami, FL  33133<br>Telephone:     (305) 377-3770<br>Facsimile:     (305) 377-0080<br>*Attorneys for Defendant* |